E-FILED
Friday, 19 November, 2004  03:11:27 PM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
Central District of Illinois

| | |
|---|---|
| **ATLANTIC RECORDING CORPORATION**, a Delaware corporation; **ARISTA RECORDS LLC**, a Delaware limited liability company; **VIRGIN RECORDS AMERICA, INC.**, a California corporation; **SONY BMG MUSIC ENTERTAINMENT**, a Delaware general partnership; **UMG RECORDINGS, INC.**, a Delaware corporation; and **MAVERICK RECORDING COMPANY**, a California joint venture, <br><br> V. <br><br> **VICTOR CARMONA** | **SUMMONS IN A CIVIL CASE** <br><br> CASE NUMBER: 04-1400 |

TO:
**VICTOR CARMONA**

Bloomington, IL 61701

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

C. Steven Tomashefsky  Phone: (312) 222-9350
Darren J. Schmidt     Fax:   (312) 527-0484
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_J. Waters_ _____
JOHN M. WATERS, CLERK                DATE

_s/ T. Kelch_ _____
(By) DEPUTY CLERK