**E-FILED**
Friday, 19 November, 2004  03:06:17 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

## VICTOR CARMONA

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Arista Records LLC | DJ Quik | Sexuality | Balances & Options | 284-890 |
| Virgin Records America, Inc. | Smashing Pumpkins | Perfect | Adore | 261-479 |
| Sony BMG Music Entertainment | REO Speedwagon | Keep on Loving You | Hi Infidelity | 24-298 |
| UMG Recordings, Inc. | Tonic | You Wanted More | Sugar | 273-919 |
| Atlantic Recording Corporation | Matchbox 20 | Argue | Yourself or Someone Like You | 227-755 |
| Maverick Recording Company | Michelle Branch | All You Wanted | The Spirit Room | 303-732 |