**E-FILED**
Friday, 19 November, 2004  03:06:42 PM
Clerk, U.S. District Court, ILCD

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tato@KaZaA | Britney Spears - I Love Rock 'n' Roll.mp3 | Smash Hits | 2,918KB | Audio | |
| tato@KaZaA | Tonic - Jesses Girl (acoustic).mp3 | Tonic | 2,855KB | Audio | |
| tato@KaZaA | Stained - Home.mp3 | Stained | 5,744KB | Audio | |
| tato@KaZaA | smile for me .mp3 | Gerald Levert | 3,583KB | Audio | |
| tato@KaZaA | Billy Currington - That's Just Me.mp3 | Billy Currington | 2,817KB | Audio | |
| tato@KaZaA | kmd202gu_en (2).exe | Sharman Networks Ltd | 3,323KB | Software | |
| tato@KaZaA | Perfect.MP3 | Simple Plan | 1,888KB | Audio | |
| tato@KaZaA | erika1.cl4 | Unknown | 6KB | | |
| tato@KaZaA | Incubus – Driven.mp3 | Incubus | 3,632KB | Audio | |
| tato@KaZaA | Cameo - Back and Forth.mp3 | Cameo | 5,995KB | Audio | |
| tato@KaZaA | kenny chesney- Theres goes my life.mp3 | kenny chesney | 4,819KB | Audio | |
| tato@KaZaA | Guy - Lets Chill.mp3 | Guy | 5,039KB | Audio | |
| tato@KaZaA | Tim Rushlow – How It's Gonna Be.mp3 | Tim Rushlow | 2,142KB | Audio | That's |
| tato@KaZaA | Ludacris Ft. Kanye West - Stand Up (Remix).mp3 | Ludacris Feat. Kanye West | 2,043KB | Audio | |
| tato@KaZaA | Match Box 20 - I Want Something Else.mp3 | Third Eye Blind | 4,174KB | Audio | Semi Cl |
| tato@KaZaA | Poison - Something To Believe In (Acoustic).mp3 | Poison | 5,470KB | Audio | Something To B |
| tato@KaZaA | Three Doors Down - Here Without You.wma | Three Doors Down | 1,887KB | Audio | |
| tato@KaZaA | Iron Maiden - Where Eagles Dare.mp3 | Iron Maiden | 5,838KB | Audio | |
| tato@KaZaA | My Baby (Featuring Jagged Edge) (1).mp3 | Bow Wow | 4,738KB | Audio | My Baby (Feat |
| tato@KaZaA | country 6.cl4 | Unknown | 8KB | | |
| tato@KaZaA | Lit - Lovely Day.mp3 | Lit | 3,864KB | Audio | |
| tato@KaZaA | Pearl Jam - Footsteps (acoustic).mp3 | Pearl Jam | 3,680KB | Audio | Fi |
| tato@KaZaA | Hoobastank - Crawling In The Dark (Acoustic Version).mp3 | Hoobastank | 3,026KB | Audio | Crawling In T |
| tato@KaZaA | Stone Temple Pilots - Plush (Acoustic).mp3 | Stone Temple Pilots | 3,657KB | Audio | |
| tato@KaZaA | Loose Ends - Don't Be A Fool.mp3 | Loose Ends | 4,068KB | Audio | |
| tato@KaZaA | Loose Ends - Watching You.mp3 | Loose Ends | 3,809KB | Audio | |
| tato@KaZaA | back in the day.cl4 | Unknown | 7KB | | |
| tato@KaZaA | KMCH.cl4 | Unknown | 7KB | | |

Found 1951 files.

3,174,305 users online, sharing 563,239,867 files (4,547,712 GB) | Not sharing any files

