**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| tato@KaZaA | lit - Lipstick and Bruises (1).mp3 | Lit | 2,908kB | Audio |
| tato@KaZaA | Rob Zombie - The Sinister Urge - 04 - Never Gonna Stop.m... | Rob Zombie | 2,959kB | Audio |
| tato@KaZaA | Sevendust-licking cream.MP3 | New Artist (1952) | 1,343kB | Audio |
| tato@KaZaA | Monster Magnet-Silver Future.MP3 | New Artist (1953) | 1,835kB | Audio |
| tato@KaZaA | Incubus - Drive.mp3 | Incubus | 3,173kB | Audio |
| tato@KaZaA | Fuel - Hideaway.mp3 | fuel | 3,832kB | Audio |
| tato@KaZaA | five for fighting - Superman Its not easy to be me.mp3 | five for fighting | 3,458kB | Audio |
| tato@KaZaA | Staind-It's Been Awhile.MP3 | New Artist (7177) | 1,813kB | Audio |
| tato@KaZaA | Train - Drops of Jupiter.mp3 | Train | 4,002kB | Audio |
| tato@KaZaA | POD - Youth of a Nation.mp3 | p.o.d. | 4,054kB | Audio |
| tato@KaZaA | Beautiful Creature-1am.MP3 | New Artist (1910) | 1,390kB | Audio |
| tato@KaZaA | POD - Alive.mp3 | POD | 2,368kB | Audio |
| tato@KaZaA | Linkin Park-Crawling.MP3 | New Artist (1353) | 1,421kB | Audio |
| tato@KaZaA | Alien Ant Farm - Movies.mp3 | Alien Ant Farm | 3,058kB | Audio |
| tato@KaZaA | Puddle of Mudd - Blurry.mp3 | Puddle of Mudd | 4,112kB | Audio |
| tato@KaZaA | U2 - All I Want Is You.mp3 | U2 | 6,099kB | Audio |
| tato@KaZaA | freedy johnston - bad reputation.mp3 | Freedy Johnston | 3,804kB | Audio |
| tato@KaZaA | Filter_Crystal Meth- Trip Like I Do.mp3 | Filter_Crystal Meth | 4,187kB | Audio |
| tato@KaZaA | Incubus - Wish You Were Here.mp3 | Incubus | 1,669kB | Audio |
| tato@KaZaA | Matchbox 20 - If You're Gone.mp3 | Matchbox Twenty | 4,304kB | Audio |
| tato@KaZaA | PinkFloyd_Led Zeppelin - Stairway to Heaven (Rare Acoust... | PinkFloyd Led Zeppelin | 2,059kB | Audio |
| 2 Users | limp bizket 02.MP3 | New Artist (360) | 1,566kB | Audio |
| tato@KaZaA | limp bizket 04.MP3 | New Artist (360) | 1,682kB | Audio |
| 3 Users | limp bizket 07.MP3 | New Artist (360) | 1,796kB | Audio |
| 2 Users | limp bizket 08.MP3 | New Artist (360) | 2,334kB | Audio |
| 2 Users | limp bizket 10.MP3 | New Artist (360) | 2,184kB | Audio |
| tato@KaZaA | limp bizket 12.MP3 | New Artist (360) | 2,858kB | Audio |
| tato@KaZaA | limp bizket 14.MP3 | New Artist (360) | 2,604kB | Audio |

