Friday, 19 November, 2004 03:0? PM
Clerk, U.S. District Court, ILCD

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater |  |  | New search | Download | Search | | | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tato@KaZaA | ron isley-u deserve better.MP3 | New Artist (397) | 1,813KB | Audio |
| tato@KaZaA | love of my life-brian mcknight.MP3 | New Artist (397) | 1,682KB | Audio |
| tato@KaZaA | Aaliyah-Never No More.MP3 | New Artist (396) | 1,622KB | Audio |
| tato@KaZaA | Aaliyah-Can I Be.MP3 | New Artist (396) | 1,219KB | Audio |
| tato@KaZaA | JOE-Better days.MP3 | JOE | 1,847KB | Audio |
| tato@KaZaA | Rkelly-feelin on yo booty.MP3 | New Artist (176) | 1,644KB | Audio |
| tato@KaZaA | JE-Can We Be Tight.MP3 | Jagged Edge | 1,755KB | Audio |
| tato@KaZaA | mary j. blige - how ever do you want it feat. jadakiss.mp3 | Mary J. Blige | 1,643KB | Audio |
| tato@KaZaA | Destiny Child-Dangerously In Love.MP3 | New Artist (995) | 2,000KB | Audio |
| tato@KaZaA | JLO-I'm real.MP3 | New Artist (111) | 1,661KB | Audio |
| tato@KaZaA | Kiss-Prince.MP3 | New Artist (1145) | 1,539KB | Audio |
| tato@KaZaA | JOE-Table 4 2.MP3 | New Artist (9282) | 2,240KB | Audio |
| tato@KaZaA | 12 thelonius.MP3 | New Artist (699) | 1,917KB | Audio |
| tato@KaZaA | J E-He Can't Love You.MP3 | New Artist (6659) | 1,663KB | Audio |
| tato@KaZaA | AALIYAH-u got nerve.MP3 | New Artist (396) | 1,515KB | Audio |
| tato@KaZaA | Aaliyah-Rock The Boat.MP3 | New Artist (396) | 1,867KB | Audio |
| tato@KaZaA | Alicia Keys-piano_I.MP3 | New Artist (227) | 758KB | Audio |
| tato@KaZaA | Aaliyah-i refuse.MP3 | New Artist (396) | 2,428KB | Audio |
| tato@KaZaA | Alicia Keys-FALLIN.MP3 | New Artist (227) | 1,429KB | Audio |
| tato@KaZaA | Alicia Keys-rock wit u.MP3 | New Artist (227) | 2,290KB | Audio |
| tato@KaZaA | Alicia Keys-a womans worth.MP3 | New Artist (227) | 2,063KB | Audio |
| tato@KaZaA | Aaliyah-Extra Smooth.MP3 | New Artist (396) | 1,598KB | Audio |
| tato@KaZaA | Aaliyah-Loose Rap.MP3 | New Artist (396) | 1,566KB | Audio |
| tato@KaZaA | Alicia Keys-caged bird.MP3 | New Artist (227) | 1,238KB | Audio |
| tato@KaZaA | Alicia Keys-Butterflyz.MP3 | New Artist (227) | 1,690KB | Audio |
| tato@KaZaA | Alicia Keys-girlfriend.MP3 | New Artist (227) | 1,459KB | Audio |
| tato@KaZaA | rkelly11.MP3 | New Artist (1016) | 1,602KB | Audio |
| tato@KaZaA | Musiq-Poparatzi.MP3 | New Artist (364) | 1,617KB | Audio |

Found 1951 files. | 3,174,305 users online, sharing 563,239,867 files (4,547,712 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | Theater | My Kazaa | Traffic | Shop | Search | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tato@KaZaA | Musiq-Poparatzi.MP3 | New Artist (364) | 1,617KB | Audio |
| tato@KaZaA | Mary J. Blige - No More Drama (Thunderpuss Anthem Mix)… | Mary J. Blige | 9,018KB | Audio |
| tato@KaZaA | Beyonce-Crazy in love.MP3 | New Artist (9284) | 1,608KB | Audio |
| tato@KaZaA | Destinys Child-Temptation.MP3 | New Artist (2059) | 1,670KB | Audio |
| tato@KaZaA | Alicia Keyes-goodbye.MP3 | New Artist (227) | 1,773KB | Audio |
