E-FILED
Friday, 19 November, 20__    03:07:5_ _M
Clerk, U.S. District Court, __D

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tato@KaZaA | If you only knew-Patti LaBelle.MP3 | New Artist (1233) | 1,943KB | Audio |
| tato@KaZaA | GRANDPA'S MIX.MP3 | New Artist (620) | 30,486KB | Audio |
| tato@KaZaA | Groove theory-Tell Me.MP3 | New Artist (2509) | 1,610KB | Audio |
| tato@KaZaA | Im for real-H.Howard Hewett.MP3 | howard hewett | 1,973KB | Audio |
| tato@KaZaA | Imagination-M Howard.MP3 | miki howard | 1,788KB | Audio |
| tato@KaZaA | Isley Bro -I need your body.MP3 | New Artist (1772) | 1,906KB | Audio |
| tato@KaZaA | Magnum Force – Share My Love .mp3 | Magnum Force | 4,559KB | Audio |
| tato@KaZaA | monica-for you I will.MP3 | New Artist (1261) | 2,012KB | Audio |
| tato@KaZaA | Mr. Telephone Man.MP3 | New Artist (2156) | 1,624KB | Audio |
| tato@KaZaA | my first love.MP3 | New Artist (2158) | 2,038KB | Audio |
| tato@KaZaA | never givin' up.MP3 | New Artist (1144) | 2,120KB | Audio |
| tato@KaZaA | New Edition-Im commin home.MP3 | New Artist (1645) | 2,073KB | Audio |
| tato@KaZaA | old to the new mix.MP3 | Unknown | 10,159KB | Audio |
| tato@KaZaA | One Last Cry-Brian Mcknight.MP3 | New Artist (893) | 2,009KB | Audio |
| tato@KaZaA | R Bell-Baby come to me.MP3 | New Artist (1756) | 2,324KB | Audio |
| tato@KaZaA | R Bell-Make it like it was.MP3 | New Artist (1756) | 2,095KB | Audio |
| tato@KaZaA | Nice _Slow.MP3 | New Artist (1561) | 1,549KB | Audio |
| tato@KaZaA | No one comes close-Joe.MP3 | New Artist (1092) | 1,577KB | Audio |
| tato@KaZaA | Ooo Baby Baby-Smokey Robinson.MP3 | New Artist (2120) | 1,141KB | Audio |
| tato@KaZaA | reasons-earth wind n fire.MP3 | New Artist (1233) | 3,444KB | Audio |
| tato@KaZaA | Reunited-Peached_Herb.MP3 | New Artist (2120) | 2,349KB | Audio |
| tato@KaZaA | Still-Comondores.MP3 | New Artist (886) | 2,369KB | Audio |
| tato@KaZaA | The Stylistics-Break up to make up.MP3 | New Artist (887) | 1,617KB | Audio |
| tato@KaZaA | The Dramatics-Me n misses jones.MP3 | New Artist (1644) | 2,555KB | Audio |
| tato@KaZaA | THe electric slide-grandmaster slice.MP3 | New Artist (3063) | 2,401KB | Audio |
| tato@KaZaA | the life.MP3 | New Artist (227) | 2,211KB | Audio |
| tato@KaZaA | There I Go.MP3 | New Artist (1474) | 2,087KB | Audio |
| tato@KaZaA | Mtume-Juicy Fruit.MP3 | New Artist (3636) | 2,430KB | Audio |

Share My Lo

Not sharing any files

Found 1951 files

3,174,305 users online, sharing 563,239,867 files (4,547,712 GB)

Kazaa – [Search]

