E-FILED
Friday, 19 November, 2004 03:08:__ PM
Clerk, U.S. District Court, __CD

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tato@KaZaA | Freddy Jackson - I don't want to lose your love.mp3 | Freddie Jackson | 4,346KB | Audio |
| tato@KaZaA | Grandmaster Flash - The Message.mp3 | Grandmaster Flash | 6,124KB | Audio |
| tato@KaZaA | Tina Turner - What's Love Got To Do With It.mp3 | Tina Turner | 3,597KB | Audio |
| tato@KaZaA | Zapp and Roger - More Bounce To The Ounce.mp3 | Zap_Roger | 3,786KB | Audio |
| tato@KaZaA | Zapp - I Can Make You Dance (1).mp3 | Zapp | 7,966KB | Audio |
| tato@KaZaA | Zapp_Roger - Computer Love.mp3 | Zapp_Roger | 4,432KB | Audio |
| tato@KaZaA | Def Leppard - Histeria.mp3 | Def Leppard | 5,542KB | Audio |
| tato@KaZaA | Zapp and Roger - Doo Wa Ditty.mp3 | Zapp_Roger | 4,596KB | Audio |
| tato@KaZaA | GooGooDolls-Black Balloon- .mp3 | Goo Goo Dolls | 4,869KB | Audio |
| tato@KaZaA | The Whispers - Just Gets Better With Time.mp3 | Whispers | 4,248KB | Audio |
| tato@KaZaA | korn-thoughtlessx.mp3 | KoRn | 4,260KB | Audio |
| tato@KaZaA | Poison - Every Rose Has Its Thorn.mp3 | Poison | 4,084KB | Audio |
| tato@KaZaA | Matchbox 20 - Three AM (Piano Acoustic).mp3 | Matchbox Twenty | 4,542KB | Audio |
| tato@KaZaA | gerald levert - Pop Pop Goes My Mind.mp3 | Gerald Levert | 4,123KB | Audio |
| tato@KaZaA | Foo Fighters - Everlong.mp3 | Foo Fighters | 3,917KB | Audio |
| tato@KaZaA | Alan Jackson - Its Five O'clock Somewhere (1).mp3 | ALAN JACKSON BUFFET | 3,654KB | Audio |
| tato@KaZaA | Brooks_Dunn- You Can Take the Girl out…..mp3 | Brooks and Dunn | 5,183KB | Audio |
| tato@KaZaA | Whodini - Five Minutes Of Funk.mp3 | Whodini | 5,114KB | Audio |
| tato@KaZaA | Chris Cagle - Chicks Dig It.mp3 | Chris Cagle | 5,659KB | Audio |
| tato@KaZaA | Dierks Bentley - What was I Thinkin'.MP3 | Dierks Bentley | 3,594KB | Audio |
| tato@KaZaA | Billy Currington - Walk A Little Straighter.mp3 | Billy Currington | 5,306KB | Audio |
| tato@KaZaA | Gary Allan - Tough Little Boys.mp3 | Gary Allen | 3,725KB | Audio |
| tato@KaZaA | Keith Urban - Who Wouldn't Wanna Be Me.mp3 | Keith Urban | 4,017KB | Audio |
| tato@KaZaA | Lonestar - Walking In Memphis.mp3 | Lonestar | 5,406KB | Audio |
| tato@KaZaA | Colin Raye - In This Life.mp3 | Colin Raye | 3,005KB | Audio |
| tato@KaZaA | Match Box 20 - Bent.mp3 | Matchbox 20 | 6,020KB | Audio |
| tato@KaZaA | Pearl Jam - Once.mp3 | Pearl Jam | 3,619KB | Audio |
| tato@KaZaA | Police-Every_Breath You Take.mp3 | Sting_Police | 3,751KB | Audio |

Found 1951 files    13,174,305 users online, sharing 563,239,867 files (4,547,712 GB)    Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | Theater | Search | Traffic | Shop | Tell A Friend
My Kazaa

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tato@KaZaA | Police-Every_Breath You Take.mp3 | Sting_Police | 3,751KB | Audio | Every |
| tato@KaZaA | George Strait - Cowboys Like Us.mp3 | George Strait | 3,389KB | Audio | |
| tato@KaZaA | Matchbox 20 - Longday (Acoustic).mp3 | Matchbox 20 | 3,850KB | Audio | L |
| tato@KaZaA | Snoop Dogg-Beautiful.mp3 | Snoop Dogg | 4,664KB | Audio | Beautiful Ft. Pharell, Ur |
| tato@KaZaA | Matchbox 20 - Disease.mp3 | matchbox twenty | 3,486KB | Audio | |
| tato@KaZaA | Matchbox 20 - Bright Lights.mp3 | Matchbox 20 | 5,496KB | Audio | |
| tato@KaZaA | Matchbox 20 - Push (Acoustic).mp3 | Matchbox 20 | 4,137KB | Audio | |