Kazaa – [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tato@KaZaA | KMCH.cl4 | Unknown | 7KB | |
| tato@KaZaA | g 1.cl4 | Unknown | 7KB | |
| tato@KaZaA | Liz Phair - Rock Me.mp3 | Liz Phair | 4,707KB | Audio |
| tato@KaZaA | vmc acouctic.cl4 | Unknown | 8KB | |
| tato@KaZaA | momma 2.cl4 | Unknown | 7KB | |
| tato@KaZaA | Heatwave- I Do Love You.mp3 | Heatwave | 4,172KB | Audio |
| tato@KaZaA | EU - Doin' The Butt.mp3 | Cameo | 3,640KB | Audio |
| tato@KaZaA | serenity.cl4 | Unknown | 7KB | |
| tato@KaZaA | Chicago - If You Leave Me Now (acoustic version).mp3 | Chicago | 4,101KB | Audio |
| tato@KaZaA | Godsmack - Voodoo.mp3 | Godsmack | 4,344KB | Audio |
| tato@KaZaA | Out The Game.mp3 | Kanye West | 4,401KB | Audio |
| tato@KaZaA | jadakiss - Fuck That Bathgate.mp3 | Jada Kiss | 2,864KB | Audio |
| tato@KaZaA | Cassidy - Freestyle (over Juvenile beat).mp3 | CASSIDY | 1,562KB | Audio |
| tato@KaZaA | Chingy and Lil John - Get Low ( Remix ).mp3 | Chingy and Lil John | 5,424KB | Audio |
| tato@KaZaA | Ice Cube - You Can Do It (put your back into it).mp3 | Ice Cube | 6,036KB | Audio |
| tato@KaZaA | Jay Z-Encore.mp3 | Jay-Z | 5,886KB | Audio |
| tato@KaZaA | City high feat. Eve - Caramel (remix).mp3 | 01-city_high_feat_eve-ca.. | 3,659KB | Audio |
| tato@KaZaA | jaheim - Just In Case rmx ft. Nas.mp3 | Jaheim feat. Nas | 1,545KB | Audio |
| tato@KaZaA | Cameo - Candy.mp3 | Cameo | 5,294KB | Audio |
| tato@KaZaA | Limp Bizkit - Behind Blue Eyes.wma | Limp Bizkit | 3,604KB | Audio |
| tato@KaZaA | p.o.d.-sleeping awake.mp3 | P.O.D. | 4,765KB | Audio |
| tato@KaZaA | loyd_banks-story to tell.mp3 | Lloyd Banks | 3,550KB | Audio |
| tato@KaZaA | Fuel - Shimmer.mp3 | Fuel | 2,724KB | Audio |
| tato@KaZaA | Billy Currington - When She Gets Close To Me.mp3 | Billy Currington | 3,363KB | Audio |
| tato@KaZaA | Clipse- Cot Damn rmx.mp3 | DJ Clue | 2,686KB | Audio |
| tato@KaZaA | Hoodfellaz_Shine- What You Wanna Do.mp3 | DJ Clue | 4,104KB | Audio |
| tato@KaZaA | SIR CHARLES JONES - SEX ME.mp3 | SIR CHARLES JONES | 4,374KB | Audio |
| tato@KaZaA | SOS Band -Tell Me If You Still Care.mp3 | SOS Band | 6,546KB | Audio |

Found 1951 files

3,174,305 users online; sharing 563,239,867 files (4,547,712 GB)   Not sharing any files