Found 1951 Files

3,174,306 users online, sharing 563,239,867 files (4,547,712 GB)  | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Filename | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tato@KaZaA | limp bizket 14.MP3 | New Artist (360) | 2,604KB | Audio |
| tato@KaZaA | limp bizket 15.MP3 | New Artist (360) | 4,012KB | Audio |
| tato@KaZaA | limp bizket06.MP3 | New Artist (360) | 1,454KB | Audio |
| tato@KaZaA | limp bizket 01.MP3 | New Artist (360) | 535KB | Audio |
| tato@KaZaA | Blessed Union Of Souls - I Beleive.mp3 | Blessed Union of Souls | 4,182KB | Audio |
| tato@KaZaA | Blessed Union of Souls - I Wanna Be There.mp3 | Blessed Union of Souls | 4,197KB | Audio |
| tato@KaZaA | Blessed Union of Souls Hold Her Close.mp3 | Blessd Union of Souls | 3,172KB | Audio |
| tato@KaZaA | Disturbed - Shout 2000.mp3 | Disturbed | 3,020KB | Audio |
| tato@KaZaA | Blessed Union of Souls - Light in Your Eyes.mp3 | Blessed Union of Souls | 3,500KB | Audio |
| tato@KaZaA | Blessed Union of Souls - 06 - My Friend.mp3 | Blessed Union Of Souls | 3,917KB | Audio |
| tato@KaZaA | Jimmy EatWorld - for me this is heaven.mp3 | jimmy eat world | 3,860KB | Audio |
| tato@KaZaA | Matchbox 20 - Closing Time.MP3 | Matchbox 20 | 4,264KB | Audio |
| tato@KaZaA | Allison Krause - Happiness.mp3 | Alison Krauss _Union Stat... | 3,665KB | Audio |
| tato@KaZaA | Avril Lavigne - Complicated.mp3 | Avril Lavigne | 3,838KB | Audio |
| tato@KaZaA | Linkin Park - With You [Reanimation].mp3 | Linkin Park | 3,938KB | Audio |
| tato@KaZaA | 3 Doors Down-When im gone.MP3 | 3 doors down | 1,781KB | Audio |
| tato@KaZaA | crow sheryl - Soak Up The Sun.mp3 | sheryl crow | 1,908KB | Audio |
| tato@KaZaA | Fine Young Canibals-She Dri.mp3 | Fine Young Cannibals | 2,548KB | Audio |
| tato@KaZaA | Incubus - I Miss You (acoustic).mp3 | Incubus | 2,391KB | Audio |
| tato@KaZaA | Nickelback - Hero.mp3 | Chad Kroeger | 3,156KB | Audio |
| tato@KaZaA | Jack Johnson - Rambling on my Mind.mp3 | Jack Johnson | 1,655KB | Audio |
| tato@KaZaA | Jack Johnson - Swim Ashore.mp3 | Jack Johnson | 1,858KB | Audio |
| tato@KaZaA | Creed-My Sacrifice.MP3 | New Artist (7176) | 2,004KB | Audio |
| tato@KaZaA | Lenny Kravitz - Dig In.mp3 | Lenny Kravitz | 5,218KB | Audio |
| tato@KaZaA | Audioslave - Cochise.mp3 | Audioslave | 3,557KB | Audio |
| tato@KaZaA | nirvana-you know your right.mp3 | Nirvana | 2,633KB | Audio |
| tato@KaZaA | Staind-Outside.Mp3 | Staind | 4,525KB | Audio |
| tato@KaZaA | Toto-Rossanna.MP3 | New Artist (9089) | 1,616KB | Audio |