| tato@KaZaA | JE-Goodbye.MP3 | Jagged Edge | 1,858KB | Audio |
| tato@KaZaA | Destiny Child-Confessions.MP3 | New Artist (2059) | 2,021KB | Audio |
| tato@KaZaA | Musiq-You_Me.MP3 | New Artist (364) | 1,768KB | Audio |
| tato@KaZaA | Case-Shine.MP3 | New Artist (363) | 1,858KB | Audio |
| tato@KaZaA | Beyonce-Baby boy.MP3 | New Artist (9284) | 1,665KB | Audio |
| tato@KaZaA | RKelly-Freak Tonight.MP3 | New Artist (1143) | 1,567KB | Audio |
| tato@KaZaA | Aaliyah-One in a Million.MP3 | New Artist (1144) | 1,842KB | Audio |
| tato@KaZaA | ashanti - Foolish.mp3 | Ashanti | 5,376KB | Audio |
| tato@KaZaA | Alicia Keys-Fallin'(remix).mp3 | Alicia Keys Feat Busta Rh… | 4,294KB | Audio |
| tato@KaZaA | Angie Stone - Brotha.mp3 | Angie Stone | 6,286KB | Audio |
| tato@KaZaA | Would You Mind.MP3 | New Artist (4133) | 2,258KB | Audio |
| tato@KaZaA | Jill Scott-Gettin in the way.MP3 | New Artist (226) | 1,608KB | Audio |
| tato@KaZaA | JE-promise.MP3 | New Artist (978) | 1,682KB | Audio |
| tato@KaZaA | Musiq-Just Friends.MP3 | New Artist (364) | 1,710KB | Audio |
| tato@KaZaA | Aaliyah-Read Between the Lines.MP3 | New Artist (396) | 1,772KB | Audio |
| tato@KaZaA | Musiq-Speechless.MP3 | New Artist (364) | 1,386KB | Audio |
| tato@KaZaA | Aaliyah-I Care For You.MP3 | New Artist (396) | 1,862KB | Audio |
| tato@KaZaA | angie stone-more than a woman.MP3 | New Artist (1664) | 1,998KB | Audio |
| tato@KaZaA | All-star tribute-Whats going on.MP3 | New Artist (1664) | 1,777KB | Audio |
| tato@KaZaA | MCareyNate dog]arule-Why Me.MP3 | New Artist (1664) | 1,774KB | Audio |
| tato@KaZaA | Ginuwine-Why did you go.MP3 | New Artist (1664) | 2,487KB | Audio |
| tato@KaZaA | Aaliyah-come over.MP3 | New Artist (7582) | 1,599KB | Audio |
| tato@KaZaA | Musiq-Girl Next Door.MP3 | New Artist (364) | 1,948KB | Audio |

Found 1951 files. | 3,174,305 users online, sharing 563,239,867 files (4,547,712 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tato@KaZaA | Musiq-Girl Next Door.MP3 | New Artist (364) | 1,948KB | Audio |
| tato@KaZaA | Dru hill-I love u.MP3 | New Artist (6065) | 2,133KB | Audio |
| tato@KaZaA | Avant-Seperated.MP3 | New Artist (1956) | 1,738KB | Audio |
| tato@KaZaA | Avant-My First Love.MP3 | New Artist (1956) | 1,827KB | Audio |
| tato@KaZaA | Jon B -They don't know.MP3 | New Artist (1757) | 1,868KB | Audio |
| tato@KaZaA | Craig David - Fill Me In.mp3 | Craig David | 4,018KB | Audio |
| tato@KaZaA | Craig David - Cant Be Messing Round.mp3 | Craig David | 5,484KB | Audio |
| tato@KaZaA | RKelly-Strip For You.MP3 | New Artist (1016) | 1,651KB | Audio |
| tato@KaZaA | Jill Scott-A Long Walk.MP3 | New Artist (226) | 1,911KB | Audio |
| tato@KaZaA | Blackstreet - Deep - Deep (Dirty).mp3 | Blackstreet | 6,668KB | Audio |
| tato@KaZaA | Jill Scott-The Way.MP3 | New Artist (226) | 1,740KB | Audio |
| 3 Users | 112- 03.MP3 | New Artist (1577) | 1,798KB | Audio |
| tato@KaZaA | 112- 04.MP3 | New Artist (1577) | 1,326KB | Audio |
| tato@KaZaA | 112- 07.MP3 | New Artist (1577) | 1,521KB | Audio |
| tato@KaZaA | 112- 09.MP3 | New Artist (1577) | 817KB | Audio |