File  View  Player  Tools  Actions  Help

New search | Download | Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Size | Media Type | Artist |
|---|---|---|---|---|
| tato@KaZaA | Mtume-Juicy Fruit.MP3 | 2,430KB | Audio | New Artist (3636) |
| tato@KaZaA | Ready or not-After 7.MP3 | 1,832KB | Audio | New Artist (1092) |
| tato@KaZaA | Together Forever-Shai.MP3 | 2,124KB | Audio | New Artist (1092) |
| tato@KaZaA | This is for the lover in you-H howard Hewett.MP3 | 2,093KB | Audio | howard hewett |
| tato@KaZaA | Stephanie Mills-home.MP3 | 2,225KB | Audio | New Artist (3600) |
| tato@KaZaA | Teddy Pendergrass-turn off the lights.MP3 | 2,404KB | Audio | New Artist (2119) |
| tato@KaZaA | Teddy Pendergrass-Love TKO.MP3 | 2,044KB | Audio | New Artist (2119) |
| tato@KaZaA | Teddy Pendergrass-Come Go With Me.MP3 | 2,361KB | Audio | New Artist (2119) |
| tato@KaZaA | Heatwave - Sho'Nuff Must Be Luv .mp3 | 3,846KB | Audio | Heatwave |
| tato@KaZaA | Earth Wind Fire-I'll Wrte A song 4 U.MP3 | 2,203KB | Audio | New Artist (3601) |
| tato@KaZaA | Guy-Piece Of My Love.MP3 | 2,147KB | Audio | New Artist (3602) |
| tato@KaZaA | Guy-Goodbye Love.MP3 | 2,068KB | Audio | New Artist (3602) |
| tato@KaZaA | K White-Superwoman.MP3 | 2,337KB | Audio | New Artist (3605) |
| tato@KaZaA | Cunfunktion-Straight from the heart.MP3 | 1,902KB | Audio | New Artist (2123) |
| tato@KaZaA | cunfunktion-Loves train.MP3 | 2,158KB | Audio | New Artist (2123) |
| tato@KaZaA | Earth, Wind, and Fire - Hearts of Fire.mp3 | 5,380KB | Audio | Earth, Wind, and Fire |
| tato@KaZaA | Cunfunktion-Im leaving Baby.MP3 | 2,335KB | Audio | New Artist (2123) |
| tato@KaZaA | O Jays-Cry Together.MP3 | 2,299KB | Audio | New Artist (3606) |
| tato@KaZaA | Stevie wonder-send one your love.MP3 | 1,640KB | Audio | New Artist (3607) |
| tato@KaZaA | Gap Band-Yearning for your love.MP3 | 2,372KB | Audio | New Artist (3601) |
| tato@KaZaA | Stacey Latisaw-Every Drop of your love.MP3 | 1,801KB | Audio | New Artist (3635) |
| tato@KaZaA | SoS band-no ones going to love you.MP3 | 2,676KB | Audio | New Artist (3635) |
| tato@KaZaA | Oldies 60s Dance mix.mp3 | 6,275KB | Audio | soul motown |
| tato@KaZaA | Surface-Lets try again.MP3 | 1,583KB | Audio | New Artist (3635) |
| tato@KaZaA | Champaign-how about us.MP3 | 1,878KB | Audio | New Artist (1233) |
| tato@KaZaA | EASY-commondores.MP3 | 1,738KB | Audio | New Artist (886) |
| tato@KaZaA | Debarge-Love Me.MP3 | 1,733KB | Audio | New Artist (1562) |
| tato@KaZaA | sideshow-blue magic.MP3 | 1,728KB | Audio | New Artist (553) |



Found 1951 files     3,174,305 users online, sharing 563,239,867 files (4,547,712 GB)     Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tato@KaZaA | sideshow-blue magic.MP3 | New Artist (553) | 1,728KB | Audio |
| tato@KaZaA | Debarge-A Dream.MP3 | New Artist (1562) | 2,140KB | Audio |
| tato@KaZaA | Renee n Angela-You don't have to cry.MP3 | New Artist | 2,236KB | Audio |
| tato@KaZaA | SoS Band-The Finest.MP3 | New Artist | 2,476KB | Audio |
| tato@KaZaA | SoS Band-Just Be Good To Me.MP3 | New Artist | 3,582KB | Audio |
| tato@KaZaA | Mtume - Sugar_Free.mp3 | Juicy | 5,146KB | Audio |
| tato@KaZaA | Jonny Gill-There you go.MP3 | New Artist (1755) | 2,153KB | Audio |
| tato@KaZaA | Debarge-All This Love.MP3 | New Artist (1562) | 2,401KB | Audio |
| tato@KaZaA | Together for ever-One Way.MP3 | New Artist (2459) | 1,795KB | Audio |
| tato@KaZaA | VMC Mix 1 2002 -.mp3 | m o m o | 23,711KB | Audio |
| tato@KaZaA | Alisha - All Night Passion.mp3 | Alisha | 5,346KB | Audio |
| tato@KaZaA | VMC - Classic House Mix.mp3 | no artist | 10,645KB | Audio |
| tato@KaZaA | SOS Band - Weekend Girl.mp3 | SOS Band | 8,960KB | Audio |
| tato@KaZaA | SALSA-Franky Ruiz - PUERTO RICO !.MP3 | SALSA | 4,271KB | Audio |
| tato@KaZaA | jerry rivera - mega mix salsa.mp3 | Jerry Rivera | 6,323KB | Audio |
| tato@KaZaA | Puff Daddy - I'll Be Missing You (w.Sting).mp3 | Puff Daddy | 4,221KB | Audio |
| tato@KaZaA | salsa-latin - Orquesta Aragon - (fast salsa) Yay Boy.MP3 | Orquesta Aragon | 3,566KB | Audio |
| tato@KaZaA | Closer Than Freinds-Surface.MP3 | New Artist (889) | 1,938KB | Audio |
| tato@KaZaA | heaven must be like this-ohio players.MP3 | New Artist (553) | 3,027KB | Audio |
| tato@KaZaA | miki howard-crazy.MP3 | miki howard | 1,788KB | Audio |
| tato@KaZaA | Mint Condition - Is This Pain Or Pleasure.mp3 | Mint Condition | 1,873KB | Audio |
| tato@KaZaA | O'JAYS-BRANDY.MP3 | New Artist (5618) | 1,733KB | Audio |
| tato@KaZaA | Ribbon in the sky-S Wonder.MP3 | New Artist (1092) | 2,305KB | Audio |
| tato@KaZaA | La Bomba-R Rosada.MP3 | New Artist (5883) | 1,867KB | Audio |
| tato@KaZaA | Lloidras-Oscar de Leon.MP3 | New Artist (5884) | 1,655KB | Audio |
| tato@KaZaA | Suavamente-Elvis Crespo.MP3 | New Artist (5885) | 1,595KB | Audio |
| tato@KaZaA | Pedro Navaja-Ruben Blades.MP3 | New Artist (5885) | 2,051KB | Audio |
| tato@KaZaA | dj sir charles (mix tape).mp3 | DJ Sir Charles | 2,816KB | Audio |