| tato@KaZaA | smashing pumpkins - 1979 (acoustic).mp3 | Smashing Pumpkins | 4,160KB | Audio | |
| tato@KaZaA | Busta-Light Your Ass On Fire.mp3 | Busta Rhymes | 5,174KB | Audio | Light Your Ass On |
| tato@KaZaA | Smashing Pumpkins - 1979.mp3 | Smashing Pumpkins | 4,155KB | Audio | |
| tato@KaZaA | Weezer - Say It Isn't So.mp3 | Weezer | 4,030KB | Audio | |
| tato@KaZaA | Nirvana - In Bloom.mp3 | Nirvana | 3,982KB | Audio | |
| tato@KaZaA | Metallica - Fade To Black.mp3 | Metallica | 6,452KB | Audio | |
| tato@KaZaA | pete murray - feeler.mp3 | Pete Murray | 3,409KB | Audio | |
| tato@KaZaA | Metallica I disapear.mp3 | Metallica | 6,229KB | Audio | |
| tato@KaZaA | dope - Now or Never.mp3 | Dope | 3,242KB | Audio | |
| tato@KaZaA | Die Trying - Oxygens Gone.mp3 | Die Trying | 4,759KB | Audio | |
| tato@KaZaA | 50 Cents Feat 2pac - Wangsta Remix (pRiMeCuTz).mp3 | 50 Cents Feat 2pac | 3,694KB | Audio | Wanksta Re |
| tato@KaZaA | Common Sense - Soul By The Pound (Thump Mix).mp3 | Common | 4,290KB | Audio | Soul By The |
| tato@KaZaA | Matchbox 20 - Rain maker.mp3 | Matchbox 20 | 3,623KB | Audio | |
| tato@KaZaA | seven mary three wait-ego.mp3 | Seven Mary Three | 2,897KB | Audio | |
| tato@KaZaA | Goo Goo Dolls- All Eyes On Me.mp3 | Goo Goo Dolls | 3,707KB | Audio | |
| tato@KaZaA | The Jackson 5 - Shake Your Body (Down to the Ground).m... | The Jacksons | 4,988KB | Audio | Shake Your Body (Do |
| tato@KaZaA | Pat Green - Wave on Wave.mp3 | Pat Green | 3,727KB | Audio | |
| tato@KaZaA | Laid Back - White Horse(Full Version).mp3 | Laid Back | 4,400KB | Audio | white |
| tato@KaZaA | R_kelly-ignition remix.mp3 | R. Kelly | 4,430KB | Audio | |
| tato@KaZaA | martina mcbride-this one's for the girl.mp3 | martina mcbride | 3,897KB | Audio | tt |
| tato@KaZaA | Evanescence-bring me to life(acoustic).mp3 | Evanescence | 5,172KB | Audio | Bring Me T |

Found 1951 files | 3,174,305 users online, sharing 563,299,867 files (4,547,712 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Shop | Traffic | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tato@KaZaA | Evanescence-bring me to life(acoustic).mp3 | Evanescence | 5,172KB | Audio |
| tato@KaZaA | Daniel Santos  En mi viejo San Juan.mp3 | Daniel Santos | 3,033KB | Audio |
| tato@KaZaA | godsmack - serenity.mp3 | Godsmack | 6,433KB | Audio |
| tato@KaZaA | Creed-One last breath.MP3 | New Artist (7176) | 1,620KB | Audio |
| tato@KaZaA | Blessed Union Of Souls - Let Me Be The One.mp3 | Blessed Union of Souls | 4,350KB | Audio |
| tato@KaZaA | Jack Johnson - Just Can't Go To Sleep.mp3 | Jack Johnson | 1,702KB | Audio |
| tato@KaZaA | Nickleback - How You Remind Me.mp3 | Nickleback | 2,493KB | Audio |
| tato@KaZaA | Jimmy Eat World - Bleed American - 11 - My Sundown (real)... | Jimmy Eat World | 7,983KB | Audio |
| tato@KaZaA | system of a down - Chop Suey (1)(1).mp3 | System Of A Down | 3,297KB | Audio |
| tato@KaZaA | puddle of Mudd-She Fuckin' Hates Me.mp3 | Puddle of Mudd | 3,387KB | Audio |
| tato@KaZaA | Freedy Johnston - This Perfect World - This Perfect World... | Freedy Johnston | 3,226KB | Audio |
| tato@KaZaA | Matchbox Twenty - Disease.mp3 | Matchbox Twenty | 3,442KB | Audio |
| tato@KaZaA | Hoobastank - Crawling in the Dark(1)(1).mp3 | Hoobastank | 4,102KB | Audio |
| tato@KaZaA | Bubble Toes.mp3 | Jack Johnson | 4,627KB | Audio |