# Kazaa – [Search]

File   View   Player   Tools   Actions   Help

Web | Theater | Traffic | Shop | Tell A Friend
My Kazaa

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tato@KaZaA | SOS Band - Tell Me If You Still Care.mp3 | SOS Band | 6,546KB | Audio | Tell |
| tato@KaZaA | Nickle back- How You Remind Me (A).mp3 | Nickelback | 3,285KB | Audio | How You R |
| tato@KaZaA | Puddle of mudd-away from me.mp3 | Puddle of Mudd | 3,853KB | Audio |
| tato@KaZaA | concrete blonde - joey (acoustic).mp3 | Concrete  Blonde | 3,883KB | Audio |
| tato@KaZaA | Camron – What mean the world to you.mp3 | | 3,188KB | Audio | What mea |
| tato@KaZaA | 50 Cent feat. Lloyd Banks - G-Unit.mp3 | Lloyd Banks | 3,029KB | Audio |
| tato@KaZaA | Concrete Blonde [accoustic] - Make Me Cry.mp3 | Concrete Blonde | 2,212KB | Audio | Mak |
| tato@KaZaA | googoodolls - Name (Acoustic).mp3 | Goo Goo Dolls | 4,240KB | Audio | Na |
| tato@KaZaA | Numb-link park.mp3 | Linkin Park | 4,396KB | Audio |
| tato@KaZaA | Pearl Jam – Oceans.mp3 | Pearl Jam | 2,528KB | Audio |
| tato@KaZaA | Nickle Back – Swallow.mp3 | Nickleback | 3,304KB | Audio |
| tato@KaZaA | Xscape - Just Kick It.mp3 | Xscape | 3,199KB | Audio |
| tato@KaZaA | The Starting Line - Piano.mp3 | The Starting Line | 3,976KB | Audio |
| tato@KaZaA | Sublime - What I Got (acustic).mp3 | Sublime | 2,839KB | Audio |
| tato@KaZaA | Pearl Jam – Angel (Acoustic).mp3 | Pearl Jam | 2,195KB | Audio |
| tato@KaZaA | Our Lady Peace – Drowning.mp3 | Our Lady Peace | 4,214KB | Audio |
| tato@KaZaA | SIR CHARLES JONES - KEEP ON MOVING.mp3 | SIR CHARLES JONES | 3,557KB | Audio |
| tato@KaZaA | mp3 1.cl4 | Unknown | 541KB | Audio |
| tato@KaZaA | willie clayton - TALK TO ME.mp3 | WILLIE CLAYTON | 3,642KB | Audio |
| tato@KaZaA | Sir Charles Jones - When You Love Someone.mp3 | Sir Charles Jones | 5,209KB | Audio | When |
| tato@KaZaA | Willie Clayton_Tyrone Davis - She Used To Be Mine.mp3 | Willie Clayton feat. Tyron… | 4,034KB | Audio | St |
| tato@KaZaA | mel waiters - (SEX) OR MAKE LOVE.mp3 | MEL WAITERS | 6,662KB | Audio | (SI |
| tato@KaZaA | mel waiters – WOMAN IN NEED.mp3 | Mel Waiters | 6,624KB | Audio |
| tato@KaZaA | 07 - Slow Drag.mp3 | Peggy "Scott" Adams | 4,204KB | Audio |
| tato@KaZaA | bb bland-if lovin you is wrong.MP3 | New Artist (1643) | 1,603KB | Audio | if |
| tato@KaZaA | bb bland-Aint no sunshine till shes gone.MP3 | New Artist (1643) | 1,599KB | Audio | Aint no sun |
| tato@KaZaA | BB King Bobby Blue Bland-let the good times roll.MP3 | New Artist (1826) | 2,552KB | Audio | let |
| tato@KaZaA | bb king-4.MP3 | New Artist (1826) | 2,443KB | Audio |

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  | Download  Search  Traffic  Shop  Tell A Friend

New search  Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tato@KaZaA | bb king-4.MP3 | New Artist (1826) | 2,443KB | Audio | |
| tato@KaZaA | bb king-5.MP3 | New Artist (1826) | 1,663KB | Audio | |
| tato@KaZaA | BB-2.MP3 | New Artist (1826) | 2,749KB | Audio | |
| tato@KaZaA | D Moore-Misty Blue.MP3 | New Artist (1644) | 1,486KB | Audio | |
| tato@KaZaA | Denise La Salle - Bitch is Bad.mp3 | Denise LaSalle | 3,107KB | Audio | |
| tato@KaZaA | Denise LaSalle - Goin' Through Changes.mp3 | Denise LaSalle | 4,618KB | Audio | Goin' |
| tato@KaZaA | Denise LaSalle - He's Not Available.mp3 | Denise LaSalle | 4,044KB | Audio | |
| tato@KaZaA | denise lasalle - Lick It Before You Stick It.mp3 | Denise LaSalle | 5,694KB | Audio | Lick it |
| tato@KaZaA | Denise Lasalle - Trapped By A Thing Called Love.mp3 | Denice Lasalle | 3,202KB | Audio | Trapped By £ |
| tato@KaZaA | Etta James-Tell mama.MP3 | New Artist (1642) | 973KB | Audio | |
| tato@KaZaA | jesse james -- I can do bad by myself.mp3 | Jesse James | 4,544KB | Audio | I Ca |
| tato@KaZaA | Lc Benson Blues Mix 2.MP3 | New Artist (1759) | 6,386KB | Audio | Lc |
| tato@KaZaA | Lc Benson blues mix.MP3 | New Artist (1759) | 7,131KB | Audio | |
| tato@KaZaA | latimore - Take Me, Just As I Am.mp3 | Latimore | 3,397KB | Audio | Tak |
| tato@KaZaA | latimore - bad risk (1).mp3 | Latimore | 4,499KB | Audio | |
| tato@KaZaA | LYNN WHITE-MAY THE BEST MAN.mp3 | Lynn White and J. Blackf... | 4,726KB | Audio | MAY T |
| tato@KaZaA | Marvin Sease - Please Take Me.mp3 | Marvin Sease | 4,230KB | Audio | |
| tato@KaZaA | Millie Jackson - The Soaps (1).mp3 | Millie Jackson | 5,036KB | Audio | |
| tato@KaZaA | Millie Jackson - All the Way Lover (1).mp3 | Millie Jackson | 9,420KB | Audio | |
| tato@KaZaA | peggy scott - If I'm Not Still Married.mp3 | Peggy Scott-Adams | 5,454KB | Audio | If : |
| tato@KaZaA | Peggy Scott-Adams - I'm That Kinda Woman.mp3 | Peggy Scott-Adams | 4,356KB | Audio | I'm |
| tato@KaZaA | Peggy Scott-Adams - Your Divorce Has Been Denied.mp3 | Peggy Scott-Adams | 4,953KB | Audio | Your Divorc |
| tato@KaZaA | Sir Charles Jones - Ain't Nothin But A Party.mp3 | Sir Charles Jones | 3,311KB | Audio | Ain't |
| tato@KaZaA | Sir Charles Jones - Dance For Me.mp3 | Sir Charles Jones | 3,112KB | Audio | |
| tato@KaZaA | Sir Charles Jones - Gonna Love You Baby.mp3 | Sir Charles Jones | 3,589KB | Audio | Gor |
| tato@KaZaA | michelle branch-where are you now.mp3 | michelle branch | 2,053KB | Audio | |
| tato@KaZaA | michelle branch-are you happy now.mp3 | michelle branch | 1,835KB | Audio | |
| tato@KaZaA | staind-how about you.mp3 | staind | 5,011KB | Audio | |