Found 1951 files    3,174,305 users online, sharing 563,239,867 files (4,547,712 GB).    Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| tato@KaZaA | Toto-Rossanna.MP3 | New Artist (9089) | 1,616KB | Audio |
| tato@KaZaA | Seether - Fuck It.mp3 | Seether | 2,790KB | Audio |
| tato@KaZaA | Zwan-Baby Let's Rock.mp3 | Zwan | 3,455KB | Audio |
| tato@KaZaA | Zwan-Of A BrokenHeart.mp3 | Zwan | 3,608KB | Audio |
| tato@KaZaA | system of a down innervision toxicity.mp3 | System Of A Down | 2,787KB | Audio |
| tato@KaZaA | Aerosmith-CRYIN.MP3 | New Artist (7129) | 2,098KB | Audio |
| tato@KaZaA | Aerosmith-CRAZY.MP3 | New Artist (7129) | 2,155KB | Audio |
| tato@KaZaA | Aerosmith-AMAZING.MP3 | New Artist (7129) | 2,423KB | Audio |
| tato@KaZaA | B Adams-Heaven.MP3 | New Artist (7130) | 1,658KB | Audio |
| tato@KaZaA | Goo Goo Dolls-NAME.MP3 | New Artist (1257) | 1,837KB | Audio |
| tato@KaZaA | Collective Soul-SHINE.MP3 | New Artist (7168) | 2,086KB | Audio |
| tato@KaZaA | Collective Soul-December.MP3 | New Artist (7168) | 1,943KB | Audio |
| tato@KaZaA | ACDC-Back is Black.MP3 | New Artist (7173) | 1,741KB | Audio |
| tato@KaZaA | ACDC-You Shook Me All Night Long.MP3 | New Artist (7173) | 1,430KB | Audio |
| tato@KaZaA | KISS-Rock n Rol All nite.MP3 | New Artist (7175) | 1,147KB | Audio |
| tato@KaZaA | Dave Matthews Band-Grey Street.MP3 | New Artist (7198) | 2,092KB | Audio |
| tato@KaZaA | Dave Matthews Band-Raven.MP3 | New Artist (7198) | 2,297KB | Audio |
| tato@KaZaA | Dave Matthews Band-Digging a Ditch.MP3 | New Artist (7198) | 1,954KB | Audio |
| tato@KaZaA | Dave Matthews Band-Big Eyed Fish.MP3 | New Artist (7198) | 2,071KB | Audio |
| tato@KaZaA | Dave Matthews Band-When the world ends.MP3 | New Artist (7199) | 1,443KB | Audio |
| tato@KaZaA | Dave Matthews Band-The Space Between.MP3 | New Artist (7199) | 1,658KB | Audio |
| tato@KaZaA | Dave Matthews Band-So Right.MP3 | New Artist (7199) | 1,913KB | Audio |
| tato@KaZaA | Dave Matthews Band-Mother,Father.MP3 | New Artist (7199) | 1,801KB | Audio |
| tato@KaZaA | Dave Matthews Band-Sattelite.mp3 | Dave Mathew's Band | 4,660KB | Audio |
| tato@KaZaA | Christopher Cross-Sailing.MP3 | New Artist (9089) | 1,726KB | Audio |
| tato@KaZaA | Pearl Jam - Alive.mp3 | Pearl Jam | 5,342KB | Audio |
| tato@KaZaA | pearl jam-24.mp3 | Pearl Jam | 3,729KB | Audio |
| tato@KaZaA | Pearl Jam - Garden.mp3 | Pearl Jam | 4,671KB | Audio |

3,174,305 users online, sharing 563,239,867 files (4,547,712 GB)    Not sharing any files