| 2 Users | 112- 10.MP3 | New Artist (1577) | 1,931KB | Audio |
| tato@KaZaA | b2k - uh huh.mp3 | B2K | 6,966KB | Audio |
| tato@KaZaA | Musiq-LOVE.MP3 | New Artist (364) | 2,072KB | Audio |
| tato@KaZaA | Avant-Happy.MP3 | New Artist (1956) | 1,730KB | Audio |
| tato@KaZaA | Aaliyah-I wanna love you.MP3 | New Artist (7582) | 1,280KB | Audio |
| tato@KaZaA | Glenn Lewis - Don't You Forget It.mp3 | Glenn Lewis | 5,512KB | Audio |
| tato@KaZaA | R.Kelly-never leave.MP3 | New Artist (7583) | 1,531KB | Audio |
| tato@KaZaA | brown eyes.MP3 | New Artist (995) | 1,947KB | Audio |
| tato@KaZaA | Musiq-MARY AROUND.MP3 | New Artist (364) | 1,505KB | Audio |
| tato@KaZaA | RKelly-I Decided.MP3 | New Artist (1016) | 1,729KB | Audio |
| tato@KaZaA | R.Kelly-I love you.MP3 | New Artist (7583) | 1,455KB | Audio |
| tato@KaZaA | R.Kelly-Dream Gyrl.MP3 | New Artist (7583) | 1,614KB | Audio |
| tato@KaZaA | Craig David-7 Day.mp3 | CRAIG DAVID | 5,512KB | Audio |

Found 1951 files | 3,174,305 users online, sharing 563,239,867 files (4,547,712 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Traffic | Tell A Friend
New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tato@KaZaA | Craig David-7 Day.mp3 | CRAIG DAVID | 5,512KB | Audio |
| tato@KaZaA | incomplete.MP3 | New Artist (2790) | 1,865KB | Audio |
| tato@KaZaA | JLO-Ain't It Funny Remix.mp3 | JLO | 3,205KB | Audio |
| tato@KaZaA | R KELLY ft YOUNG BUCK - THOIA THONG (remix).mp3 | R KELLY ft YOUNG BUCK | 2,551KB | Audio |
| tato@KaZaA | Alicia Keys-mr man.MP3 | New Artist (227) | 1,699KB | Audio |
| tato@KaZaA | Aaliyah-More Then A Woman.MP3 | New Artist (396) | 1,564KB | Audio |
| tato@KaZaA | jane doe.MP3 | New Artist (227) | 1,553KB | Audio |
| 2 Users | alicia keys 03.MP3 | New Artist (227) | 1,616KB | Audio |
| tato@KaZaA | Jill Scott-Brotha.MP3 | New Artist (226) | 1,414KB | Audio |
| tato@KaZaA | RKelly-I Mean (I Don't Mean it).MP3 | New Artist (1016) | 1,411KB | Audio |
| tato@KaZaA | Alicia Keys-Why Do I Feel So Sad.MP3 | New Artist (227) | 1,808KB | Audio |
| tato@KaZaA | AALIYAH-We Need A Resolution.MP3 | New Artist (396) | 1,651KB | Audio |
| tato@KaZaA | AALIYAH-THOSE WERE THE DAYS.MP3 | New Artist (396) | 1,389KB | Audio |
| tato@KaZaA | ALICIA KEYS-this woman's work.MP3 | New Artist (228) | 1,807KB | Audio |
| tato@KaZaA | RKELLY-The Storm Is Over Now.MP3 | New Artist (1016) | 1,850KB | Audio |
| tato@KaZaA | RKelly-Cant Sleep(Remix).MP3 | New Artist (1143) | 1,658KB | Audio |
| tato@KaZaA | Alicia Keys-Never Felt This Way.MP3 | New Artist (227) | 822KB | Audio |
| tato@KaZaA | RKelly-All I Really Want.MP3 | New Artist (1016) | 1,641KB | Audio |
| tato@KaZaA | Musiq-Settle For My Love.MP3 | New Artist (364) | 2,314KB | Audio |
| tato@KaZaA | RKelly-The Greatest Sex.MP3 | New Artist (1016) | 1,913KB | Audio |
| tato@KaZaA | Jill Scott-Do You Remember.MP3 | New Artist (226) | 1,927KB | Audio |
| tato@KaZaA | R.Kelly-Women.MP3 | New Artist (7583) | 1,845KB | Audio |
| tato@KaZaA | 3 Piece - Ooh Ahh.mp3 | 3 Piece | 3,653KB | Audio |
| tato@KaZaA | Erikah Badu-On _On.MP3 | New Artist (2511) | 1,537KB | Audio |