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Shop | Traffic | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tato@KaZaA | dj sir charles (mix tape).mp3 | DJ Sir Charles | 2,816KB | Audio |
| tato@KaZaA | Earth wind fire -Love's Holiday.MP3 | New Artist (6452) | 1,815KB | Audio |
| tato@KaZaA | James imgram-Just once.MP3 | New Artist (8802) | 1,833KB | Audio |
| tato@KaZaA | daniel santos - TE ODIO Y TE QUIERO.mp3 | Daniel Santos | 2,811KB | Audio |
| tato@KaZaA | DANIEL SANTOS - PERFIDIA.MP3 | Nat King Cole | 2,072KB | Audio |
| tato@KaZaA | dance-Booty Bass - Daisy Dukes.mp3 | 2 Live Crew | 3,784KB | Audio |
| tato@KaZaA | Billy Ocean-Suddenly.MP3 | New Artist (8802) | 1,569KB | Audio |
| tato@KaZaA | Gap Band-Outstanding.MP3 | New Artist (3601) | 2,562KB | Audio |
| tato@KaZaA | If you play your cards right-One Way.MP3 | New Artist (8484) | 2,462KB | Audio |
| tato@KaZaA | One Way-Something in the past.MP3 | New Artist (8484) | 2,545KB | Audio |
| tato@KaZaA | Crystal Gayle-Don't it make my brown eyes blue.MP3 | New Artist (9089) | 1,032KB | Audio |
| tato@KaZaA | PeaboRoberta flack-tonite I celebrate my love.MP3 | New Artist (8802) | 1,420KB | Audio |
| tato@KaZaA | Whitney Houston-i will always love you.MP3 | New Artist (9280) | 1,828KB | Audio |
| tato@KaZaA | Whitney Houston-I have nothing.MP3 | New Artist (9280) | 1,939KB | Audio |
| tato@KaZaA | Whitney Houston-I'm Every Woman.MP3 | New Artist (9280) | 1,930KB | Audio |
| tato@KaZaA | Whitney Houston-Run To You.MP3 | New Artist (9280) | 1,776KB | Audio |
| tato@KaZaA | Gap Band-Early in the mourning.MP3 | New Artist (3601) | 3,122KB | Audio |
| tato@KaZaA | Gap Band-Humpin.MP3 | New Artist (3601) | 2,169KB | Audio |
| tato@KaZaA | jack johnson- poor taylor (acoustic).mp3 | Jack Johnson | 2,172KB | Audio |
| tato@KaZaA | Pink Floyd - Dont Leave Me Now.mp3 | Pink Floyd | 5,022KB | Audio |
| tato@KaZaA | TONY VEGA - DILE.mp3 | TONY VEGA | 4,998KB | Audio |
| tato@KaZaA | Lumidee - Never Let You Go.wma | Lumidee | 3,441KB | Audio |
| tato@KaZaA | TLC-NoScrubs.mp3 | TLC | 2,572KB | Audio |
| tato@KaZaA | eagle eye cherry - Fallin in love again (acoustic).mp3 | Eagle Eye Cherry | 2,936KB | Audio |
| tato@KaZaA | Dave Matthews Band - After Her (Acoustic).mp3 | Dave Matthews Band | 1,542KB | Audio |
| tato@KaZaA | Seether - Fine again (acoustic).mp3 | Seether | 3,674KB | Audio |
| tato@KaZaA | Jack Johnson - Stars (acoustic).mp3 | Jack Johnson | 2,312KB | Audio |
| tato@KaZaA | Pearl Jam - Black (Acoustic).mp3 | Pearl Jam | 3,288KB | Audio |

Found 1951 files.