| tato@KaZaA | God Smack - I'm doing the best I ever did.mp3 | various artists | 3,262KB | Audio |
| tato@KaZaA | Goo Goo Dolls - Here Is Gone.mp3 | Goo Goo Dolls | 2,307KB | Audio |
| tato@KaZaA | Default - Wasting My Time (Good Version).mp3 | Default | 6,312KB | Audio |
| tato@KaZaA | Blessed Union Of Souls - Hey Leonardo (She Likes Me For M... | Blessed Union of Souls | 1,605KB | Audio |
| tato@KaZaA | Goo Goo Dolls - Big Machine.mp3 | Goo Goo Dolls | 2,977KB | Audio |
| tato@KaZaA | Blessed Union Of Souls - Standing At The Edge Of The Eart... | Blessid Union of Souls | 5,074KB | Audio |
| tato@KaZaA | Alanis Morrisset - hands clean.mp3 | Alanis Morissette | 4,249KB | Audio |
| tato@KaZaA | goo goo dolls-think about me.mp3 | Goo Goo Dolls | 3,737KB | Audio |
| tato@KaZaA | Avril Lavigne - Skater Boy.MP3 | Avril Lavigne | 3,192KB | Audio |
| tato@KaZaA | Dave Matthews Band - Where are you going.mp3 | Dave Matthews Band | 3,624KB | Audio |
| tato@KaZaA | Beatles - Yesterday.mp3 | Beatles | 1,955KB | Audio |
| tato@KaZaA | Avril Lavigne - Things I'll Never Say.wma | Avril Lavigne | 1,789KB | Audio |
| tato@KaZaA | vanessa carlton-A 1000 Miles.mp3 | Vanessa Carlton | 2,804KB | Audio |
| tato@KaZaA | Hives-Hate to Say I Told You So.mp3 | Hives | 4,742KB | Audio |

Found 1951 Files | 3,174,305 users online, sharing 563,239,867 files (4,547,712 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type | | |
|---|---|---|---|---|---|---|
| tato@KaZaA | Hives-Hate to Say I Told You So.mp3 | Hives | 4,742KB | Audio | Hate t... | |
| tato@KaZaA | Linkin Park - By_Myslf.mp3 | Linkin Park | 3,490KB | Audio | By Myslf (ft. S... | |
| tato@KaZaA | Goo Goo Dolls - Sympathy.mp3 | Goo Goo Dolls | 2,792KB | Audio | | |
| tato@KaZaA | Miles Jaye - I've Been A Fool For You - Miles - 04.mp3 | Miles Jaye | 5,617KB | Audio | I've B... | |
| tato@KaZaA | Allison Krauss - Everytime You Say Goodbye.mp3 | Alison Krauss | 3,058KB | Audio | Every Time You | |
| tato@KaZaA | Allison Kraus - In The Palm Of Your Hand.mp3 | Alison Krauss | 3,204KB | Audio | In The | |
| tato@KaZaA | jack johnson - moving too fast.mp3 | Jack Johnson | 2,525KB | Audio | | |
| tato@KaZaA | Disturbed-Liberate.mp3 | Disturbed | 3,713KB | Audio | | |
| tato@KaZaA | Jimmy Eat World - Sweetness (1).mp3 | Jimmy Eat World | 4,923KB | Audio | | |
| tato@KaZaA | Blind Melon - Change.mp3 | Blind Melon | 3,458KB | Audio | | |
| tato@KaZaA | John Mayer - No Such Thing.mp3 | John Mayer | 2,712KB | Audio | | |
| tato@KaZaA | Kellie Coffey - When You Lie Next To Me.mp3 | Kellie Coffey | 3,766KB | Audio | When | |
| tato@KaZaA | Nora Jones - Don't Know Why.mp3 | Nora Jones | 1,087KB | Audio | | |
| tato@KaZaA | Vanessa Carlton - Ordinary Day.mp3 | Vanessa Carlton | 3,966KB | Audio | | |
| tato@KaZaA | Allison Kraus - Moments Like This.mp3 | Alison Krauss | 4,658KB | Audio | | |
| tato@KaZaA | Tonic - The Way She Loves Me.mp3 | Tonic | 3,605KB | Audio | The | |
| tato@KaZaA | Jack Johnson - Posters.mp3 | Jack Johnson | 3,002KB | Audio | | |
| tato@KaZaA | The System - Don't Disturb This Groove.mp3 | The System | 5,069KB | Audio | Don't D... | |
| tato@KaZaA | Hootie and the Blowfish - Innocence.mp3 | Hootie and the Blowfish | 3,200KB | Audio | | |
| tato@KaZaA | shinedown - fly from the inside.mp3 | Shinedown | 3,628KB | Audio | | |
| tato@KaZaA | Revis - Caught In The Rain.mp3 | Revis | 3,232KB | Audio | Caught In Th... | |