Found 1951 files

3,174,305 users online, sharing 563,239,867 files (4,547,712 GB)    Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| tato@KaZaA | staind-how about you.mp3 | staind | 5,011KB | Audio |
| 8 Users | Here n Now-L Vandross.MP3 | New Artist (1721) | 2,195KB | Audio |
| 4 Users | Any Love-L Vandross.MP3 | New Artist (1563) | 2,046KB | Audio |
| tato@KaZaA | Superstar-L Vandross.MP3 | New Artist (1563) | 3,780KB | Audio |
| 6 Users | Give Me The Reason-L Vandross.MP3 | New Artist (1563) | 1,940KB | Audio |
| 5 Users | Creep-L Vandross.MP3 | New Artist (1722) | 1,666KB | Audio |
| 2 Users | So Amazing-L Vandross.MP3 | New Artist (1563) | 1,492KB | Audio |
| 2 Users | Power Of Love-L Vandross.MP3 | New Artist (1563) | 2,728KB | Audio |
| tato@KaZaA | Never To Much-L Vandross.MP3 | New Artist (1563) | 1,574KB | Audio |
| 2 Users | A House is not a home-L Vandross.MP3 | New Artist (1563) | 2,905KB | Audio |
| 3 Users | The night I fell in love-L Vandross.MP3 | New Artist (1718) | 2,508KB | Audio |
| tato@KaZaA | How Deep is your love-L Vandross.MP3 | New Artist (1720) | 1,308KB | Audio |
| tato@KaZaA | Linkin Park-In the end.MP3 | New Artist (1353) | 1,471KB | Audio |
| tato@KaZaA | Lifehouse-Hangin by a moment.MP3 | New Artist (2076) | 1,476KB | Audio |
| tato@KaZaA | Lifehouse-Unknown.MP3 | New Artist (2076) | 1,680KB | Audio |
| tato@KaZaA | Lifehouse-Somewhere in between.MP3 | New Artist (2076) | 1,731KB | Audio |
| tato@KaZaA | 3 door down-Not enough.MP3 | New Artist (2076) | 1,320KB | Audio |
| tato@KaZaA | 3 doors down-So I need you.MP3 | New Artist (2076) | 1,544KB | Audio |
| tato@KaZaA | Tonic-Sugar.MP3 | New Artist (2076) | 1,425KB | Audio |
| tato@KaZaA | Third eye blind-Deep inside of you.MP3 | New Artist (2076) | 1,710KB | Audio |
| tato@KaZaA | The Calling - Nothing's Change.mp3 | The Calling | 5,396KB | Audio |
| tato@KaZaA | The Calling - Could It Be Any Harder.mp3 | The Calling | 4,400KB | Audio |
| tato@KaZaA | Fuel - Had a Bad Day.mp3 | Fuel | 2,314KB | Audio |
| tato@KaZaA | The Calling - Wherever You Will Go.mp3 | The Calling | 3,254KB | Audio |
| tato@KaZaA | The Calling-Unstoppable.mp3 | The Calling | 3,732KB | Audio |
| tato@KaZaA | Saliva - Your Disease.mp3 | Various Artists | 3,716KB | Audio |
| tato@KaZaA | Alien Ant Farm - Smooth Criminal.mp3 | Alien Ant Farm | 3,530KB | Audio |
| tato@KaZaA | TOOL - Schizm.mp3 | Tool | 6,337KB | Audio |