Found 1951 Files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tato@KaZaA | Pearl Jam - Garden.mp3 | Pearl Jam | 4,671KB | Audio |
| tato@KaZaA | Pearl Jam - Jeremy.mp3 | Pearl Jam | 4,640KB | Audio |
| tato@KaZaA | Don Henley-Boys of Summer.MP3 | Slim | 1,978KB | Audio |
| tato@KaZaA | Goo Goo Dolls-Iris.MP3 | Slim | 1,404KB | Audio |
| tato@KaZaA | Extream-More than words.MP3 | Slim | 2,277KB | Audio |
| tato@KaZaA | Elvis-Blue suede shoes.MP3 | New Artist (9165) | 932KB | Audio |
| tato@KaZaA | Dolly Parton-Here you come again.MP3 | New Artist (9089) | 1,197KB | Audio |
| tato@KaZaA | Ray Price-Release Me.MP3 | New Artist (9165) | 1,121KB | Audio |
| tato@KaZaA | B J Thomas-Somebody done another wrong song.MP3 | New Artist (9171) | 1,401KB | Audio |
| tato@KaZaA | Tonya Tucker-Texas (when I Die).MP3 | New Artist (9171) | 1,946KB | Audio |
| tato@KaZaA | Earl Thomas Conley-Somewhere between right wrong.MP3 | New Artist (9172) | 1,681KB | Audio |
| tato@KaZaA | Ronnie Milsap-No getting over me.MP3 | New Artist (9172) | 1,326KB | Audio |
| tato@KaZaA | Willie Nelson-On the road again.MP3 | New Artist (9172) | 1,018KB | Audio |
| tato@KaZaA | Track 01.MP3 | New Artist (5803) | 2,006KB | Audio |
| tato@KaZaA | Track 02.MP3 | New Artist (5803) | 2,123KB | Audio |
| tato@KaZaA | Track 03.MP3 | New Artist (5803) | 2,134KB | Audio |
| tato@KaZaA | Track 04.MP3 | New Artist (5803) | 1,002KB | Audio |
| tato@KaZaA | Track 05.MP3 | New Artist (5803) | 652KB | Audio |
| tato@KaZaA | Track 06.MP3 | New Artist (5803) | 2,143KB | Audio |
| tato@KaZaA | Track 07.MP3 | New Artist (5803) | 2,046KB | Audio |
| tato@KaZaA | instrumental 01.MP3 | New Artist | 2,001KB | Audio |
| tato@KaZaA | 2-6-03.d4 | Unknown | 7KB | |
| 4 Users | YnR instrumental 0103.MP3 | New Artist | 2,132KB | Audio |
| tato@KaZaA | YnR instrumental 0104.MP3 | New Artist | 1,001KB | Audio |
| 2 Users | YnR instrumental 0201.MP3 | New Artist (6979) | 1,646KB | Audio |
| tato@KaZaA | YnR instrumental 0202.MP3 | New Artist (6979) | 2,589KB | Audio |
| 2 Users | YnR instrumental 0206.MP3 | New Artist (6979) | 1,799KB | Audio |
| tato@KaZaA | YnR instrumental 0105.MP3 | New Artist | 650KB | Audio |

Found 1,951 files    3,174,306 users online, sharing 563,239,867 files (4,547,712 GB)    Not sharing any files

Somebody done a...

Somewhere i...

YnR
YnR
YnR
YnR
YnR
YnR

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tato@KaZaA | YnR instrumental 0105.MP3 | New Artist | 650KB | Audio |
| tato@KaZaA | YnR instrumental 0205.MP3 | New Artist (6979) | 2,810KB | Audio |
| tato@KaZaA | just chillin 4.cl4 | Unknown | 3KB | |
| tato@KaZaA | nothin but rock.cl4 | Unknown | 7KB | |
| tato@KaZaA | slow cut 1.cl4 | Unknown | 6KB | |
| tato@KaZaA | mellow.cl4 | Unknown | 7KB | |
| tato@KaZaA | Mackenzie.cl4 | Unknown | 13KB | |
| tato@KaZaA | just for me 2.cl4 | Unknown | 7KB | |
| tato@KaZaA | landslide.cl4 | Unknown | 7KB | |
| tato@KaZaA | Victor.cl4 | Unknown | 8KB | |
| tato@KaZaA | 4 my club.cl4 | Unknown | 7KB | |
| tato@KaZaA | Cadilac.cl4 | Unknown | 12KB | |
| tato@KaZaA | slim.cl4 | Unknown | 8KB | |
| tato@KaZaA | dont know why.cl4 | Unknown | 8KB | |
| tato@KaZaA | erika 123.cl4 | Unknown | 5KB | |
| tato@KaZaA | just chillin 3.cl4 | Unknown | 7KB | |
| tato@KaZaA | just chillin 5.cl4 | Unknown | 5KB | |
| tato@KaZaA | merry.cl4 | Unknown | 8KB | |
| tato@KaZaA | Never can say goodbye.cl4 | Unknown | 8KB | |
| tato@KaZaA | rollin 78.cl4 | Unknown | 7KB | |
| tato@KaZaA | slow shyt.cl4 | Unknown | 11KB | |
| tato@KaZaA | vmc2003.cl4 | Unknown | 7KB | |
| tato@KaZaA | Untitled.cl4 | Unknown | 7KB | |
| tato@KaZaA | v train.cl4 | Unknown | 7KB | |
| tato@KaZaA | 13.cl4 | Unknown | 7KB | |
| tato@KaZaA | Always.cl4 | Unknown | 13KB | |
| tato@KaZaA | adidas.cl4 | Unknown | 7KB | |
| tato@KaZaA | break u off.cl4 | Unknown | 8KB | |