| tato@KaZaA | Erikah Badu-Tyrone.MP3 | New Artist (2512) | 2,317KB | Audio |
| tato@KaZaA | Erikah Badu-Bag Lady.MP3 | New Artist (2513) | 2,373KB | Audio |
| tato@KaZaA | Fortunate-Maxwell.MP3 | New Artist (1092) | 1,992KB | Audio |
| tato@KaZaA | Erikah Badu-Next Lifetime.MP3 | New Artist (2511) | 2,630KB | Audio |

Found 1951 files | 3,174,305 users online, sharing 563,239,867 files (4,547,712 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | | | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tato@KaZaA | Erikah Badu-Next Lifetime.MP3 | New Artist (2511) | 2,630KB | Audio | |
| tato@KaZaA | alicia_keys_ft_sacario-a_womans_worth remix(1).mp3 | Alicia Keys Feat. Sacario | 6,404KB | Audio | A Wom |
| tato@KaZaA | avant - making good love.mp3 | Avant | 2,098KB | Audio | |
| tato@KaZaA | Angie Stone,Alicia Keys,_Eve-BROTHA REMIX(1)(5).mp3 | Angie Stone Feat. Alicia K... | 3,793KB | Audio | |
| tato@KaZaA | Ginuwine-deep inside.mp3 | Ginuwine | 3,353KB | Audio | |
| tato@KaZaA | Alicia Keys-silly girl.mp3 | Alicia Keys | 3,737KB | Audio | |
| tato@KaZaA | Alicia Keys-diary.mp3 | Alicia Keys | 4,528KB | Audio | |
| tato@KaZaA | MARY J. BLIGE-LOVE AND LIFE.mp3 | Mary J. Blige | 3,717KB | Audio | |
| tato@KaZaA | Donell Jones - You Know That I Love You.mp3 | Donell Jones | 5,252KB | Audio | You Kn |
| tato@KaZaA | i love you.MP3 | New Artist (1371) | 1,817KB | Audio | |
| tato@KaZaA | Ashanti-Foolish ft. Nas.mp3 | Sean | 6,171KB | Audio | Ashanti-Foolis |
| tato@KaZaA | R.Kelly-Take You Home With Me.MP3 | New Artist (2943) | 1,465KB | Audio | Take |
| tato@KaZaA | R.Kelly-Naked.MP3 | New Artist (2943) | 1,283KB | Audio | |
| tato@KaZaA | b2k - gotta to be.mp3 | B2K | 4,041KB | Audio | Gots To B |
| tato@KaZaA | Mary J Blige-Rainy days.mp3 | Mary J. Blige | 4,319KB | Audio | |
| tato@KaZaA | R Kelly - The World's Greatest.mp3 | R Kelly | 6,494KB | Audio | T |
| 2 Users | 3 Piece - Ooh Ahh Remix.mp3 | New Artist (3468) | 1,887KB | Audio | |
| tato@KaZaA | Ashanti-9 Baby Baby Baby.MP3 | New Artist (3399) | 1,807KB | Audio | |
| tato@KaZaA | Ashanti-1 Intro.MP3 | New Artist (3399) | 581KB | Audio | |
| tato@KaZaA | Ashanti-02 Foolish.MP3 | New Artist (3399) | 1,546KB | Audio | |
| 2 Users | Ashanti-03.MP3 | New Artist (3399) | 1,786KB | Audio | |
| tato@KaZaA | Ashanti-05.MP3 | New Artist (3399) | 244KB | Audio | |
| tato@KaZaA | Ashanti-04.MP3 | New Artist (3399) | 1,604KB | Audio | |
| tato@KaZaA | Ashanti-06.MP3 | New Artist (3399) | 2,075KB | Audio | |
| tato@KaZaA | Ashanti-07.MP3 | New Artist (3399) | 1,931KB | Audio | |
| tato@KaZaA | Ashanti-08.MP3 | New Artist (3399) | 3,029KB | Audio | |
| tato@KaZaA | Ashanti-11.MP3 | New Artist (3399) | 1,694KB | Audio | |
| tato@KaZaA | Ashanti-12.MP3 | New Artist (3399) | 535KB | Audio | |

Found 1951 files   3,174,305 users online, sharing 563,239,867 files (4,547,712 GB)   Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tato@KaZaA | Ashanti-12.MP3 | New Artist (3399) | 535KB | Audio | |
| tato@KaZaA | Ashanti-13.MP3 | New Artist (3399) | 2,273KB | Audio | |
| tato@KaZaA | Ashanti-14.MP3 | New Artist (3399) | 1,320KB | Audio | |