3,174,305 users online, sharing 563,239,867 files (4,547,712 GB) | Not sharing any files.

# Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type | |
|------|----------|--------|------|------------|---|
| tato@KaZaA | Pearl Jam - Black (Acoustic).mp3 | Pearl Jam | 3,288KB | Audio | |
| tato@KaZaA | Slightly Stoopid - Babylon (Acoustic).mp3 | Slightly Stoopid | 2,656KB | Audio | |
| tato@KaZaA | Stripped away (Live Acoustic).mp3 | Fuel | 5,524KB | Audio | Stripped |
| tato@KaZaA | Pearl Jam - Jeremy Live Acoustic.mp3 | Live | 5,059KB | Audio | |
| tato@KaZaA | staind -tonight.mp3 | staind | 4,020KB | Audio | |
| tato@KaZaA | atl--holla at ya boy.mp3 | atl | 1,344KB | Audio | |
| tato@KaZaA | Nirvana(live) - Smells like Teen Spirit - Acoustic.mp3 | Nirvana | 4,349KB | Audio | Smells Like T |
| tato@KaZaA | Twista- Her Favorite Song.mp3 | Twista Ft. Kayne West | 3,216KB | Audio | Her Favorite Song |
| tato@KaZaA | Jars Of Clay-coffee song(acoustic).mp3 | Jars of Clay | 2,502KB | Audio | co |
| tato@KaZaA | 2 Pac - Dear Momma.MP3 | 2pac | 5,515KB | Audio | |
| tato@KaZaA | Smoke City - what it was - acoustic.mp3 | Smoke City | 3,076KB | Audio | Wha |
| tato@KaZaA | Matt Ryczek - Goodbye (Acoustic).mp3 | Matt Ryczek | 4,377KB | Audio | |
| tato@KaZaA | Bread - Everything I Own.mp3 | Bread | 2,548KB | Audio | |
| tato@KaZaA | ewf - serpentine fire.mp3 | ewf | 3,645KB | Audio | |
| tato@KaZaA | Sarah Mclaughlin - Will You Remember Me (1).mp3 | Sarah Mclaughlin | 4,612KB | Audio | Will |
| tato@KaZaA | lathun - Sweetest Thing.mp3 | Various Artists | 3,388KB | Audio | |
| tato@KaZaA | J. Blackfoot - I Messed Up.mp3 | J.Blackfoot | 4,964KB | Audio | |
| tato@KaZaA | SOS Band - Just The Way You Like It.mp3 | SOS Band | 5,212KB | Audio | Just t |
| tato@KaZaA | Stevie Wonder - Master Blaster (Jammin').mp3 | (ewf) | 4,521KB | Audio | Maste |
| tato@KaZaA | JAZZ-JOHNATHAN BULTER- More Than Friends.mp3 | Jonathan Butler | 4,353KB | Audio | |
| tato@KaZaA | Beatles - All You Need Is Love.mp3 | Beatles | 1,401KB | Audio | A |
| tato@KaZaA | tonic.cl4 | Unknown | 8KB | | |
| tato@KaZaA | Kanye West-Give me the lite.mp3 | kanye west | 2,264KB | Audio | gimme |
| tato@KaZaA | Twista - Still Po Pimpin.mp3 | Do Or Die | 2,814KB | Audio | Still Po Pimpin' Feat |
| tato@KaZaA | Lloyd Banks n 50 Cent - Air Your Ass Out.mp3 | Lloyd Banks | 1,915KB | Audio | Air Your Ass |
| tato@KaZaA | lil_wayne-frontin.mp3 | Lil Wayne | 3,834KB | Audio | |
| tato@KaZaA | Ja Rule-Race Against Time II.mp3 | Ja Rule | 2,748KB | Audio | R |
| tato@KaZaA | anthony hamilton-better days.mp3 | anthony hamilton | 3,455KB | Audio | |