| tato@KaZaA | metallica - hunger.mp3 | Metallica | 5,312KB | Audio | | |
| tato@KaZaA | Jane's Addiction - Just Because.mp3 | Jane's Addiction | 3,716KB | Audio | | |
| tato@KaZaA | Rascal Flatts - I Melt.mp3 | Rascal Flatts | 3,664KB | Audio | | |
| tato@KaZaA | White Stripes, The - Seven Nation Army (Full Version) - O... | White Stripes, The | 3,624KB | Audio | Seven Nation | |
| tato@KaZaA | Brad Paisley - I Wish You'd Stay.mp3 | Brad Paisley | 5,906KB | Audio | | |
| tato@KaZaA | Brooks_Dunn - Every_River.mp3 | Brooks_Dunn | 3,268KB | Audio | | |
| tato@KaZaA | Diamond Rio - Beautiful Mess.mp3 | Diamond Rio | 2,563KB | Audio | | |

Found 1951 files     3,174,305 users online, sharing 569,299,867 files (4,547,712 GB)   Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | | | Download | | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tato@KaZaA | Diamond Rio - Beautiful Mess.mp3 | Diamond Rio | 2,563KB | Audio | |
| tato@KaZaA | emerson drive - Fall into me.mp3 | Emerson Drive | 2,641KB | Audio | |
| tato@KaZaA | Dave Matthews Band -Two Step (Acoustic).mp3 | Dave Matthews Band | 5,299KB | Audio | SHELL LEAVE |
| tato@KaZaA | George Strait - She'll Leave You With A Smile.mp3 | George Strait | 2,945KB | Audio | A Lot |
| tato@KaZaA | Kenny Chesney - A Lot Of Things Different.mp3 | Kenny Chesney | 4,438KB | Audio | Strong Enou |
| tato@KaZaA | Travis Tritt - Strong Enough To Be Your Man.mp3 | Travis Tritt | 3,620KB | Audio | Til Nothing |
| tato@KaZaA | Til Nothing Comes Between Us - John Michael Montgomery... | John Michael Montgomery | 3,376KB | Audio | |
| tato@KaZaA | Montgomery Gentry-My Town.mp3 | Montgomery Gentry | 3,900KB | Audio | |
| tato@KaZaA | Terri Clark -I Just Wanna Be Mad.mp3 | Terri Clark | 3,220KB | Audio | I J |
| tato@KaZaA | Rascal Flatts-These Days.mp3 | Rascal Flatts | 3,390KB | Audio | |
| tato@KaZaA | Toby Keith - Who's Your Daddy.mp3 | Toby Keith | 1,901KB | Audio | |
| tato@KaZaA | Mark Wills - 19 Something.mp3 | Mark Wills | 3,089KB | Audio | |
| tato@KaZaA | Lonestar -- Unusually Unusual.mp3 | Lonestar | 3,381KB | Audio | |
| tato@KaZaA | Keith Urban - Somebody Like You.mp3 | Keith Urban | 4,983KB | Audio | Somebody Like Y |
| tato@KaZaA | gary allan - man to man.mp3 | Gary Allan | 3,436KB | Audio | |
| tato@KaZaA | Dixie Chicks - Landslide.mp3 | Dixie Chicks | 3,605KB | Audio | |
| tato@KaZaA | Blake Shelton - The Baby.mp3 | Blake Shelton | 3,725KB | Audio | |
| tato@KaZaA | Tim Mcgraw- Red Rag Top.mp3 | Tim Mcgraw | 5,952KB | Audio | |
| tato@KaZaA | Aaron Lines-You can't hide beautiful.mp3 | Aaron Lines | 4,991KB | Audio | You |
| tato@KaZaA | Lee Ann Rhymes - Life Goes On.mp3 | Leanne Rhimes | 4,884KB | Audio | |
| tato@KaZaA | Faith Hill-Cry.mp3 | Faith Hill | 4,426KB | Audio | |
| tato@KaZaA | Alan Jackson - That'd Be Alright.mp3 | Alan Jackson | 3,460KB | Audio | |
| tato@KaZaA | T.I (Be Easy).mp3 | T.I. | 4,902KB | Audio | |
| tato@KaZaA | Pharrell featuring Jay-Z - Frontin.MP3 | Pharrell f/ Jay-Z | 3,766KB | Audio | |
| tato@KaZaA | Kanye West - Slow Jam.mp3 | kayne west ft twista | 5,025KB | Audio | her favori |
| tato@KaZaA | LIL WAYNE - GET SOMETHING.mp3 | Lil Wayne | 1,885KB | Audio | |
| tato@KaZaA | Jay-Z - La La La (Excuse Me Again).mp3 | 01-jay-z-excuse_me_mis... | 4,406KB | Audio | Jay-Z - La L |
| tato@KaZaA | Simple Plan - Addicted.mp3 | Simple Plan | 3,629KB | Audio | |