Found 1951 files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  Traffic  Shop  Tell A Friend

New search  Download  Search  Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tato@KaZaA | TOOL - Schizm.mp3 | Tool | 6,337KB | Audio |
| tato@KaZaA | Saliva - Click Click Boom.mp3 | Saliva | 3,947KB | Audio |
| tato@KaZaA | System of a Down - Marmalade.mp3 | System of a Down | 2,827KB | Audio |
| tato@KaZaA | Weezer-Hash Pipe.mp3 | Weezer | 4,353KB | Audio |
| tato@KaZaA | Godsmack - Awake .mp3 | Godsmack | 4,792KB | Audio |
| tato@KaZaA | Dido- Thank You.mp3 | Dido | 2,635KB | Audio |
| tato@KaZaA | Godsmack - Greed.MP3 | Godsmack | 3,272KB | Audio |
| tato@KaZaA | Fuel-Hemorrage in my hands.MP3 | New Artist (2188) | 1,636KB | Audio |
| tato@KaZaA | Fuel-Innocence.MP3 | New Artist (2188) | 1,495KB | Audio |
| tato@KaZaA | 3 doors down-Life of my own.MP3 | New Artist (2188) | 1,622KB | Audio |
| tato@KaZaA | Tonic-Flower man.MP3 | New Artist (2188) | 1,191KB | Audio |
| tato@KaZaA | Oleander-Sooner later.MP3 | New Artist (2188) | 1,312KB | Audio |
| tato@KaZaA | Linkin Park-One step closer.MP3 | New Artist (1353) | 1,059KB | Audio |
| tato@KaZaA | Nickelback- Too Bad.mp3 | Nickelback | 3,664KB | Audio |
| tato@KaZaA | sum 41--fat lip.mp3 | sum 41 | 2,786KB | Audio |
| tato@KaZaA | jimmy eat world-in the middle.mp3 | no artist | 2,593KB | Audio |
| tato@KaZaA | Pear Jeam - Black.mp3 | Pearl Jam | 2,685KB | Audio |
| tato@KaZaA | Godsmack- Straight out of line.mp3 | Godsmack | 5,757KB | Audio |
| tato@KaZaA | Player-Baby come back.MP3 | New Artist (9089) | 1,460KB | Audio |
| tato@KaZaA | savage garden -i knew i loved you.MP3 | New Artist (8876) | 1,705KB | Audio |
| tato@KaZaA | salvage Garden-Crash n burn.MP3 | New Artist (8876) | 1,917KB | Audio |
| tato@KaZaA | savage garden- truly madly deeply.MP3 | New Artist (8875) | 1,893KB | Audio |
| tato@KaZaA | The Hollies-The air that i breathe.MP3 | New Artist (9089) | 1,690KB | Audio |
| tato@KaZaA | Rod Stewart-Tonight is the night.MP3 | New Artist (9089) | 1,577KB | Audio |
| tato@KaZaA | Foreigner-I want to know what love is.MP3 | New Artist (9089) | 2,045KB | Audio |
| tato@KaZaA | America-Sister golden hair.MP3 | New Artist (9089) | 1,343KB | Audio |
| tato@KaZaA | Hall and Oates-Kiss on my list.MP3 | New Artist (9089) | 1,530KB | Audio |
| tato@KaZaA | The Jets-you got it all.MP3 | New Artist (9089) | 1,695KB | Audio |

Found 1951 files

3,174,305 users online, sharing 563,239,867 files (4,547,712 GB).    Not sharing any files