YnR
YnR
Neve.

3,174,305 users online, sharing 563,239,867 files (4,547,712 GB) | Not sharing any files

Found 1951 files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| tato@KaZaA | break u off.cl4 | Unknown | 8KB | |
| tato@KaZaA | chillin 3.cl4 | Unknown | 7KB | |
| tato@KaZaA | crush.cl4 | Unknown | 7KB | |
| tato@KaZaA | for sure 2.cl4 | Unknown | 7KB | |
| tato@KaZaA | Ghetto Heaven.cl4 | Unknown | 7KB | |
| tato@KaZaA | gladys.cl4 | Unknown | 12KB | |
| tato@KaZaA | gold series 1.cl4 | Unknown | 8KB | |
| tato@KaZaA | I'll take you there.cl4 | Unknown | 8KB | |
| tato@KaZaA | mainlounge 5.cl4 | Unknown | 7KB | |
| tato@KaZaA | kia 20.cl4 | Unknown | 8KB | |
| tato@KaZaA | rock %.cl4 | Unknown | 7KB | |
| tato@KaZaA | The Red.cl4 | Unknown | 7KB | |
| tato@KaZaA | rock 2002.cl4 | Unknown | 7KB | |
| tato@KaZaA | TXW.cl4 | Unknown | 7KB | |
| tato@KaZaA | VMC@!.cl4 | Unknown | 7KB | |
| tato@KaZaA | unwell.cl4 | Unknown | 7KB | |
| tato@KaZaA | YnR Playlist.cl4 | Unknown | 2,490KB | |
| tato@KaZaA | ignition.cl4 | Unknown | 7KB | |
| tato@KaZaA | joshua.cl4 | Unknown | 5KB | |
| tato@KaZaA | Erika.cl4 | Unknown | 16KB | |
| tato@KaZaA | 112984.cl4 | Unknown | 6KB | |
| tato@KaZaA | shadow.cl4 | Unknown | 7KB | |
| tato@KaZaA | MP3.cl4 | Unknown | 547KB | |
| tato@KaZaA | .50.cl4 | Unknown | 7KB | |
| tato@KaZaA | reggie 3.cl4 | Unknown | 7KB | |
| tato@KaZaA | caddy 11.cl4 | Unknown | 7KB | |
| tato@KaZaA | cadliac 100.cl4 | Unknown | 7KB | |
| tato@KaZaA | yr.cl4 | Unknown | 10KB | |