| tato@KaZaA | Ashanti-15.MP3 | New Artist (3399) | 101KB | Audio | |
| tato@KaZaA | Ashanti-17.MP3 | New Artist (3399) | 727KB | Audio | |
| tato@KaZaA | Casper-CHA CHA Slide.MP3 | New Artist (3041) | 2,770KB | Audio | |
| tato@KaZaA | Jagged Edge f. Nas - I Got It 2.mp3 | Jagged Edge Feat. Nas | 3,129KB | Audio | |
| tato@KaZaA | its not fair.MP3 | New Artist (3579) | 2,039KB | Audio | |
| tato@KaZaA | Musiq Soulchild - 06 - Babygirl - simplemp3s.mp3 | Musiq Soulchild | 4,186KB | Audio | Half Crazy |
| tato@KaZaA | Musiq Soulchild - Half Crazy.mp3 | Musiq Soulchild | 3,961KB | Audio | |
| tato@KaZaA | D'Angelo feat. AZ - Lady (DJ Premier remix) .mp3 | AZ | 4,724KB | Audio | Lady |
| tato@KaZaA | Musiq Soulchild - 04 - Stoplaying - simplemp3s.mp3 | Musiq Soulchild | 4,756KB | Audio | |
| tato@KaZaA | Musiq Soulchild - 08 - Time - simplemp3s.mp3 | Musiq Soulchild | 6,190KB | Audio | |
| tato@KaZaA | Musiq-something.mp3 | Musiq | 3,586KB | Audio | |
| tato@KaZaA | Musiq Soulchild - Just Friends Remix.mp3 | Musiq | 3,045KB | Audio | |
| tato@KaZaA | Musiq-bestfriend introducing Carol Riddick_jb.mp3 | Musiq | 4,056KB | Audio | bestfriend |
| tato@KaZaA | Mary J. Blige-Love and Life-hooked.mp3 | Mary J. Blige | 4,708KB | Audio | |
| tato@KaZaA | david hollister-keep lovin you.mp3 | Artist | 3,341KB | Audio | david hollis |
| tato@KaZaA | J.Lo feat Nas -Im gonna be alright.mp3 | J. Lo feat. Nas | 3,647KB | Audio | I'm gonna |
| tato@KaZaA | Musiq Soulchild - 16 -DONT CHANGE.MP3 | New Artist (3597) | 2,099KB | Audio | |
| tato@KaZaA | Musiq Soulchild - 02 - NEWNESS.MP3 | New Artist (3597) | 1,548KB | Audio | |
| tato@KaZaA | Musiq Soulchild - 09 - FUTURE.MP3 | New Artist (3597) | 1,633KB | Audio | |
| tato@KaZaA | Musiq Soulchild - 11 - REALOVE.MP3 | New Artist (3597) | 1,816KB | Audio | |
| tato@KaZaA | Musiq Soulchild - 12 - ONENIGHT.MP3 | New Artist (3597) | 1,916KB | Audio | |
| tato@KaZaA | Musiq Soulchild - 13 - PREVIOUSCATS.MP3 | New Artist (3597) | 1,632KB | Audio | |
| tato@KaZaA | Musiq Soulchild - 14 - SOLONG.MP3 | New Artist (3597) | 1,733KB | Audio | |
| tato@KaZaA | Jaheim-Put that women First.mp3 | Jaheim | 4,639KB | Audio | |
| tato@KaZaA | Avant-Thinkin' About You.mp3 | Avant | 4,188KB | Audio | Pu |

Found 1951 files | 3,174,305 users online, sharing 563,239,867 files (4,547,712 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | | | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tato@KaZaA | Avant-Thinkin' About You.mp3 | Avant | 4,188KB | Audio | |
| tato@KaZaA | LET'S WAIT AWHILE.MP3 | New Artist (2160) | 1,885KB | Audio | THAT'S TE |
| tato@KaZaA | THATS THE WAY LOVE GOES.MP3 | New Artist (2160) | 1,815KB | Audio | |
| tato@KaZaA | Amanda Perez-never.MP3 | New Artist (4868) | 1,744KB | Audio | |
| tato@KaZaA | aaliyah-1 ina million.MP3 | New Artist (1144) | 1,843KB | Audio | |
| tato@KaZaA | maxwell-woman's work.MP3 | New Artist (228) | 1,807KB | Audio | |
| tato@KaZaA | Ginuwine-Stingy.MP3 | New Artist (5165) | 1,789KB | Audio | |
| tato@KaZaA | Mario-Mario-Braid My Hair.mp3 | Mario | 4,864KB | Audio | STEP IN THE |