Found 1951 files | 3,174,305 users online, sharing 563,239,867 files (4,547,712 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Traffic | Search | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tato@KaZaA | anthony hamilton-better days.mp3 | anthony hamilton | 3,455KB | Audio |
| tato@KaZaA | Do You Qaulify MSWill.wma | Marvin Sease | 5,569KB | Audio |
| tato@KaZaA | Track 01-moms.MP3 | New Artist (8341) | 1,096KB | Audio |
| 6 Users | Track 02-moms.MP3 | New Artist (8341) | 1,548KB | Audio |
| 3 Users | Track 03- moms.MP3 | New Artist (8342) | 1,772KB | Audio |
| 2 Users | Track 03-moms.MP3 | New Artist (8342) | 1,946KB | Audio |
| 2 Users | Track 08-moms.MP3 | New Artist (8342) | 1,424KB | Audio |
| 3 Users | Track 10-moms.MP3 | New Artist (8342) | 1,639KB | Audio |
| tato@KaZaA | Track 11-moms.MP3 | New Artist (8342) | 1,034KB | Audio |
| tato@KaZaA | Track 12-moms.MP3 | New Artist (8342) | 2,589KB | Audio |
| tato@KaZaA | Track 14-moms.MP3 | New Artist (8342) | 1,170KB | Audio |
| tato@KaZaA | Track 20-moms.MP3 | New Artist (8342) | 2,142KB | Audio |
| tato@KaZaA | tyrone davis - Do U Still Love Me.mp3 | Tyrone Davis | 4,585KB | Audio |
| tato@KaZaA | Tyrone Davis - For The Good Time.mp3 | Tyrone Davis | 4,222KB | Audio |
| tato@KaZaA | Unforgettable-Nat King Cole..MP3 | New Artist (882) | 1,410KB | Audio |
| tato@KaZaA | willie clayton - No Getting Over Me.mp3 | Willie Clayton | 5,384KB | Audio |
| tato@KaZaA | ZZ Hill-Please dont let our good thing end.MP3 | New Artist (1644) | 1,733KB | Audio |
| tato@KaZaA | 04 -   Johnny Taylor- Alibi.mp3 | Etta James | 3,621KB | Audio |
| tato@KaZaA | BB King_Albert Collins - Confessin' The Blues (1).mp3 | Stevie Ray Vaughn w/ Al... | 4,262KB | Audio |
| tato@KaZaA | Betty Wright - After The Pain.mp3 | Betty Wright | 1,894KB | Audio |
| tato@KaZaA | bb king - blues man.mp3 | B.B. King | 2,492KB | Audio |
| tato@KaZaA | Betty Wright - Clean Up Woman.mp3 | Betty Wright | 1,316KB | Audio |
| tato@KaZaA | Betty Wright - I Had A Talk With My Man.mp3 | Betty Wright | 2,752KB | Audio |
| tato@KaZaA | Blues Brothers - Sweet Home Chicago.mp3 | The Blues Brothers | 7,371KB | Audio |
| tato@KaZaA | Blues Etta James - i've been lovin' you too long.mp3 | Etta James | 4,094KB | Audio |
| tato@KaZaA | Christmas - Blues - Etta James - Merry Christmas Baby.mp3 | Etta James | 4,315KB | Audio |
| tato@KaZaA | Denise LaSalle - No Supervision.mp3 | Denise LaSalle | 4,727KB | Audio |
| tato@KaZaA | ernie johnson - party all night (1).mp3 | ERNIE JOHNSON | 7,007KB | Audio |

3,174,305 users online, sharing 563,239,867 files (4,547,712 GB)    Not sharing any files

Found 1951 files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  |  My Kazaa  |  Theater  |  Search  |  Traffic  |  Shop  |  Tell A Friend