Found 1951 files | 9,174,305 users online, sharing 563,239,867 files (4,547,712 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | | | Traffic | Shop | Tell A Friend

New search | Download | | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tato@KaZaA | Simple Plan - Addicted.mp3 | Simple Plan | 3,629KB | Audio |
| tato@KaZaA | STEVIE WONDER - overjoyed (1) (1).mp3 | Stevie Wonder | 2,596KB | Audio |
| tato@KaZaA | r_kelly_-_thoia_thoing-[sample].mp3 | R Kelly | 3,488KB | Audio |
| tato@KaZaA | alice in chains - heaven beside you (acoustic).mp3 | Alice In Chains | 5,268KB | Audio |
| tato@KaZaA | R Kelly Thion Thoing remix.mp3 | R., Kelly, Busta Rhymes, … | 4,290KB | Audio |
| tato@KaZaA | Matchbox 20-Cold.mp3 | Matchbox Twenty | 4,589KB | Audio |
| tato@KaZaA | G Unit - Stunt 101.mp3 | G-Unit | 5,244KB | Audio |
| tato@KaZaA | steve arrington - watching you.mp3 | Slave Featuring Steve Arr.. | 4,436KB | Audio |
| tato@KaZaA | Rick James_Tina Marie - Fire and Desire.mp3 | Rick James _Teena Marie | 6,846KB | Audio |
| tato@KaZaA | OJays - Smiling Faces Sometimes.mp3 | O'Jays | 2,278KB | Audio |
| tato@KaZaA | Twista - Tattoo.mp3 | Twista | 4,332KB | Audio |
| tato@KaZaA | Stop Look Listen To Your Heart.MP3 | THE STYLISTICS | 2,662KB | Audio |
| tato@KaZaA | Morris Day and The Time - Get It Up.mp3 | Morris Day and The Time - | 3,192KB | Audio |
| tato@KaZaA | morris day and the time - Girl.mp3 | Morris Day _The Time | 3,916KB | Audio |
| tato@KaZaA | Twista-like a pimp remix.mp3 | David Banner Ft Twista a... | 5,112KB | Audio |
| tato@KaZaA | Roots-The Seed.mp3 | Roots | 4,085KB | Audio |
| tato@KaZaA | Guns And Roses - Knocking On Heavens Door.mp3 | Guns And Roses | 5,251KB | Audio |
| tato@KaZaA | Guns and Roses - Sweet Child Of Mine.mp3 | Guns and Roses | 5,569KB | Audio |
| tato@KaZaA | Eminem - I Don't Wanna.mp3 | eminem | 6,743KB | Audio |
| tato@KaZaA | The Starting Line - Best Of Me.mp3 | The Starting Line | 4,080KB | Audio |
| tato@KaZaA | Guns N' Roses - Pardise City.mp3 | Guns and Roses | 1,369KB | Audio |
| tato@KaZaA | Betty Wright - Tonight Is The Night.mp3 | Betty Wright | 5,894KB | Audio |
| tato@KaZaA | Kenny Chesney - She Don't Know She's Beautiful.mp3 | Sammy Kershaw | 2,716KB | Audio |
| tato@KaZaA | Denise La Salle_Latimore - Right Place, Right Time (1) (1)... | Shirley Brown\Lattimore | 3,721KB | Audio |
| tato@KaZaA | johnnie taylor - everything's out in the open.mp3 | Johnny Taylor | 2,743KB | Audio |
| tato@KaZaA | Led Zepplin - Stairway to Heaven.mp3 | Led Zepplin | 7,533KB | Audio |
| tato@KaZaA | millie jackson - Just when I needed you most.mp3 | Millie Jackson | 4,298KB | Audio |
| tato@KaZaA | Peggy Scott - mr. right or mr. wrong.mp3 | Peggy Scott-Adams | 3,762KB | Audio |

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tato@KaZaA | Peggy Scott - mr. right or mr. wrong.mp3 | Peggy Scott-Adams | 3,762KB | Audio |
| tato@KaZaA | Ohio Players - I wanna be Free.mp3 | Ohio Players | 2,920KB | Audio |
| tato@KaZaA | Sir Charles Jones - Are You Lonely.mp3 | Sir Charles Jones | 4,416KB | Audio |
| tato@KaZaA | Sir Charles Jones - Better Call Jody.mp3 | Sir Charles Jones | 4,418KB | Audio |
| tato@KaZaA | Matchbox 20 - Girl Like That.mp3 | Matchbox 20 | 3,514KB | Audio |
| tato@KaZaA | Chingy Right Thurr.MP3 | chingy | 4,279KB | Audio |
| tato@KaZaA | David Wilcox - Missing You.mp3 | David Wilcox | 3,272KB | Audio |