Kazaa – [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tato@KaZaA | The Jets-you got it all.MP3 | New Artist (9089) | 1,695KB | Audio |
| tato@KaZaA | Doobie Brothers-What a fool beleives.MP3 | New Artist (9089) | 1,506KB | Audio |
| tato@KaZaA | Mike_The Mechanics-The Living years.MP3 | New Artist (9089) | 2,198KB | Audio |
| tato@KaZaA | Jim Croce-Time in a bottle.MP3 | New Artist (9089) | 965KB | Audio |
| tato@KaZaA | James Taylor-You've got a freind.MP3 | New Artist (8802) | 1,840KB | Audio |
| tato@KaZaA | Leo Sayer-When i need you.MP3 | New Artist (8802) | 1,727KB | Audio |
| tato@KaZaA | England Dan_John Cooley-Nights are forever.MP3 | New Artist (8802) | 1,156KB | Audio |
| tato@KaZaA | Phil Collins-One More Night.MP3 | New Artist (8802) | 1,932KB | Audio |
| tato@KaZaA | Climax-Presious and Few.MP3 | New Artist (8802) | 1,127KB | Audio |
| tato@KaZaA | America-I Need You.MP3 | New Artist (8802) | 1,281KB | Audio |
| tato@KaZaA | Rita Coolidge-we're alone..MP3 | New Artist (8802) | 1,500KB | Audio |
| tato@KaZaA | Nilsson-Without you.MP3 | New Artist (8802) | 1,380KB | Audio |
| tato@KaZaA | Reo Speedwagon-Can't fight this feeling.MP3 | New Artist (8802) | 1,936KB | Audio |
| tato@KaZaA | Air supply-All out of love.MP3 | New Artist (8802) | 1,592KB | Audio |
| tato@KaZaA | Don henley-end of the innocence.MP3 | Slim | 2,152KB | Audio |
| tato@KaZaA | Bruce Hornsby-The way it is.MP3 | Slim | 2,034KB | Audio |
| tato@KaZaA | Tears for fears-Everybody wants to rule the world.MP3 | Slim | 1,706KB | Audio |
| tato@KaZaA | Cameo-Sparkel.MP3 | New Artist (2120) | 1,998KB | Audio |
| tato@KaZaA | Jay-z- It's Like That.mp3 | Jay-Z | 3,130KB | Audio |
| tato@KaZaA | elephant man good to go-Fassie all di way.mp3 | elephant man | 4,095KB | Audio |
| tato@KaZaA | Obie trice-got some teeth.mp3 | obie trice | 4,449KB | Audio |
| 2 Users | Al Green-Lets get married.MP3 | New Artist (3604) | 1,814KB | Audio |
| tato@KaZaA | Cause I Love You-Lenny Williams.MP3 | New Artist (887) | 2,932KB | Audio |
| tato@KaZaA | Bill Withers-Lean on me.MP3 | New Artist (9089) | 1,752KB | Audio |
| tato@KaZaA | chi lites-Oh girl.MP3 | New Artist (9089) | 1,416KB | Audio |
| tato@KaZaA | mel walters - BRAND NEW BED.mp3 | mel walters | 3,900KB | Audio |
| tato@KaZaA | Alicia Keys - Fight.mp3 | Alicia Keys | 5,945KB | Audio |
| tato@KaZaA | Johnny Taylor - Good Love (1).mp3 | Johnnie Taylor | 4,230KB | Audio |

Found 1951 files

3,174,305 users online; sharing 563,239,867 files (4,547,712 GB)    Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | | | | Traffic | Shop | Tell A Friend

New search | Download | | | | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tato@KaZaA | Johnny Taylor - Good Love (1).mp3 | Johnnie Taylor | 4,230KB | Audio | |
| tato@KaZaA | He Didn't Take Your Woman.mp3 | mel waiters | 4,646KB | Audio | he didn... |
| tato@KaZaA | DJ Quik - Sexuality.mp3 | DJ Quik | 3,800KB | Audio | |
| tato@KaZaA | 112 - Cupid.mp3 | 112 | 1,726KB | Audio | |
| tato@KaZaA | Cameo - Feel Me.mp3 | Cameo | 5,800KB | Audio | |
| tato@KaZaA | mel waiters - BIG MAMA.mp3 | Mel Waiters | 3,840KB | Audio | |
| tato@KaZaA | mel waiters - Ice Chest.mp3 | Mel Waiters | 3,024KB | Audio | |
| tato@KaZaA | Mel Waiters_ IM SERIOUS(LIVE) (1).mp3 | Mel Waiters | 5,664KB | Audio | Mel Waiters_IM |
| tato@KaZaA | millie jackson - Go Out and Get Some.mp3 | Millie Jackson | 2,626KB | Audio | Go Out And G |
| tato@KaZaA | millie jackson - Last Night, I loved A Stranger (1).mp3 | Millie Jackson | 3,108KB | Audio | Last Night |
| tato@KaZaA | Mel Waiters - Whatever It Took (1).mp3 | Mel Waiters | 3,232KB | Audio | |
| tato@KaZaA | turk-keep it ghetto.mp3 | Turk | 5,751KB | Audio | |
| tato@KaZaA | living the goodlife.mp3 | 112 | 5,275KB | Audio | |
| tato@KaZaA | A Connley-Sweet soul music.MP3 | New Artist (1642) | 983KB | Audio | |
| tato@KaZaA | A Franklin-RESECT.MP3 | New Artist (1642) | 996KB | Audio | |
| tato@KaZaA | Mel Waiters - Man shoes (1) (1).mp3 | Mel Waiters | 4,584KB | Audio | |
| tato@KaZaA | 2pac - Thug Mansion REMIX.mp3 | 2Pac | 5,746KB | Audio | Thug Mansion [ |
| tato@KaZaA | Mel Waiters - She Ain't Drunk.mp3 | MEL WAITERS | 3,943KB | Audio | |
| tato@KaZaA | Busta Rhymes-Pass The Courvoisier (remix).mp3 | Busta Rhymes | 4,153KB | Audio | Pass The Cou... |
| tato@KaZaA | mel waiters - WHAT I HAD IN YOU.mp3 | MEL WAITERS | 4,111KB | Audio | W... |
| tato@KaZaA | Jay Z- Honey.mp3 | Honey (Power 99 Radio R... | 2,824KB | Audio | |
| tato@KaZaA | Jay-Z - Hovi Baby remix.mp3 | Jay-Z | 4,096KB | Audio | |
| tato@KaZaA | YnR-Murder.MP3 | New Artist | 2,209KB | Audio | M... |
| tato@KaZaA | Do or Die-SEX APPEAL.MP3 | New Artist (397) | 1,752KB | Audio | Do |
| tato@KaZaA | YnR-The Finest.MP3 | New Artist | 2,146KB | Audio | |
| tato@KaZaA | Twista-It Feels So Good.mp3 | Twista | 4,745KB | Audio | |
| tato@KaZaA | Twista-PoppinTags(Remix).mp3 | Twista ft Ludacris | 2,938KB | Audio | F... |
| tato@KaZaA | YnR-True Feelings.MP3 | New Artist | 1,865KB | Audio | |