Found 1951 files

3,174,305 users online, sharing 563,239,867 files (4,547,712 GB)    Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| tato@KaZaA | yr.cl4 | Unknown | 10KB | |
| tato@KaZaA | 25.cl4 | Unknown | 12KB | |
| tato@KaZaA | soul.cl4 | Unknown | 7KB | |
| tato@KaZaA | sum country.cl4 | Unknown | 8KB | |
| tato@KaZaA | Rocket 4.cl4 | Unknown | 12KB | |
| tato@KaZaA | Stan.cl4 | Unknown | 7KB | |
| tato@KaZaA | ynr 34.MP3 | New Artist (8765) | 2,415KB | Audio |
| tato@KaZaA | hit da flo.MP3 | New Artist (129) | 2,179KB | Audio |
| tato@KaZaA | ynr-Call Me.MP3 | New Artist | 1,849KB | Audio |
| tato@KaZaA | lil kim-thug luv.MP3 | New Artist (9033) | 649KB | Audio |
| tato@KaZaA | method man-all i need.MP3 | New Artist (2954) | 1,510KB | Audio |
| tato@KaZaA | ghostface killah - all that i got is you.mp3 | ghostface killah | 7,520KB | Audio |
| tato@KaZaA | Nelly-Shake your tailfeather.MP3 | New Artist (8888) | 1,997KB | Audio |
| tato@KaZaA | OutKast-i like the way you move.MP3 | New Artist (9363) | 1,586KB | Audio |
| tato@KaZaA | YR-mary.MP3 | New Artist | 1,445KB | Audio |
| tato@KaZaA | yr2.MP3 | New Artist (4566) | 1,243KB | Audio |
| tato@KaZaA | yr new 01.MP3 | New Artist (6049) | 823KB | Audio |
| tato@KaZaA | Twista - Blaze It Up.mp3 | Twista | 13,360KB | Audio |
| tato@KaZaA | Lil Jon-bia bia.MP3 | New Artist (175) | 2,054KB | Audio |
| tato@KaZaA | yr new 02.MP3 | New Artist (6049) | 1,691KB | Audio |
| tato@KaZaA | YR3.MP3 | Y-n-R | 1,408KB | Audio |
| tato@KaZaA | yr new 03.MP3 | New Artist (6049) | 1,866KB | Audio |
| tato@KaZaA | yr new 04.MP3 | New Artist (6049) | 1,553KB | Audio |
| tato@KaZaA | yr new 05.MP3 | New Artist (6049) | 2,043KB | Audio |
| tato@KaZaA | Birdman-I Got to.MP3 | New Artist (6062) | 1,732KB | Audio |
| tato@KaZaA | CandyMan.MP3 | New Artist (129) | 2,007KB | Audio |
| tato@KaZaA | Jay Z-The Watchers 2.MP3 | New Artist (5881) | 2,430KB | Audio |
| tato@KaZaA | Problems Justified Remix.mp3 | AZ Feat. Wish Bone_Jay... | 3,590KB | Audio |

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| tato@KaZaA | Problems Justified Remix.mp3 | AZ Feat. Wish Bone _Lay... | 3,590KB | Audio |
| tato@KaZaA | Ludacris-10 Move Bitch.MP3 | New Artist (1296) | 1,843KB | Audio |
| tato@KaZaA | Twista-Take ova this.MP3 | New Artist (1663) | 1,754KB | Audio |
| tato@KaZaA | Jay Z-Gyrlz.MP3 | New Artist (42) | 1,887KB | Audio |
| tato@KaZaA | Jay Z-Heart Of The City.MP3 | New Artist (42) | 1,544KB | Audio |
| tato@KaZaA | Jay Z-Hola.MP3 | New Artist (42) | 1,885KB | Audio |
| tato@KaZaA | Jay Z-IzzO.MP3 | New Artist (42) | 1,652KB | Audio |
| tato@KaZaA | Jay Z-Jigga That Nigga.MP3 | New Artist (42) | 1,405KB | Audio |
| tato@KaZaA | Jay Z-Never Change.MP3 | New Artist (42) | 1,637KB | Audio |
| tato@KaZaA | Jay Z-Renagde.MP3 | New Artist (42) | 2,311KB | Audio |
| tato@KaZaA | Jay Z-Song Cry.MP3 | New Artist (42) | 2,086KB | Audio |
| tato@KaZaA | Jay Z-Takeover.MP3 | New Artist (42) | 2,166KB | Audio |
| tato@KaZaA | Jay Z-U Dont Know.MP3 | New Artist (42) | 1,389KB | Audio |
| tato@KaZaA | Twista - Get It Wet.mp3 | Twista | 3,786KB | Audio |
| tato@KaZaA | YR-vigi.MP3 | Y-n-R | 1,465KB | Audio |
| tato@KaZaA | YR-vigi2.MP3 | Y-n-R | 2,252KB | Audio |
| tato@KaZaA | Ludacris-8 Growing Pains.MP3 | New Artist (1296) | 1,967KB | Audio |
| tato@KaZaA | YR-vigi3.MP3 | Y-n-R | 2,073KB | Audio |
| tato@KaZaA | Jay z- excuse me miss.MP3 | New Artist (5881) | 1,913KB | Audio |
| tato@KaZaA | master p - weed and hennessey (remix).mp3 | AZ | 4,101KB | Audio |
| tato@KaZaA | Bird man-What happen to that boy.MP3 | New Artist (6862) | 1,755KB | Audio |
| tato@KaZaA | Ludacris-16 Freaky Thangs.MP3 | New Artist (1296) | 2,259KB | Audio |
| tato@KaZaA | Jay z-what they gonna do.MP3 | New Artist (5881) | 1,999KB | Audio |
| tato@KaZaA | yt 1.MP3 | Y-n-R | 2,637KB | Audio |
| tato@KaZaA | Twista-i know.MP3 | New Artist (7477) | 1,556KB | Audio |
| tato@KaZaA | Twista-bitch.MP3 | New Artist (7477) | 1,892KB | Audio |
| tato@KaZaA | 50 cent-Still be ridin.MP3 | New Artist (7478) | 1,067KB | Audio |
| tato@KaZaA | 50 cent-She like.MP3 | New Artist (7478) | 979KB | Audio |