| tato@KaZaA | RKELLY-STEP IN THE NAME OF MY LOVE.MP3 | New Artist (5117) | 2,420KB | Audio | 1 |
| tato@KaZaA | AALIYAH-1 I GAVE MY HEART 2.MP3 | New Artist (1144) | 1,843KB | Audio | J.E. |
| tato@KaZaA | J.E. WEDNESDAY LOVER.MP3 | New Artist (1103) | 1,845KB | Audio | SO |
| tato@KaZaA | DESTINY'S CHILD-NO, NO, NO.MP3 | New Artist (5638) | 1,700KB | Audio | |
| tato@KaZaA | FAITH EVANS-SOON AS I GET HOME.MP3 | New Artist (5639) | 2,202KB | Audio | |
| tato@KaZaA | CASE-SEX GAMES.MP3 | New Artist (363) | 1,866KB | Audio | |
| tato@KaZaA | CASE-THE DAY I DIE.MP3 | New Artist (5642) | 1,665KB | Audio | |
| tato@KaZaA | JODECI-FEENIN'.MP3 | New Artist (5643) | 2,113KB | Audio | |
| tato@KaZaA | MARY J.-IM GOIN DOWN.MP3 | New Artist (5650) | 1,510KB | Audio | A |
| tato@KaZaA | AARON HALL-I MISS U.MP3 | New Artist (5651) | 2,597KB | Audio | |
| tato@KaZaA | JANET-ANYTIME ANYPLACE.MP3 | New Artist (5652) | 2,913KB | Audio | WHEN |
| tato@KaZaA | R.KELLY-WHENA WOMANS FED UP.MP3 | New Artist (5654) | 1,897KB | Audio | |
| tato@KaZaA | 1 in a million you-larry graham.mp3 | New Artist (1233) | 1,715KB | Audio | |
| 2 Users | 3 times a lady-commondores.MP3 | New Artist (886) | 2,711KB | Audio | |
| tato@KaZaA | 2 Occasions-The deele.MP3 | New Artist (891) | 2,393KB | Audio | |
| tato@KaZaA | All in my mind-Full Force.MP3 | New Artist (2459) | 2,209KB | Audio | |
| tato@KaZaA | Always in my heart-Tevin Campbell.MP3 | New Artist (888) | 2,305KB | Audio | |
| tato@KaZaA | AlwaysForever-Heatwave.MP3 | New Artist (1092) | 2,552KB | Audio | |
| tato@KaZaA | Am I Dreaming-Atlanic Starr.MP3 | New Artist (2124) | 2,300KB | Audio | |
| tato@KaZaA | Ambrosia - Baby Come Back.mp3 | Ambrosia | 3,240KB | Audio | |

Found 1951 files.  |  3,174,305 users online, sharing 563,239,867 files (4,547,712 GB)  |  Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | Theater | My Kazaa | Tell A Friend | Traffic | Shop

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tato@KaZaA | Ambrosia - Baby Come Back.mp3 | Ambrosia | 3,240KB | Audio |
| tato@KaZaA | Ambrosia - Biggest Part of Me.mp3 | Ambrosia | 5,120KB | Audio |
| tato@KaZaA | Anita Baker-I Apologize.MP3 | New Artist (2506) | 2,114KB | Audio |
| tato@KaZaA | Anita Baker-its been you.MP3 | New Artist (2506) | 2,041KB | Audio |
| 2 Users | Baby be mine-M Howard.MP3 | miki howard | 2,252KB | Audio |
| tato@KaZaA | Always-Atlantic Star.MP3 | New Artist (1092) | 1,910KB | Audio |
| tato@KaZaA | Anita Baker-Body n Soul.MP3 | New Artist (2506) | 2,328KB | Audio |
| tato@KaZaA | Baby Im Hooked-Con Funk Shun.MP3 | New Artist (2123) | 1,754KB | Audio |
| tato@KaZaA | Been so long-Anita Baker.MP3 | New Artist (894) | 2,129KB | Audio |
| tato@KaZaA | Beenie Man - Who Am I Sim Simma(2).mp3 | Beenie Man | 3,112KB | Audio |
| tato@KaZaA | Brand new Heavies-Never Stop.MP3 | New Artist (2510) | 1,723KB | Audio |
| tato@KaZaA | Can't get over you-Frankie Beverly.MP3 | New Artist (2116) | 1,910KB | Audio |
| tato@KaZaA | C Carlton-Shes a bad mama jamma.MP3 | New Artist (1645) | 2,376KB | Audio |
| tato@KaZaA | Can you stand the rain.MP3 | New Artist (2156) | 2,008KB | Audio |