New search  |  Download  |  Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tato@KaZaA | ernie johnson - party all night (1).mp3 | ERNIE JOHNSON | 7,007KB | Audio | |
| tato@KaZaA | Etta James - Down Home Blues.mp3 | Etta James | 5,422KB | Audio | |
| tato@KaZaA | ZZ Hill - Separate Way.mp3 | ZZ Hill | 3,920KB | Audio | |
| tato@KaZaA | WILLIE CLAYTON - ROCKING CHAIR.MP3 | Willie Clayton | 3,638KB | Audio | |
| tato@KaZaA | Willie Clayton - Simply Beautiful.mp3 | WILLIE CLAYTON | 4,312KB | Audio | |
| tato@KaZaA | The Rose Brothers - I GET OFF ON YOU.mp3 | The Rose Brothers | 5,164KB | Audio | |
| tato@KaZaA | J. Blackfoot - Your Mouth Wrote A Check.mp3 | J Blackfoot | 3,132KB | Audio | Your Mo... |
| tato@KaZaA | 1.mp3 | J. Blackfoot | 4,818KB | Audio | Tv |
| tato@KaZaA | JD Blackfoot - Deaths Finale.MP3 | J. D. Blackfoot | 2,304KB | Audio | |
| tato@KaZaA | Johnny Winter - Rock Me Baby.mp3 | Johnny Winter | 3,616KB | Audio | |
| tato@KaZaA | kenny wayne - A_B Conversation.mp3 | Kenny Wayne | 5,696KB | Audio | |
| tato@KaZaA | Nina Simone - Blues For Mama.mp3 | Nina Simone | 3,742KB | Audio | |
| tato@KaZaA | Mel Waiters - Hole In The Wall.mp3 | artist | 3,032KB | Audio | Mel Waiter... |
| tato@KaZaA | Mel Waiters - My Money My Whiskry.mp3 | MEL WAITERS | 3,574KB | Audio | My |
| tato@KaZaA | Mel Waiters - Sure Wasnt Me (1).mp3 | Mel Waiters | 6,413KB | Audio | |
| tato@KaZaA | MEL WAITERS - WHO'S GONNA WIN.mp3 | MEL WAITERS | 3,684KB | Audio | V |
| tato@KaZaA | MEL WAITERS - WOMAN IN NEED - POP IT BABY.mp3 | (Baby) | 3,386KB | Audio | |
| tato@KaZaA | MEL WAITERS XX COMPROMISE.mp3 | MEL WAITERS | 3,379KB | Audio | MEL WAITER... |
| tato@KaZaA | Latimore - Sunshine Lady.mp3 | Latimore | 3,039KB | Audio | |
| tato@KaZaA | Mel waiters - HIT IT AND QUIT IT.mp3 | Mel Waiters | 3,944KB | Audio | |
| tato@KaZaA | Sister Hazel_Blues Traveler - All For You (acoustic).mp3 | Sister Hazel_Blues Trave... | 4,427KB | Audio | All |
| tato@KaZaA | J. Blackfoot - Just One Lifetime.mp3 | J Blackfoot | 5,094KB | Audio | |
| tato@KaZaA | More Blues Than I Can Use (1).wma | A | 1,131KB | Audio | More Blues |
| tato@KaZaA | Taj Mahal_Etta James - Mockingbird.mp3 | Taj Mahal_Etta James | 3,776KB | Audio | |
| tato@KaZaA | Son House - Death Letter (1).mp3 | Son House | 5,136KB | Audio | |
| tato@KaZaA | willie clayton - Ain't No Way.mp3 | WILLIE CLAYTON | 4,356KB | Audio | |
| tato@KaZaA | Willie Clayton - I Love Me Some You.mp3 | Willie Clayton | 5,101KB | Audio | I |
| tato@KaZaA | Willie Clayton - Ohh Baby Baby.mp3 | Willie Clayton | 4,858KB | Audio | |

3,174,305 users online, sharing 563,239,867 files (4,547,712 GB)    Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| tato@KaZaA | Willie Clayton - Ohh Baby Baby.mp3 | Willie Clayton | 4,858KB | Audio |
| tato@KaZaA | willie clayton - our love.mp3 | Ojays | 3,631KB | Audio |
| tato@KaZaA | Goo_Goo_Dolls-Jed-12-Artie.mp3 | Goo Goo Dolls | 2,560KB | Audio |
| tato@KaZaA | J Blackfoot - After The Tone.mp3 | J Blackfoot | 3,412KB | Audio |
| tato@KaZaA | J Blackfoot - Leading Lady .MP3 | J Blackfoot | 3,968KB | Audio |
| tato@KaZaA | Mel Waiters - Slip Away.mp3 | MEL WAITERS | 5,066KB | Audio |
| tato@KaZaA | (Whoa Riddim) - Bounty Killer_ Elephant Man _Mr.mp3 | Bounty Killa, Elephant Man | 3,106KB | Audio |
| tato@KaZaA | Elephant Man-Chiney Ting.mp3 | Elephant Man | 5,048KB | Audio |
| tato@KaZaA | Areo Smith - I Don't Wanna Miss A Thing.mp3 | 3 | 4,422KB | Audio |
| tato@KaZaA | Avant - Read Your Mind (1).mp3 | Avant | 2,787KB | Audio |
| tato@KaZaA | S club 8-sundown.mp3 | s club 8 | 7,599KB | Audio |
| tato@KaZaA | Bob Marley - I Shot The Sheriff.mp3 | 3 | 4,370KB | Audio |
| tato@KaZaA | Bob Marly - We be Jammin.mp3 | Bob Marley | 3,299KB | Audio |
| tato@KaZaA | Mel Waiters-RUNNING STOP LIGHTS.mp3 | Mel Waiters | 3,448KB | Audio |
| tato@KaZaA | Tyrone Davis - Turn Back The Hands Of Time (1).mp3 | David Ruffin _Jimmy Ruff... | 2,869KB | Audio |
| tato@KaZaA | 03 Bounce Along.wma | Wayne Wonder | 2,298KB | Audio |
| tato@KaZaA | dmx-grand champ-where the hood at.mp3 | dmx. | 2,112KB | Audio |
| tato@KaZaA | Red Rat - Tight up skirt.mp3 | RED RAT | 2,365KB | Audio |
| tato@KaZaA | Kiss You (new).mp3 | TYRONE DAVIS | 3,490KB | Audio |
| tato@KaZaA | Millie Jackson - Loving arms (1).mp3 | Millie Jackson | 4,348KB | Audio |
| tato@KaZaA | mel waiters - Lets Do Each Other Tonight.mp3 | Mel Waiters | 3,680KB | Audio |
| tato@KaZaA | mel waiters - pop that thang.mp3 | Mel Waiters | 2,504KB | Audio |
| tato@KaZaA | NAS - Kissing.mp3 | Nas Feat. R. Kelly | 3,994KB | Audio |
| tato@KaZaA | Dude (Beenie Man _Ms. Thing).wma | BeenieMan feat. Ms Thing | 1,556KB | Audio |
| tato@KaZaA | REGGE - UB40 - Red red wine.mp3 | Bob Marley | 1,532KB | Audio |
| tato@KaZaA | Sean Paul - Shake that thing (remix).mp3 | Reggae Gold 2003 | 4,354KB | Audio |
| tato@KaZaA | Sean-Paul-SEXY PUNKY.mp3 | Sean Paul | 2,772KB | Audio |
| tato@KaZaA | Reggae Dancehall Mix.mp3 | Beanie Man, Vegas, Goof... | 12,238KB | Audio |