| tato@KaZaA | Mark Chesnut - I'll Think of Something.mp3 | Mark Chestnut | 3,736KB | Audio |
| tato@KaZaA | Mary J Ft. 50 Cent - Ooh (Remix).mp3 | Mary J. Blige | 2,669KB | Audio |
| tato@KaZaA | Ginuwine-in those jeans.mp3 | Ginuwine | 5,707KB | Audio |
| tato@KaZaA | 2pac-5mile.mp3 | 2pac,dmx and emenem | 3,718KB | Audio |
| tato@KaZaA | 50 cent-many men.mp3 | 50 Cent | 6,006KB | Audio |
| tato@KaZaA | Big Tymers - Gangsta Girl.mp3 | Big Tymers | 6,164KB | Audio |
| tato@KaZaA | Field Mob - All I Know.mp3 | Cee-Lo _Field Mob | 5,120KB | Audio |
| tato@KaZaA | Common-Funky for You.mp3 | Common Featuring Bilal_J… | 5,362KB | Audio |
| tato@KaZaA | FaBuLoUs-cAnT LeT u Go.mp3 | Fabolous feat. Lil Mo | 3,553KB | Audio |
| tato@KaZaA | Reba McEntire - I'm Gonna Take That Mountain.mp3 | REBA MCENTIRE | 3,190KB | Audio |
| tato@KaZaA | Fat Joe - Crush Tonight.mp3 | Fat Joe F/ Ginuwine | 3,438KB | Audio |
| tato@KaZaA | Jay z-Shake Ya Body.mp3 | R. Kelly And Jay-Z | 5,391KB | Audio |
| tato@KaZaA | Jay Z - Me And My Girlfriend.mp3 | Jay Z Feat. Beyonce | 4,813KB | Audio |
| tato@KaZaA | Jay z- Lollipop.mp3 | Jay-Z | 3,610KB | Audio |
| tato@KaZaA | keith murray-yeah yeah you know it.mp3 | Keith Murray, Redman, Er… | 5,013KB | Audio |
| tato@KaZaA | joe buddens-pump it up (remix).mp3 | Joe Buddens Feat. Jay-Z | 7,040KB | Audio |
| tato@KaZaA | Killer Mike- ADIDAS.mp3 | Killer Mike ft. Big Boi | 1,643KB | Audio |
| tato@KaZaA | Lil Flip-We Aint Scared.mp3 | Lil Flip Feat. Bizzy Bone | 4,322KB | Audio |
| tato@KaZaA | Lil Jon- Just Like A Bitch.mp3 | LIL JON AND THE EAST S… | 3,302KB | Audio |
| tato@KaZaA | Sir Charles Jones - Blues Spell.mp3 | Sir Charles Jones | 4,330KB | Audio |
| tato@KaZaA | Tim Rushlow - I Can't Be Your Friend.mp3 | Tim Rushlow | 4,914KB | Audio |

Found 1951 files.   3,174,305 users online, sharing 563,239,867 files (4,547,712 GB)   Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tato@KaZaA | Tim Rushlow - I Can't Be Your Friend.mp3 | Tim Rushlow | 4,914KB | Audio | I |
| tato@KaZaA | Bone Thugs- Breakdown (Mo' Thugs Remix).mp3 | Mariah Carey F. Bone Thu... | 4,670KB | Audio | |
| tato@KaZaA | SIR CHARLES JONES - Candy Girl.mp3 | Sir Charles Jones | 1,978KB | Audio | |
| tato@KaZaA | SIR CHARLES JONES - Hang On.mp3 | Sir Charles Jones | 3,640KB | Audio | |
| tato@KaZaA | Missy Elliott - Get Your Freak On (Remix) Feat Nelly Furtado... | Missy Elliot and Nelly Furt... | 3,008KB | Audio | Get U |
| tato@KaZaA | Ludicris Feat. Trina, Shawna, and Foxy Brown - What's You... | Ludacris Feat. Foxy Brow... | 3,258KB | Audio | What's Yo |
| tato@KaZaA | Three 6 Mafia - Like A Pimp (Remix).mp3 | Three 6 Mafia | 2,456KB | Audio | Like A Pimp (Remix) Feat. PIMP |
| tato@KaZaA | Reo Speedwagon - Keep On Loving You.mp3 | Reo Speedwagon | 2,386KB | Audio | |
| tato@KaZaA | Jermaine Dupri feat. Jadakiss_Freeway- Hate In Your Blo... | Jada Kiss | 3,217KB | Audio | K |
| tato@KaZaA | Project Pat feat. Tear Da Club Up Thugs, Juvenile, Hot Bo... | Three Six Mafia/Hot Boys | 5,754KB | Audio | Ballers Ra |
| tato@KaZaA | Tupac-Better Dayz-My Block (remix) (1).mp3 | Tupac | 4,453KB | Audio | My Block |
| tato@KaZaA | 2pac_eminem_outlawz_1dayatatime.mp3 | Tupac with Eminem | 5,268KB | Audio | One Day At A Time (Em's Version) |
| tato@KaZaA | three days grace-just like you.mp3 | Three Days Grace | 4,414KB | Audio | |