Found 1951 Files

3,174,305 users online, sharing 563,239,867 files (4,547,712 GB) | Not sharing any files

# Kazaa – [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Shop | Traffic | Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type | |
|------|----------|--------|------|-----------|---|
| tato@KaZaA | YnR-True Feelings.MP3 | New Artist | 1,865KB | Audio | |
| tato@KaZaA | Kanye West-I need 2 know.mp3 | Kanye West | 1,710KB | Audio | |
| tato@KaZaA | Beyonce-In the Club.mp3 | 50 Cent | 3,063KB | Audio | in da club |
| tato@KaZaA | T.I.-Dope Boy Fresh.mp3 | TI | 4,769KB | Audio | |
| tato@KaZaA | the neptunes-fuck and spend.mp3 | the neptunes | 2,888KB | Audio | |
| tato@KaZaA | the neptunes-it wasn't us.mp3 | the neptunes | 4,446KB | Audio | |
| tato@KaZaA | atl-the atl project-the one.mp3 | atl | 6,382KB | Audio | |
| tato@KaZaA | R Kelly - Touched A Dream.mp3 | R. Kelly | 3,584KB | Audio | |
| tato@KaZaA | avant - read your mind.mp3 | Artist | 3,718KB | Audio | |
| tato@KaZaA | Dave Hollister – Neva Gonna Change.mp3 | Dave Hollister | 5,568KB | Audio | Neva |
| tato@KaZaA | TI-King of Da South.MP3 | T.I. | 5,385KB | Audio | King of |
| tato@KaZaA | Blaque-im_good.mp3 | Blaque | 5,574KB | Audio | I'm G |
| tato@KaZaA | megamix - dj sir charles.mp3 | DJ Sir charles | 11,602KB | Audio | Rb-meg |
| tato@KaZaA | Chaka Khan - I Feel For You (Remix).mp3 | Chaka Kahn | 6,800KB | Audio | I F |
| tato@KaZaA | Tonic - Come Rest Your Head.mp3 | Tonic | 6,292KB | Audio | Cor |
| tato@KaZaA | Tonic – Lemon Parade.mp3 | Tonic | 3,483KB | Audio | |
| tato@KaZaA | Tonic- mean to me.mp3 | Tonic | 5,930KB | Audio | |
| tato@KaZaA | Northern Soul - A Love Reputation - Denise LaSalle.mp3 | Denise LaSalle | 2,542KB | Audio | |
| tato@KaZaA | slipknot - fuck the world.mp3 | Slipnot | 2,557KB | Audio | |
| tato@KaZaA | SlipNot - Left Behind.mp3 | Slipknot | 3,471KB | Audio | |
| tato@KaZaA | Live - Lay me down.mp3 | Live | 3,268KB | Audio | |
| tato@KaZaA | When I'm with You (1).mp3 | Peggy Scott Adams | 3,662KB | Audio | |
| tato@KaZaA | Tonic - On Your Feet Again.mp3 | Tonic | 3,653KB | Audio | |
| tato@KaZaA | The Beatles - Stand By Me (John Lennon).mp3 | Beatles | 3,236KB | Audio | Stand By |
| tato@KaZaA | Bread - Lost Without Your Love.mp3 | Bread | 2,706KB | Audio | Lost |
| tato@KaZaA | lil wayne-get low.mp3 | Lil Wayne | 7,576KB | Audio | |
| tato@KaZaA | Hoody Hooo - Tru.mp3 | Tru | 3,250KB | Audio | |
| tato@KaZaA | Sade- By Your Side (Neptunes Remix).mp3 | Sade | 5,625KB | Audio | By Your Side |