Found 1951 files    3,174,306 users online, sharing 563,239,867 files (4,547,712 GB)    Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| tato@KaZaA | 50 cent-She like.MP3 | New Artist (7478) | 979KB | Audio |
| tato@KaZaA | Outkast - The Whole World (radio_edit).mp3 | outkast-01-the_whole_w... | 4,655KB | Audio |
| tato@KaZaA | Lil' Bow Wow - Thank You.mp3 | Lil Bow Wow | 4,607KB | Audio |
| tato@KaZaA | 50 cent-high all the time.MP3 | New Artist (7474) | 1,832KB | Audio |
| tato@KaZaA | 50 cent-pimp.MP3 | New Artist (7474) | 1,697KB | Audio |
| tato@KaZaA | 50 cent-u not like me.MP3 | New Artist (7474) | 1,739KB | Audio |
| tato@KaZaA | Jay z-poppin tags.MP3 | New Artist (5881) | 2,451KB | Audio |
| tato@KaZaA | yt.MP3 | New Artist | 1,932KB | Audio |
| tato@KaZaA | Twista, hey lover boy.mp3 | Twista | 4,880KB | Audio |
| tato@KaZaA | Cam'ron-Hey Ma'.MP3 | New Artist (4111) | 1,503KB | Audio |
| tato@KaZaA | YB-ed and slap.MP3 | New Artist | 1,847KB | Audio |
| tato@KaZaA | YB-j sick and slap.MP3 | New Artist | 1,408KB | Audio |
| tato@KaZaA | yt4.MP3 | Y-n-R | 956KB | Audio |
| tato@KaZaA | What Am I Gunna Do.MP3 | New Artist (181) | 1,898KB | Audio |
| 2 Users | 112- 01.MP3 | New Artist (22) | 520KB | Audio |
| 2 Users | 112.MP3 | New Artist (2260) | 2,219KB | Audio |
| tato@KaZaA | Anything.MP3 | New Artist (562) | 1,952KB | Audio |
| tato@KaZaA | Musiq-143.MP3 | New Artist (364) | 2,026KB | Audio |
| tato@KaZaA | Amarie- Why don't we fall in love.MP3 | New Artist (6063) | 1,084KB | Audio |
| tato@KaZaA | Amarie- Talkin to me.MP3 | New Artist (6063) | 1,596KB | Audio |
| tato@KaZaA | Musiq-17.MP3 | New Artist (364) | 1,379KB | Audio |
| tato@KaZaA | There it is.MP3 | New Artist (642) | 2,045KB | Audio |
| tato@KaZaA | Smilez-tell me.MP3 | New Artist (9033) | 1,513KB | Audio |
| tato@KaZaA | Dru Hill- I Should Be.MP3 | New Artist (6065) | 2,024KB | Audio |
| tato@KaZaA | RKelly - RB Thug.mp3 | R. Kelly | 5,711KB | Audio |
| tato@KaZaA | RKELLY-REMIX RAP FEELIN ON YO BOOTY.MP3 | New Artist (397) | 1,560KB | Audio |
| tato@KaZaA | RKelly-Feeling on your booty (remix1).mp3 | New Artist (492) | 1,750KB | Audio |
| 5 Users | 112- 02.MP3 | New Artist (1577) | 1,576KB | Audio |