| tato@KaZaA | Candy gyrl.MP3 | New Artist (2156) | 1,587KB | Audio |
| tato@KaZaA | Dazz band-When you needed roses.MP3 | New Artist (1645) | 1,873KB | Audio |
| tato@KaZaA | Close the door-Teddy Pendergrass.MP3 | New Artist (2119) | 2,227KB | Audio |
| tato@KaZaA | Come share my love-M howard.MP3 | miki howard | 1,958KB | Audio |
| tato@KaZaA | Come with me-Shai.MP3 | New Artist (890) | 1,906KB | Audio |
| tato@KaZaA | End of the road-Boys to men.MP3 | New Artist (1755) | 2,370KB | Audio |
| tato@KaZaA | Isley Bro-Between the sheets..MP3 | New Artist (1772) | 2,299KB | Audio |
| tato@KaZaA | Isley Bro-Caravan of love.MP3 | New Artist (1775) | 2,333KB | Audio |
| tato@KaZaA | Isley Bro-Choosey lover.MP3 | New Artist (1772) | 1,923KB | Audio |
| tato@KaZaA | Isley Bro-Float on.MP3 | New Artist (1776) | 1,697KB | Audio |
| tato@KaZaA | Isley Bro-Footsteps in the dark.MP3 | New Artist (1773) | 2,079KB | Audio |
| tato@KaZaA | Isley Bro-For the love in you.MP3 | New Artist (1774) | 1,948KB | Audio |
| tato@KaZaA | Isley Bro-Groove with you.MP3 | New Artist (1773) | 1,658KB | Audio |
| tato@KaZaA | Isley Bro-Hello its me.MP3 | New Artist (1643) | 2,252KB | Audio |

Found 1951 files | 3,174,305 users online, sharing 563,239,867 files (4,547,712 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | New search | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tato@KaZaA | Isley Bro-Hello its me.MP3 | New Artist (1643) | 2,258KB | Audio |
| tato@KaZaA | Isley Bro-Holding back the years.MP3 | New Artist (1776) | 2,241KB | Audio |
| tato@KaZaA | Isley bro-Its your thing.MP3 | New Artist (1643) | 1,133KB | Audio |
| tato@KaZaA | Isley Bro-Lets fall in love.MP3 | New Artist (1775) | 1,907KB | Audio |
| tato@KaZaA | Isley Bro-Lets lay together.MP3 | New Artist (1776) | 1,853KB | Audio |
| tato@KaZaA | Isley Bro-Lets make love tonite.MP3 | New Artist (1772) | 1,988KB | Audio |
| tato@KaZaA | Isley Bro-Make me say it again girl.MP3 | New Artist (1775) | 3,158KB | Audio |
| tato@KaZaA | Isley Bro-Summer Breeze.MP3 | New Artist (1774) | 1,282KB | Audio |
| tato@KaZaA | Isley Bro-Touch me.MP3 | New Artist (1772) | 2,118KB | Audio |
| tato@KaZaA | Isley Bro-Voyage to atlantis.MP3 | New Artist (1773) | 1,844KB | Audio |
| tato@KaZaA | Isley Bro-Whenever your ready.MP3 | New Artist (1776) | 1,977KB | Audio |
| tato@KaZaA | K White-Slow Down.MP3 | New Artist (1645) | 1,829KB | Audio |
| tato@KaZaA | K White-Tell me tommarrow.MP3 | New Artist (1645) | 1,953KB | Audio |
| tato@KaZaA | Lady-The Whispers.MP3 | New Artist (2122) | 1,515KB | Audio |
| tato@KaZaA | la la la means i love you-delfonics.MP3 | New Artist (830) | 1,329KB | Audio |
| tato@KaZaA | Lc Benson mix.MP3 | New Artist (1759) | 7,901KB | Audio |
| tato@KaZaA | Lc Benson slow mix.MP3 | New Artist (1759) | 11,222KB | Audio |
| 2 Users | Love dont live here anymore-Rose Royce.MP3 | New Artist (2116) | 1,621KB | Audio |
| tato@KaZaA | Lovin You-Minnie Riperton.MP3 | New Artist (884) | 1,400KB | Audio |
| tato@KaZaA | Let me be the 1-Mint Condition.MP3 | New Artist (895) | 2,047KB | Audio |