3,174,305 users online, sharing 563,239,867 files (4,547,712 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tato@KaZaA | Reggae Dancehall Mix.mp3 | Beanie Man, Vegas, Goof.... | 12,238KB | Audio |
| tato@KaZaA | Mariah Carrey - Ill be there.mp3 | Mariah Carey | 3,292KB | Audio |
| tato@KaZaA | Hole In The Wall (remix).mp3 | Mel Walters | 4,084KB | Audio |
| tato@KaZaA | In Da Club Remix.mp3 | 50 Cent Dmx Ice Cube | 4,415KB | Audio |
| tato@KaZaA | Ja Rule - Clapback.mp3 | Ja Rule | 6,112KB | Audio |
| tato@KaZaA | Jagged Edge - Walke Outta Heaven.asf | jagged edge | 8,803KB | Video |
| tato@KaZaA | Cameo - We're Going Out Tonight.mp3 | Cameo | 4,364KB | Audio |
| tato@KaZaA | R.MP3 | joe | 1,549KB | Audio |
| tato@KaZaA | Al Green-Lets stat together.MP3 | New Artist (1643) | 1,350KB | Audio |
| tato@KaZaA | fifth dimension - Ooh Child.mp3 | fifth dimension | 3,054KB | Audio |
| tato@KaZaA | Here I am-Al Green.MP3 | New Artist (2119) | 1,735KB | Audio |
| tato@KaZaA | little milton - Room 244.mp3 | Little Milton | 4,432KB | Audio |
| tato@KaZaA | M Gaye-i heard it through the grape vine.MP3 | New Artist (1644) | 1,311KB | Audio |
| tato@KaZaA | M Gaye-Lets get it on.MP3 | New Artist (1644) | 1,975KB | Audio |
| tato@KaZaA | Run DMC - The run dmc old school megamix.mp3 | HipHop Rap 80's | 9,738KB | Audio |
| tato@KaZaA | Manhattans-Kiss and say goodbye.MP3 | New Artist (3603) | 1,810KB | Audio |
| tato@KaZaA | Sam Cook - A Chage Is Gonna Come.mp3 | Sam Cook | 740KB | Audio |
| tato@KaZaA | Sam n Dave-Hold on im comin.MP3 | New Artist (1642) | 1,068KB | Audio |
| tato@KaZaA | Staple Singers-ill take you there.MP3 | New Artist (1644) | 1,290KB | Audio |
| tato@KaZaA | Temtations-Just my imagination.MP3 | New Artist (9089) | 1,548KB | Audio |
| tato@KaZaA | Use to be my girl-O Jays.MP3 | New Artist (5618) | 1,377KB | Audio |
| tato@KaZaA | W Picket-In the midnite hour.MP3 | New Artist (1642) | 1,036KB | Audio |
| tato@KaZaA | Cameo-Why have I lost you.MP3 | New Artist (2115) | 2,159KB | Audio |
| tato@KaZaA | VMC Reagea Oldschool Mix.mp3 | Cold | 30,210KB | Audio |
| tato@KaZaA | Guns N' Roses_Tom Petty - Free Fallin (Live).mp3 | Tom Petty and Guns N' R.... | 4,308KB | Audio |
| tato@KaZaA | Counting Crows - Goodnight Elizabeth.mp3 | Counting Crows | 5,010KB | Audio |
| tato@KaZaA | Dead or Alive - You Spin Me Round.mp3 | Dead or Alive | 3,093KB | Audio |
| tato@KaZaA | Beatles - Hey Jude.mp3 | Beatles | 4,472KB | Audio |