| tato@KaZaA | 3 Days Grace - I Hate Everything About You.mp3 | Three Days Grace | 3,676KB | Audio | I Hate Eve |
| tato@KaZaA | 50cent n banks- timbaland beat (1).mp3 | 50 cents with lloyd banks | 3,912KB | Audio | |
| tato@KaZaA | Led Zeppelin - Black Dog (Rare Acoustic).mp3 | Led Zeppelin | 2,330KB | Audio | B |
| tato@KaZaA | Korn - Falling Away From Me.mp3 | Korn | 4,140KB | Audio | Fal |
| tato@KaZaA | Linkin Park - Faint.mp3 | Link Park | 3,799KB | Audio | Linkin_Park_-_Met |
| tato@KaZaA | LiL Kim-{Phill Colins) - In the Air Tonight.mp3 | Lil' Kim feat. Phil Collins | 4,067KB | Audio | |
| tato@KaZaA | Pearl Jam - Better Man.mp3 | Pearl Jam | 4,192KB | Audio | |
| tato@KaZaA | Pearl Jam - Black.mp3 | Pearl Jam | 5,378KB | Audio | |
| tato@KaZaA | led zeppelin-black dog-how the west was won.mp3 | Led Zeppelin | 3,455KB | Audio | |
| tato@KaZaA | Sevendust - Enemy.mp3 | Sevendust | 2,917KB | Audio | |
| tato@KaZaA | Something Corprate - You're Gone.mp3 | Something Corporate | 4,338KB | Audio | |
| tato@KaZaA | Tonic - You Wanted More.mp3 | Tonic | 3,637KB | Audio | |
| tato@KaZaA | Tonic - Mean To Me (acoustic).mp3 | Tonic | 3,410KB | Audio | Mea |
| tato@KaZaA | Tonic - Open Up Your Eyes.mp3 | Tonic | 3,453KB | Audio | |
| tato@KaZaA | REO Speedwagon - Time For Me To Fly.mp3 | REO Speedwagon | 3,397KB | Audio | |

Found 1951 files | 3,174,305 users online, sharing 563,239,867 files (4,547,712 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tato@KaZaA | REO Speedwagon - Time For Me To Fly.mp3 | REO Speedwagon | 3,397KB | Audio |
| tato@KaZaA | three days grace - wake up.mp3 | Three Days Grace | 4,828KB | Audio |
| tato@KaZaA | Reo Speedwagon - Take it on the run.mp3 | Reo Speedwagon | 3,770KB | Audio |
| tato@KaZaA | SIR CHARLES JONES - I Wish He Didn't Trust Me So Much.... | Sir Charles Jones | 3,154KB | Audio |
| tato@KaZaA | sos band - tell me if you still care (12 in. extended ver).mp3 | Sos Band | 6,570KB | Audio |
| tato@KaZaA | That Girl (REMIX v1).mp3 | Marques Houston | 5,367KB | Audio |
| tato@KaZaA | Trapt - Still Frame.mp3 | Trapt | 4,270KB | Audio |
| tato@KaZaA | three days grace - scared.mp3 | Three Days Grace | 3,771KB | Audio |
| tato@KaZaA | The Starting Line - selected attention -acoustic.mp3 | Starting Line | 5,080KB | Audio |
| tato@KaZaA | the starting line - Forever In A Day.mp3 | starting line | 4,252KB | Audio |
| tato@KaZaA | Rodney Atkins - Honesty (Write Me A List).mp3 | Rodney Atkins | 3,973KB | Audio |
| tato@KaZaA | Monica-U Deserve.mp3 | Monica | 4,132KB | Audio |
| tato@KaZaA | Monica - U Should've Known.mp3 | Monica | 4,036KB | Audio |
| tato@KaZaA | Monica-knock knock.mp3 | Monica | 6,055KB | Audio |
| tato@KaZaA | Kelis - Milkshake (1).mp3 | Kelis | 4,382KB | Audio |
| tato@KaZaA | Nick Cannon-Gigolo.mp3 | Nick Cannon ft. R. Kelly | 5,425KB | Audio |
| tato@KaZaA | Tracy Byrd - Drinking Bone.mp3 | Tracy Byrd | 3,093KB | Audio |
| tato@KaZaA | Ten Rounds with Jose Cuervo.mp3 | Tracy Byrd | 2,854KB | Audio |
| tato@KaZaA | Toby Keith - I Love This Bar.mp3 | Toby Keith | 3,868KB | Audio |
| tato@KaZaA | mr. big - to be with you (acoustic live).mp3 | Mr. Big | 3,772KB | Audio |
| tato@KaZaA | SIR CHARLES JONES - If He Dont Love You.mp3 | Sir Charles Jones | 2,532KB | Audio |
| tato@KaZaA | Montgomery Gentry - Hell Yeah.mp3 | Montgomery Gentry | 5,682KB | Audio |