Found 1951 files    3,174,306 users online, sharing 563,239,867 files (4,547,712 GB)    Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tato@KaZaA | Sade- By Your Side (Neptunes Remix).mp3 | Sade | 5,625KB | Audio |
| tato@KaZaA | The Kinks - Girl You've Really Got Me Now.mp3 | Kinks | 2,102KB | Audio |
| tato@KaZaA | Anyone Who Has a Heart-L Vandross.MP3 | New Artist (1723) | 2,360KB | Audio |
| tato@KaZaA | Take You Out-L Vandross.MP3 | New Artist (645) | 1,400KB | Audio |
| tato@KaZaA | Creed - What If.mp3 | Creed | 6,210KB | Audio |
| tato@KaZaA | Styx-Babe.MP3 | New Artist (9089) | 1,638KB | Audio |
| tato@KaZaA | Pink Floyd-Have a cigar.MP3 | New Artist (69) | 2,207KB | Audio |
| tato@KaZaA | Pink floyd-welcome to the machine.MP3 | New Artist (69) | 3,060KB | Audio |
| tato@KaZaA | Pink floyd-wish you were here.MP3 | New Artist (69) | 2,157KB | Audio |
| tato@KaZaA | Stray Cats-Rock this town.MP3 | New Artist (72) | 1,392KB | Audio |
| tato@KaZaA | Jack Johnson - La-Te-De-Dah.mp3 | Jack Johnson | 2,254KB | Audio |
| tato@KaZaA | Tom Petty-You dont know how it feels.MP3 | New Artist (73) | 1,969KB | Audio |
| tato@KaZaA | Tom Petty-Wildflowers.MP3 | New Artist (73) | 1,305KB | Audio |
| tato@KaZaA | Tom Petty-its good to be king.MP3 | New Artist (73) | 2,115KB | Audio |
| tato@KaZaA | Tom Petty-cabin down below.MP3 | New Artist (73) | 1,164KB | Audio |
| tato@KaZaA | Stray Cats-fishnet stockings.MP3 | New Artist (72) | 989KB | Audio |
| tato@KaZaA | Lit - Completely Miserable(1).mp3 | Lit | 3,002KB | Audio |
| tato@KaZaA | Nirvana - Come As You Are - Alternative.mp3 | Nirvana | 3,378KB | Audio |
| tato@KaZaA | stained - Fade.mp3 | stained | 4,757KB | Audio |
| tato@KaZaA | U2- Its A Beautiful Day.mp3 | U2 | 2,876KB | Audio |
| tato@KaZaA | rod stewart - I Can't Deny It.mp3 | rod stewart | 3,032KB | Audio |
| tato@KaZaA | Jimmy Eats World - Rockstar.mp3 | Jimmy Eats World | 3,552KB | Audio |
| tato@KaZaA | collective soul-the world i know.MP3 | New Artist (1261) | 1,753KB | Audio |
| tato@KaZaA | duncan sheik-barely breathing.MP3 | New Artist (1261) | 1,738KB | Audio |
| tato@KaZaA | edwin mccain-ill be.MP3 | New Artist (1261) | 1,824KB | Audio |
| tato@KaZaA | hootie n the blowfish-hold my hand.MP3 | New Artist (1261) | 1,740KB | Audio |
| tato@KaZaA | matchbox 20-3am.MP3 | New Artist (1261) | 1,547KB | Audio |
| tato@KaZaA | lit - Lipstick and Bruises (1).mp3 | Lit | 2,908KB | Audio |

Found 1951 files

3,174,305 users online, sharing 563,239,867 files (4,547,712 GB) | Not sharing any files