Found 1951 files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| 5 Users | 112- 02.MP3 | New Artist (1577) | 1,576KB | Audio |
| tato@KaZaA | Destiny's Child-EMOTION.MP3 | New Artist (995) | 1,609KB | Audio |
| tato@KaZaA | O.MP3 | New Artist (41) | 1,870KB | Audio |
| tato@KaZaA | chico debarge - vrirgn.mp3 | artist | 4,694KB | Audio |
| tato@KaZaA | Musiq-My Girl.MP3 | New Artist (364) | 1,363KB | Audio |
| tato@KaZaA | Craig David-Whats your flava.MP3 | New Artist (6066) | 1,469KB | Audio |
| tato@KaZaA | Craig David-Personal.MP3 | New Artist (6066) | 2,206KB | Audio |
| tato@KaZaA | AALIYAH-what if.MP3 | New Artist (396) | 1,799KB | Audio |
| tato@KaZaA | Kelly Rowland-Stole...MP3 | New Artist (6067) | 1,695KB | Audio |
| tato@KaZaA | B-Queen.MP3 | New Artist (178) | 1,586KB | Audio |
| tato@KaZaA | TLC-Girl talk.MP3 | New Artist (6068) | 1,461KB | Audio |
| tato@KaZaA | Aaliyah-4 Page Letter.MP3 | New Artist (1144) | 1,989KB | Audio |
| tato@KaZaA | one woman man.MP3 | New Artist (128) | 1,847KB | Audio |
| tato@KaZaA | ALICIA KEYS-Troubles.MP3 | New Artist (227) | 1,829KB | Audio |
| tato@KaZaA | JUST IN CASE.MP3 | New Artist (362) | 1,793KB | Audio |
| tato@KaZaA | JE-GOTTA BE.MP3 | New Artist (1103) | 1,463KB | Audio |
| tato@KaZaA | RKelly-Dont Say No.MP3 | New Artist (1016) | 1,693KB | Audio |
| tato@KaZaA | GONE.MP3 | New Artist (683) | 2,005KB | Audio |
| tato@KaZaA | WHERE I WANNA BE.MP3 | New Artist (365) | 1,725KB | Audio |
| tato@KaZaA | THIS LUV.MP3 | New Artist (365) | 1,697KB | Audio |
| tato@KaZaA | Case-MISSING.MP3 | New Artist (363) | 1,943KB | Audio |
| tato@KaZaA | Blackstreet- No Digity.MP3 | New Artist (9281) | 2,072KB | Audio |
| tato@KaZaA | JOHN DOE.MP3 | New Artist (394) | 1,819KB | Audio |
| tato@KaZaA | MADE 2 LOVE YA.MP3 | New Artist (395) | 1,864KB | Audio |
| tato@KaZaA | R U CAPABLE.MP3 | New Artist (395) | 1,850KB | Audio |
| tato@KaZaA | Next - WiFey (Remix).mp3 | Jagged Edge | 9,906KB | Audio |
| tato@KaZaA | MUSIQ-You Be Alright.MP3 | New Artist (364) | 2,862KB | Audio |
| tato@KaZaA | ron isley-u deserve better.MP3 | New Artist (397) | 1,813KB | Audio |