| tato@KaZaA | Mad Cobra - Flex.mp3 | Mad Cobra | 3,173KB | Audio |
| tato@KaZaA | Say Yes-Lakeside.MP3 | New Artist (2121) | 2,040KB | Audio |
| tato@KaZaA | Shaggy - Angel.mp3 | Shaggy | 5,503KB | Audio |
| tato@KaZaA | Shirley Murdoch - As We Lay.mp3 | Shirley Murdoch | 5,595KB | Audio |
| tato@KaZaA | Silly-Denice Williams.MP3 | New Artist (1233) | 2,441KB | Audio |
| tato@KaZaA | Slow Jam .LIVE-Midnitestar.MP3 | New Artist (881) | 2,175KB | Audio |
| tato@KaZaA | So Fine-Mint Condition.MP3 | New Artist (1092) | 2,561KB | Audio |
| tato@KaZaA | Something in the past-OneWay.MP3 | New Artist (2459) | 2,111KB | Audio |

Found 1951 files.    3,174,305 users online, sharing 563,239,867 files (4,547,712 GB)    Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tato@KaZaA | Something in the past-OneWay.MP3 | New Artist (2459) | 2,111KB | Audio |
| tato@KaZaA | Somewhere theres a love for me-H Hewett.MP3 | howard hewett | 1,807KB | Audio |
| tato@KaZaA | Special lady-Ray GoodmanBrown.MP3 | New Artist (887) | 1,753KB | Audio |
| tato@KaZaA | VMC- Funk Mix.mp3 | VMC | 9,785KB | Audio |
| tato@KaZaA | Vmc mix.MP3 | VMC | 11,884KB | Audio |
| tato@KaZaA | Vmc Old to the New Mix.MP3 | VMC | 10,159KB | Audio |
| tato@KaZaA | VMC-SOS Band MegaMix.mp3 | SOS Band | 11,208KB | Audio |
| tato@KaZaA | When can I see you again-BabyFace.MP3 | New Artist (1106) | 1,562KB | Audio |
| tato@KaZaA | Whitney H-You give good love.MP3 | New Artist (1645) | 1,845KB | Audio |
| tato@KaZaA | With you.MP3 | New Artist (1474) | 1,883KB | Audio |
| tato@KaZaA | Words get in the way-G Estefan.MP3 | New Artist (896) | 1,412KB | Audio |
| tato@KaZaA | you are everything-stylistics.MP3 | New Artist (830) | 1,257KB | Audio |
| tato@KaZaA | Your Smile-ReneAngela.MP3 | New Artist (892) | 1,741KB | Audio |
| tato@KaZaA | Yours Forever-Portrait.MP3 | New Artist (1092) | 2,232KB | Audio |
| tato@KaZaA | Zhane-Crush.MP3 | New Artist (2507) | 1,227KB | Audio |
| tato@KaZaA | Zhane-Sending My Love.MP3 | New Artist (2508) | 1,504KB | Audio |
| tato@KaZaA | Zhane-Sweet taste of love.MP3 | New Artist (2508) | 1,564KB | Audio |
| tato@KaZaA | Zhane-This song is for you.MP3 | New Artist (2507) | 1,813KB | Audio |
| tato@KaZaA | Zhane-Your sorry now.MP3 | New Artist (2508) | 1,925KB | Audio |
| tato@KaZaA | VMC - OLD Party Mix -.mp3 | Various | 10,131KB | Audio |
| tato@KaZaA | VMC - Rap n rb Megamix 2.mp3 | Warsaw Zoo | 11,161KB | Audio |
| tato@KaZaA | VMC - Rap n Rb megamix.mp3 | VMC | 21,216KB | Audio |
| tato@KaZaA | Happy Feelings-Maze.MP3 | New Artist (2117) | 2,144KB | Audio |
| tato@KaZaA | Here I go Again-Force Md.MP3 | New Artist (2459) | 2,618KB | Audio |
| tato@KaZaA | Here we Are-G Estefan.MP3 | New Artist (896) | 1,984KB | Audio |
| tato@KaZaA | How deep is your love-Portrait.MP3 | New Artist (2459) | 1,562KB | Audio |
| tato@KaZaA | I need u 2night.MP3 | New Artist (2159) | 1,829KB | Audio |
| tato@KaZaA | If you only knew-Patti LaBelle.MP3 | New Artist (1233) | 1,943KB | Audio |

Found 1951 files | 3,174,305 users online, sharing 563,239,867 files (4,547,712 GB) | Not sharing any files