Found 1951 files.    3,174,305 users online, sharing 560,239,667 files (4,547,712 Gb)    Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  |  My Kazaa  |  Theater  |  Search  |  Traffic  |  Shop  |  Tell A Friend

New search  |  Download  |  Search Field

| User | Filename | Artist | Size | Media Type | |
|------|----------|--------|------|-----------|---|
| tato@KaZaA | Beatles - Hey Jude.mp3 | Beatles | 4,472KB | Audio | |
| tato@KaZaA | Billy Joel - Piano Man.mp3 | Billy Joel | 5,248KB | Audio | |
| tato@KaZaA | lit - over my head.mp3 | Lit | 5,129KB | Audio | |
| tato@KaZaA | Thompson Twins - Hold Me Now.mp3 | Thompson Twins | 6,670KB | Audio | |
| tato@KaZaA | Phil Collins - Take a Look at Me Now.mp3 | Phil Collins | 3,241KB | Audio | Take |
| tato@KaZaA | Tonic - If You Could Only See (Acoustic).mp3 | Tonic | 3,993KB | Audio | If You Could ( |
| tato@KaZaA | The Donnas - Take It Off.mp3 | The Donnas | 2,504KB | Audio | |
| tato@KaZaA | Loose Ends - Nights of Pleasure.mp3 | Loose Ends | 4,181KB | Audio | |
| tato@Ey+ | Four Seasons - My Eyes Adored You 1974.mp3 | Four Seasons | 3,066KB | Audio | My Eyes |
| tato@KaZaA | Graham Colton - Save Me.mp3 | Graham Colton | 4,234KB | Audio | |
| tato@KaZaA | Toad the Wet Sprocket - All I Want is to Feel This Way.mp3 | Big Head Todd and the M... | 3,096KB | Audio | All I Want |
| tato@KaZaA | Midnight Train To Georgia - Ani Difranco And Indigo Girls.m... | Ani Difranco And Indigo Gi... | 4,504KB | Audio | Midnight Train To Georgia - Ani Difr... |
| tato@KaZaA | dexter freebish - leaving town.mp3 | Dexter Freebish | 5,501KB | Audio | |
| tato@KaZaA | Monica-I wrote this song.mp3 | Monica | 7,205KB | Audio | I |
| tato@KaZaA | Track 17.mp3 | The Starting Line | 3,648KB | Audio | |
| tato@KaZaA | Def Leppard - Foolin'.mp3 | Def Leppard | 4,280KB | Audio | |
| tato@KaZaA | Shawn Mullins - Lullaby (Acoustic).mp3 | Shawn Mullins | 4,555KB | Audio | |
| tato@KaZaA | Staind- So Far Away.mp3 | Staind | 3,895KB | Audio | |
| tato@KaZaA | R. Kelly - Step In the Name of Love (Remix).mp3 | R. Kelly | 6,676KB | Audio | Step In The Na... |
| tato@KaZaA | cameo - attack me with your love (12" version).mp3 | Cameo | 6,150KB | Audio | attack me with your |
| tato@KaZaA | Chilites - Have You Seen Her.mp3 | Chilites | 4,772KB | Audio | |
| tato@KaZaA | Lil Jon-knockin head.mp3 | Lil' Jon | 4,945KB | Audio | Knockin' Heads Off fe... |
| tato@KaZaA | Earth Wind And Fire - After The Love Has Gone.mp3 | Earth Wind And Fire | 4,304KB | Audio | After |
| tato@KaZaA | Freddie Jackson - Rock Me Tonight.mp3 | Freddie Jackson | 6,736KB | Audio | |
| tato@KaZaA | Lil Jon-back up.mp3 | Lil Jon _The East Side Bo... | 5,830KB | Audio | |
| tato@KaZaA | isley Bro-Busted.mp3 | Isley Brothers | 5,580KB | Audio | |
| tato@KaZaA | lil Kim-can you hear me now.mp3 | Lil Kim Feat Missy Elliott | 5,067KB | Audio | Can You Hear M... |
| tato@KaZaA | Freddy Jackson - I don't want to lose your love.mp3 | Freddie Jackson | 4,346KB | Audio | I don't wan |

3,174,305 users online, sharing 563,239,867 files (4,547,712 GB)   |   Not sharing any files