| tato@KaZaA | Sir Charles Jones - I'll Never Make A Promise.mp3 | Sir Charles Jones | 4,658KB | Audio |
| tato@KaZaA | SIR CHARLES JONES - Just Can't Let Go.mp3 | Sir Charles Jones | 4,354KB | Audio |
| tato@KaZaA | Sir Charles Jones - Just Like Fire.mp3 | Sir Charles Jones | 2,958KB | Audio |
| tato@KaZaA | SIR CHARLES JONES - Let's Get It On.mp3 | Sir Charles Jones | 2,998KB | Audio |
| tato@KaZaA | Smashing Pumpkins - Perfect.mp3 | Smashing Pumpkins | 3,169KB | Audio |
| tato@KaZaA | Tim Rushlow - I Can't Be Your Friend (1).mp3 | Tim Rushlow | 3,278KB | Audio |

Found 1951 files | 3,174,305 users online, sharing 563,239,867 files (4,547,712 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tato@KaZaA | Tim Rushlow - I Can't Be Your Friend (1).mp3 | Tim Rushlow | 3,278KB | Audio |
| tato@KaZaA | Tim Rushlow - Crazy Life.mp3 | Tim Rushlow | 3,810KB | Audio |
| tato@KaZaA | fat bastard and tum tum-shake it 4 me.mp3 | Fat Bastard_Tum Tum | 6,787KB | Audio |
| tato@KaZaA | SIR CHARLES JONES - love machine.mp3 | Sir Charles Jones | 3,305KB | Audio |
| tato@KaZaA | Sir Charles Jones - Nothing Will Ever Take My Love.mp3 | Sir Charles Jones | 3,411KB | Audio |
| tato@KaZaA | SIR CHARLES JONES - Stop Fooling Around.mp3 | Sir Charles Jones | 2,306KB | Audio |
| tato@KaZaA | SIR CHARLES JONES - Take Care Of Momma.mp3 | Sir Charles Jones | 4,982KB | Audio |
| tato@KaZaA | ZZ Hill - Down Home Blues.mp3 | Z. Z. Hill | 4,974KB | Audio |
| tato@KaZaA | Denise Lasalle - It Be's That Way Sometimes.mp3 | Lasalle, Denise | 3,944KB | Audio |
| tato@KaZaA | Etta James - Born Under A Bad Sign.mp3 | Etta James | 3,272KB | Audio |
| tato@KaZaA | Willie Clayton - Party Like We Use To Do.mp3 | WILLIE CLAYTON | 5,552KB | Audio |
| tato@KaZaA | Aaliyah f. Jay-Z - I Miss U (remix).mp3 | Aaliyah Ft. Jay-Z | 5,568KB | Audio |
| tato@KaZaA | Mya_Jay-Z - Best Of Me 2.mp3 | Maya feat Jada Kiss | 3,526KB | Audio |
| tato@KaZaA | Cameo - Word Up.mp3 | Cameo | 4,041KB | Audio |
| tato@KaZaA | Cameo - Single Life.mp3 | Cameo | 6,176KB | Audio |
| tato@KaZaA | Michelle Branch-goodbye to you.mp3 | Michelle Branch | 3,122KB | Audio |
| tato@KaZaA | Martina McBride - Whatever You Say.mp3 | Martina McBride | 4,181KB | Audio |
| tato@KaZaA | J Santana-my love (remix).mp3 | Juelz Santana (From Me ...) | 4,438KB | Audio |
| tato@KaZaA | Dr. Dre, Snoop_Nate Dogg - Next Episode.mp3 | Dr. Dre, Snoop_Nate D... | 3,081KB | Audio |
| tato@KaZaA | b2k-bump that.mp3 | R. Kelly ft. B2K | 3,096KB | Audio |
| tato@KaZaA | Blu Cantrell Feat. Sean Paul-breathe_(remix).mp3 | Blu Cantrell Feat. Sean P... | 5,377KB | Audio |
| tato@KaZaA | Ginuwine - How Would U Like It.mp3 | Ginuwine | 5,468KB | Audio |
| tato@KaZaA | One Way - Cutie Pie.mp3 | Cameo | 3,886KB | Audio |
| tato@KaZaA | Juelz Santana feat. Cam'ron - Santanas Town.mp3 | Juelz Santana | 3,362KB | Audio |
| tato@KaZaA | Dizzy Gillespie, Sarah Vaughan, Charlie Parker - All The Thi... | Dizzy Gillespie, Sarah Vau... | 3,232KB | Audio |
| tato@KaZaA | Willie Dixon - Im The Fixer - Willie Dixon_Working On The B... | Willie Dixon | 3,095KB | Audio |
| tato@KaZaA | JOHNNY TAYLOR - THE BLUES IS ALRIGHT - I FOUND A LO... | Johnny Taylor | 2,456KB | Audio |
| tato@KaZaA | J. Blackfoot - Taxi.mp3 | J Blackfoot | 3,514KB | Audio |

Found 1951 files     3,174,305 users online, sharing 563,239,867 files (4,547,712 GB)     Not sharing any files