E-FILED
Friday, 19 November, 20__  03:08:5_ _M
Clerk, U.S. District Court, __D

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tato@KaZaA | J. Blackfoot - Taxi.mp3 | J Blackfoot | 3,514KB | Audio |
| tato@KaZaA | SIR CHARLES JONES - For better or worse.mp3 | Sir Charles Jones | 4,891KB | Audio |
| tato@KaZaA | Mel Walters - Material Things - 02 - If She Lets You Get It.... | MEL WALTERS | 5,150KB | Audio |
| tato@KaZaA | Lil Milton - Annie Mae's Cafe.mp3 | Little Milton | 4,788KB | Audio |
| tato@KaZaA | ted taylor - Steal Away.mp3 | Shirley Brown | 2,631KB | Audio |
| tato@KaZaA | Sean Paul-BeenieMan-LadySaw - Reggae Mix.mp3 | Sean Paul | 5,609KB | Audio |
| tato@KaZaA | diwaliRiddimMegaMix.mp3 | lumidee ft. bounty killa, s... | 3,209KB | Audio |
| tato@KaZaA | Spragga Benz - Shotta.mp3 | Spragga Benz | 3,452KB | Audio |
| tato@KaZaA | B2K - What A Girl Wants.mp3 | B2K | 4,356KB | Audio |
| tato@KaZaA | lucy pearl- you.mp3 | Q-Tip | 4,158KB | Audio |
| tato@KaZaA | Zapp - I Want To Be Your Man.mp3 | Zapp and Roger | 3,220KB | Audio |
| tato@KaZaA | Temptations - The Way You Do The Things You Do.mp3 | The Temptations | 2,509KB | Audio |
| tato@KaZaA | Alicia Keys - Juciest.mp3 | Alicia Keys | 4,925KB | Audio |
| tato@KaZaA | Alicia keys - You dont know my name.mp3 | Alicia Keys | 8,657KB | Audio |
| tato@KaZaA | Alexander O'Neal - If You Were Here Tonight.mp3 | Alexander Oneal | 5,790KB | Audio |
| tato@KaZaA | Bobby Womack--if you think your lonely now.mp3 | Bobby Womack | 5,171KB | Audio |
| tato@KaZaA | 112 Ft (1).mp3 | 112 ft Ludacris | 2,685KB | Audio |
| tato@KaZaA | Lumidee - Never Leave You (Uh Oh).mp3 | Lumidee | 4,104KB | Audio |
| tato@KaZaA | Latimore - Let's Straighten It Out.mp3 | Latimore | 4,874KB | Audio |
| tato@KaZaA | Tyrone Davis - You Don't Love Me.mp3 | JOHNNY TAYLOR | 3,796KB | Audio |
| tato@KaZaA | Zap - Be Alright.mp3 | Zapp And Roger | 2,558KB | Audio |
| tato@KaZaA | Sean Paul Cecil Ft Foxy Brown - hit em up style.mp3 | Sean Paul, Cecile, Foxy B.. | 2,566KB | Audio |
| tato@KaZaA | Betty Wright-A song for you.mp3 | Betty Wright | 7,145KB | Audio |
| tato@KaZaA | Big Tymers-Big cars.mp3 | Big Tymers | 3,218KB | Audio |
| tato@KaZaA | Tamia-officially missing you.MP3 | Tamia Feat. Talib Kweli | 6,020KB | Audio |
| tato@KaZaA | Kanye West - Is That Your Car.mp3 | Kanye West | 3,219KB | Audio |
| tato@KaZaA | the neptunes-popular thug.mp3 | the neptunes | 4,614KB | Audio |
| tato@KaZaA | Lil Jon-get crunk.mp3 | Lil' John | 4,149KB | Audio |

Found 1951 files | 3,174,305 users online, sharing 563,239,867 files (4,547,712 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | | | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tato@KaZaA | Lil Jon-get crunk.mp3 | Lil' John | 4,149KB | Audio | |
| tato@KaZaA | Cyndi Lauper - Time After Ti.mp3 | Cyndi Lauper | 3,302KB | Audio | |
| tato@KaZaA | Snoop Dogg-Beautiful (Remix).mp3 | Snoop,50 Cent,Lloyd Ban... | 1,438KB | Audio | |
| tato@KaZaA | fabolous - i think y'all know.mp3 | Fabolous | 3,951KB | Audio | |
| tato@KaZaA | Kanye West - Homecoming.mp3 | Kanye West | 1,539KB | Audio | |
| tato@KaZaA | Kanye_west-through_the_wire.mp3 | kanye west | 5,291KB | Audio | |
| tato@KaZaA | jay-z - Computer Love (remix).mp3 | Jay Z _Christion | 4,015KB | Audio | Com |
| tato@KaZaA | Kanye West - Last Night.MP3 | Kanye West | 2,897KB | Audio | |
| tato@KaZaA | Young Gunz-Cant Stop Wont Stop(remix).mp3 | Young Gunz | 5,140KB | Audio | Can't Stop |
| tato@KaZaA | Anthony Hamilton - Comin' From Where I'm From.wav | Anthony Hamilton | 5,159KB | Audio | Comin' From |
| tato@KaZaA | Alanis Morisette - Head Over Feet.mp3 | Alanis Morissette | 4,179KB | Audio | |
| tato@KaZaA | Kanye West - Good, Bad, Ugly.mp3 | Kanye West | 3,194KB | Audio | The Good, |
| tato@KaZaA | kanye west-listen.mp3 | Kanye West | 5,051KB | Audio | |
| tato@KaZaA | Craig David - Seven Days (awesome remix!).mp3 | Fat Joe/Ja Rule/Ashanti | 3,280KB | Audio | Seven day |
| tato@KaZaA | Kanye West-Drop Dead Gorgous.mp3 | Kanye West | 3,163KB | Audio | Dr |
| tato@KaZaA | kanye_west-excuse_me_miss_again_(remix).mp3 | Jay z Ft. Kanye West | 4,795KB | Audio | Excuse Me |
| tato@KaZaA | Bread - It Don't Matter To Me.mp3 | Bread | 2,682KB | Audio | It |
| tato@KaZaA | Michelle Branch - All You Wanted.mp3 | Michelle Branch | 2,615KB | Audio | |
| tato@KaZaA | goo goo dolls- up, up, up.mp3 | goo goo dolls | 2,790KB | Audio | |
| tato@KaZaA | Alanis Morisette - Precious Illusions.mp3 | Alanis Morissette | 4,342KB | Audio | |
| tato@KaZaA | Jack Johnson - Bad News.mp3 | Jack Johnson | 2,282KB | Audio | |
| tato@KaZaA | Jack Johnson - Drowning.mp3 | Jack Johnson | 2,297KB | Audio | |
| tato@KaZaA | Jack Johnson - Fortunate Fool.mp3 | Jack Johnson | 3,574KB | Audio | |
| tato@KaZaA | Jack Johnson - Sexi Plexi.mp3 | Jack Johnson | 1,993KB | Audio | |
| tato@KaZaA | Jack Johnson - Walk Alone (1).mp3 | Jack Johnson | 2,322KB | Audio | |
| tato@KaZaA | Jack Johnson-ZgF-Stop Blues.mp3 | Jack Johnson | 3,367KB | Audio | |
| tato@KaZaA | Jack Johnson - Flake.mp3 | Jack Johnson | 2,486KB | Audio | |
| tato@KaZaA | Jack Johnson - It's All U.mp3 | jack johnson | 5,151KB | Audio | |

Found 1951 files | 3,174,205 users online, sharing 563,239,867 files (4,547,712 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tato@KaZaA | Jack Johnson - It's All U.mp3 | jack johnson | 5,151KB | Audio |
| tato@KaZaA | Jack Johnson - Track 4 - Aint loved at all .mp3 | Jack Johnson | 2,270KB | Audio |
| tato@KaZaA | the calling - Wherever you will go (acoustic).mp3 | The Calling | 3,236KB | Audio |
| tato@KaZaA | John Mayer - Your Body Is a Wonderland.mp3 | John Mayer | 5,902KB | Audio |
| tato@KaZaA | No Doubt - Rock Steady - 05 - Underneath It All (CD Versio... | No Doubt | 4,730KB | Audio |
| tato@KaZaA | JohnnyRzeznik - Im Still Here.mp3 | john rzeznik | 3,875KB | Audio |
| tato@KaZaA | 3 Doors Down - Loser.mp3 | 3 Doors Down | 4,139KB | Audio |
| tato@KaZaA | Michelle Branch - Here With Me.mp3 | Michelle Branch | 3,207KB | Audio |
| tato@KaZaA | Janis Joplin - Me and Bobby Magee.mp3 | Janis Joplin | 4,288KB | Audio |
| tato@KaZaA | Tears For Fears - I Know This Much Is True.mp3 | Tears For Fears | 5,214KB | Audio |
| tato@KaZaA | Phill Collins - One More Night.mp3 | Phil Collins | 4,522KB | Audio |
| tato@KaZaA | Michelle Branch - Everywhere.mp3 | Michelle Branch | 3,437KB | Audio |
| tato@KaZaA | Tori Amos - A Sorta Fairytale.mp3 | Tori Amos | 3,846KB | Audio |
| tato@KaZaA | Paul Young - Everytime You Go Away.mp3 | Paul Young | 3,648KB | Audio |
| tato@KaZaA | Santana - Game Of Love (featuring Michelle Branch).mp3 | Santana featuring Michell... | 3,808KB | Audio |
| tato@KaZaA | Madonna - Die Another Day ACTUALLY the REAL THING!.... | Madonna | 3,695KB | Audio |
| tato@KaZaA | Avril Lavigne - I'm With You.MP3 | Avril Lavigne | 3,499KB | Audio |
| tato@KaZaA | VMC  Rollin Megamix - Limp Bizkit Disturbed Cypress Hill Cra... | 3¯«3¯"3 | 5,825KB | Audio |
| tato@KaZaA | coldplay - in my place.mp3 | Coldplay | 2,869KB | Audio |
| tato@KaZaA | Chevelle-The Red.mp3 | Chevelle | 2,789KB | Audio |
| tato@KaZaA | FooFighters-AllMyLife.mp3 | Foo Fighters | 3,927KB | Audio |
| tato@KaZaA | Jimmy Eats World - A Praise Chorus.mp3 | Jimmy Eat World | 3,805KB | Audio |
| tato@KaZaA | Queen of the Stone Age - No One Knows.mp3 | Queens of the Stone Age | 4,492KB | Audio |
| tato@KaZaA | Saliva - Always.mp3 | Saliva | 3,586KB | Audio |
| tato@KaZaA | Seether - Fine Again.mp3 | Seether | 3,814KB | Audio |
| tato@KaZaA | Linkin Park - Faint.mp3 | Linkin Park | 2,534KB | Audio |
| tato@KaZaA | chevelle-comfortable liar.mp3 | Chevelle | 3,492KB | Audio |
| tato@KaZaA | Coldplay - Clocks.mp3 | Coldplay | 4,604KB | Audio |

Found 1951 files | 3,174,365 users online, sharing 563,239,867 files (4,547,712 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tato@KaZaA | Coldplay - Clocks.mp3 | Coldplay | 4,804KB | Audio |
| tato@KaZaA | sum41-stillwaiting.mp3 | Sum 41 | 3,692KB | Audio |
| tato@KaZaA | Taproot - Breathe.mp3 | Taproot | 4,056KB | Audio |
| tato@KaZaA | Taproot - Hate Myself.mp3 | Taproot | 3,980KB | Audio |
| tato@KaZaA | Taproot - Mine.mp3 | Taproot | 3,583KB | Audio |
| tato@KaZaA | taproot-poem.mp3 | Taproot | 3,031KB | Audio |
| tato@KaZaA | The Vines - Out of the way.mp3 | The Vines | 2,741KB | Audio |
| tato@KaZaA | Red Hot Chili Peppers - Cant Stop.mp3 | Red Hot Chili Peppers | 6,464KB | Audio |
| tato@KaZaA | Jimmy Eat World  - Hear You Me.mp3 | Jimmy Eats World | 4,336KB | Audio |
| tato@KaZaA | chevelle-dont fake this.mp3 | Chevelle | 3,414KB | Audio |
| tato@KaZaA | Kid Rock Feat. Sheryl Crow - Picture.mp3 | Kid Rock Feat. Sheryl Cr... | 4,670KB | Audio |
| tato@KaZaA | chevelle - closure.mp3 | Chevelle | 4,009KB | Audio |
| 2 Users | Christina Aguilera - Beautiful.mp3 | Christina Aguilera | 3,646KB | Audio |
| tato@KaZaA | Incubus - I Miss You.mp3 | Incubus | 2,637KB | Audio |
| tato@KaZaA | Dave Matthews with Tim Reynolds - Crush (acoustic) (1).m... | Dave Matthews Band | 5,446KB | Audio |
| tato@KaZaA | Staind - It's Been Awhile (Acoustic).mp3 | Staind | 4,232KB | Audio |
| tato@KaZaA | Michelle Branch - Leap Of Faith.mp3 | Michelle Branch | 3,901KB | Audio |
| tato@KaZaA | Hilary Duff-So Yesterday.mp3 | Hilary Duff | 3,313KB | Audio |
| tato@KaZaA | Dirty Vegas - Days Go By (Remix) (1).mp3 | Dirty Vegas | 3,491KB | Audio |
| tato@KaZaA | Rolling Stones - Miss You (Dr. Dre Remix 2002).MP3 | Rolling Stones | 3,438KB | Audio |
| tato@KaZaA | Uncle Cracker - In a Little While.mp3 | Uncle Kracker | 2,800KB | Audio |
| tato@KaZaA | sixpence-dont_dream_its_over.mp3 | Sixpence None the Richer | 5,713KB | Audio |
| tato@KaZaA | Bon Jovi - Misunderstood.mp3 | Bon Jovi | 3,227KB | Audio |
| tato@KaZaA | Audioslave - Like a Stone.mp3 | Audioslave | 4,649KB | Audio |
| tato@KaZaA | Uncle Kracker - Drift Away.mp3 | Uncle Kracker | 4,144KB | Audio |
| tato@KaZaA | k clarkson-Miss Independent.mp3 | Kelly Clarkson | 6,986KB | Audio |
| tato@KaZaA | GoodCharlotte-Los Anthem.mp3 | Good Charlotte | 2,714KB | Audio |
| tato@KaZaA | Good Charlotte - Lifestyles Of The Rich And Famous.mp3 | Good Charlotte | 2,985KB | Audio |

Found 1951 files | 3,174,305 users online, sharing 563,239,867 files (4,547,712 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Size | Media Type | Artist | |
|---|---|---|---|---|---|
| tato@KaZaA | Good Charlotte - Lifestyles Of The Rich And Famous.mp3 | 2,985KB | Audio | Good Charlotte | Lifestyles Of Th |
| tato@KaZaA | Incubus - Nice To Know You.mp3 | 3,322KB | Audio | Incubus | |
| tato@KaZaA | Incubus - Pardon Me.mp3 | 2,622KB | Audio | Incubus | |
| tato@KaZaA | System of a down- highway song.mp3 | 4,576KB | Audio | System Of A Down | |
| tato@KaZaA | Aww Naw (Rock remix, POD) - Nappy Roots.mp3 | 3,958KB | Audio | Nappy Roots | Awnaw |
| tato@KaZaA | limp bizkit - just one of those days.mp3 | 2,604KB | Audio | Limp Bizkit | Just |
| tato@KaZaA | P.O.D. - Satellite - 03 - Boom.mp3 | 2,950KB | Audio | POD | |
| tato@KaZaA | AFI - Girl's Not Grey.mp3 | 4,404KB | Audio | AFI | Girl's Not |
| tato@KaZaA | CHEVELLE WONDER -SEND THE PAIN BELOW.mp3 | 2,953KB | Audio | Chevelle | S |
| tato@KaZaA | Socialburn - Down.mp3 | 3,039KB | Audio | Socialburn | |
| tato@KaZaA | Linkin Park - Somewhere I Belong.mp3 | 5,005KB | Audio | Linkin Park | |
| tato@KaZaA | The All-American Rejects - Swing Swing.mp3 | 3,177KB | Audio | The All-American Rejects | |
| tato@KaZaA | Trapt - Headstrong.mp3 | 4,466KB | Audio | Trapt | |
| tato@KaZaA | Trapt - These Walls.mp3 | 5,954KB | Audio | Trapt | |
| tato@KaZaA | Evanescence- Bring me back to life.mp3 | 3,748KB | Audio | Evanescence | Bring Me Back to Life (good versi |
| tato@KaZaA | Foo Fighters - Times Like These.mp3 | 4,012KB | Audio | Foo Fighters | |
| tato@KaZaA | trapt - Perfect Dream2.mp3 | 3,224KB | Audio | Trapt | |
| tato@KaZaA | matchbox 20 - unwell.mp3 | 2,234KB | Audio | matchbox 20 | Unwell |
| tato@KaZaA | Counting Crows (feat Vanessa Carlton) - Big Yellow Taxi.m... | 3,536KB | Audio | Counting Crows | Big Yellow Taxi (featurin |
| tato@KaZaA | NO DOUBT-Running.mp3 | 3,780KB | Audio | No Doubt | |
| tato@KaZaA | Avril Lavigne - Losing Grip.MP3 | 3,646KB | Audio | Avril Lavigne | |
| tato@KaZaA | A New Found Glory - Hit Or Miss.mp3 | 2,994KB | Audio | A New Found Glory | |
| tato@KaZaA | Nirvana ft Pearl Jam - Here She Comes.mp3 | 4,139KB | Audio | Nirvana with Pearl Jam | |
| tato@KaZaA | Pearl Jam - Alone.mp3 | 3,362KB | Audio | Pearl Jam | |
| tato@KaZaA | Pearl Jam - Everflow.mp3 | 4,014KB | Audio | Pearl Jam | |
| tato@KaZaA | Pearl Jam - Hide your love away.mp3 | 2,042KB | Audio | Eddie Vedder | You've got to h |
| tato@KaZaA | pearl jam-i am mine.mp3 | 3,902KB | Audio | Pearl Jam | I a |
| tato@KaZaA | The Ataris - In this dairy.mp3 | 3,629KB | Audio | The Ataris | |

Found 1951 files | 3,174,305 users online, sharing 563,239,867 files (4,547,712 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tato@KaZaA | The Ataris - In this dairy.mp3 | The Ataris | 3,629KB | Audio | |
| tato@KaZaA | Pearl Jam and Neil Young - Keep on Rockin' In The Free Wo... | male pop | 6,461KB | Audio | Keep On Rod |
| tato@KaZaA | New Found Glory-My Friends Over You.mp3 | New Found Glory | 3,426KB | Audio | |
| tato@KaZaA | Corey Taylor - Bother.mp3 | Stone Sour | 3,755KB | Audio | M |
| tato@KaZaA | Incubus - The Warmth.mp3 | Incubus | 4,136KB | Audio | |
| tato@KaZaA | MuDvAyNe - Not Falling.mp3 | MuDvAyNe | 2,948KB | Audio | |
| tato@KaZaA | Pink - Family Portrait.mp3 | Pink | 4,633KB | Audio | |
| tato@KaZaA | Evanesence - Fields Of Innocence.mp3 | Evanescence | 4,899KB | Audio | F |
| tato@KaZaA | Theory of a Deadman - Make Up Your Mind.mp3 | Theory of a Dead Man | 3,808KB | Audio | |
| tato@KaZaA | godsmack i stand.mp3 | Godsmack | 5,776KB | Audio | |
| tato@KaZaA | Darrly Worley - I Miss My Friend.mp3 | Darrly Worley | 3,760KB | Audio | H |
| tato@KaZaA | Daryl Worley - Have You Forgotten.mp3 | Darryl Worley | 3,734KB | Audio | |
| tato@KaZaA | kenny chesney - Big Star.mp3 | Kenny Chesney | 3,737KB | Audio | |
| tato@KaZaA | Joe Nichols - Brokenheartsville.mp3 | Joe Nichols | 3,613KB | Audio | |
| tato@KaZaA | TimMcGraw-Shes My Kind Of Rain.mp3 | tim mcgraw | 4,002KB | Audio | S |
| tato@KaZaA | martina mcbride - Concrete Angel.mp3 | Martina McBride | 3,958KB | Audio | |
| tato@KaZaA | David Gray - Babylon.mp3 | David Gray | 4,149KB | Audio | |
| tato@KaZaA | Allan Jackson - Margaritaville_(Jimmy Bufett).mp3 | Alan Jackson | 3,985KB | Audio | Margaritaville ( |
| tato@KaZaA | ludacris-act a fool.mp3 | Ludacris | 6,289KB | Audio | |
| tato@KaZaA | 50 Cent - Patiently Waitin'.mp3 | 50 Cent | 6,772KB | Audio | Patiently Wait |
| 2 Users | 50 Cent - In Da Club Remix.mp3 | 50 Cent_Blackchild, Pry... | 6,778KB | Audio | |
| tato@KaZaA | Fat Joe - All I Need.mp3 | Fat Joe | 3,773KB | Audio | All I Need (f. Tony Suns |
| tato@KaZaA | twista -ignition rmx.mp3 | R.Kelly Ft. Twista | 7,427KB | Audio | |
| tato@KaZaA | Bone Crusher-Never Scared.mp3 | Bone Crusher ft. T.I._Kil... | 4,992KB | Audio | M |
| tato@KaZaA | Busta Rhymesr - Make It Clap (Remix).mp3 | Busta Rhymes ft. Sean P... | 3,852KB | Audio | I Know What Y |
| tato@KaZaA | Busta Rhymes - I Know What You Want.mp3 | Busta Rhymes | 7,602KB | Audio | |
| tato@KaZaA | The Roots - Break You Off.mp3 | The Roots | 5,108KB | Audio | Break You Off ( |
| tato@KaZaA | Ludacris - Move Bitch Remix.mp3 | UGK GANSTA BOO LIL JO | 5,141KB | Audio | |

Found 1951 files | 3,174,305 users online, sharing 563,239,867 files (4,547,712 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Search | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tato@KaZaA | Ludacris - Move Bitch Remix.mp3 | UGK GANSTA BOO LIL JO | 5,141KB | Audio | |
| tato@KaZaA | Common_Jill Scott - 8 Minutes To Sunrise.mp3 | a | 4,224KB | Audio | 8 |
| tato@KaZaA | 50 cent-21 q's.mp3 | 50 Cent | 5,261KB | Audio | 21 Question... |
| tato@KaZaA | Common f. Macy Gray - Ghetto Heaven (remix).mp3 | Common feat. Macy Gray | 7,606KB | Audio | Geto |
| tato@KaZaA | Outkast - Elevators.mp3 | Outkast | 4,142KB | Audio | |
| tato@KaZaA | Common feat. Lauren Hill - Retrospect For Life.mp3 | Common feat. Lauryn Hill | 5,988KB | Audio | |
| tato@KaZaA | Common Sense - I Used To Love HER.mp3 | Common | 4,354KB | Audio | |
| tato@KaZaA | Common Sense - Come To Me.mp3 | Common ft. Mary J. Blige | 4,124KB | Audio | Come C |
| tato@KaZaA | The Roots - All Night Long (ft. Common. Erykah Badu).mp3 | The Roots | 7,116KB | Audio | All Night Long (ft. Com |
| tato@KaZaA | Tu PAC_BIGGIE SMALLS - Lets get it on (unheard and un... | TuPac, Eminem, Ice Cube,... | 3,816KB | Audio | Lets get it on (unhea |
| tato@KaZaA | 50 Cent- P.I.M.P. (RMX).mp3 | 50 Cent | 4,489KB | Audio | P.I.M.P. (RMX |
| tato@KaZaA | TRICK DADDY-Thug Holiday.mp3 | Trick Daddy | 3,617KB | Audio | MONEY_D |
| tato@KaZaA | Do or Die-Can You Smoke and Ride.mp3 | Twista | 3,342KB | Audio | Can y |
| tato@KaZaA | Trick Daddy F Twista_Could.MP3 | Trick Daddy _Twista | 3,606KB | Audio | |
| tato@KaZaA | Fat Joe-Whats love.mp3 | Fat Joe | 4,176KB | Audio | What's Luv? (feat Ja |
| tato@KaZaA | Lil' Jon-Put Yo Hood Up(Remix).mp3 | lil jo ft. jadakiss petey pabl | 7,659KB | Audio | |
| tato@KaZaA | 50 cent-in da club.mp3 | 50 Cent | 5,166KB | Audio | |
| tato@KaZaA | Jay Z_R Kelly-somebodys girl.mp3 | R. Kelly And Jay-Z | 5,371KB | Audio | |
| tato@KaZaA | Busta Rhymes - We Goin To Do It To Ya.mp3 | Busta Rhymes | 4,160KB | Audio | We G |
| tato@KaZaA | TI 24s.mp3 | TI | 2,788KB | Audio | |
| tato@KaZaA | freeway-what we do.mp3 | Freeway Ft Jay-Z _Bean... | 5,397KB | Audio | |
| tato@KaZaA | field mob-sick of being lonely.mp3 | Field Mob | 5,313KB | Audio | Sick Of B |
| tato@KaZaA | freeway ft twista-show go on.mp3 | Freeway ft twista | 3,342KB | Audio | |
| tato@KaZaA | Common feat. Mary J. Blige - Come To Me.mp3 | Common f/ Mary J. Blige | 3,850KB | Audio | |
| tato@KaZaA | david banner-choose me.mp3 | David Banner | 6,209KB | Audio | Cho |
| tato@KaZaA | david banner-my shawty.mp3 | David Banner | 5,505KB | Audio | My Sh |
| tato@KaZaA | david banner-might getcha.mp3 | David Banner | 7,071KB | Audio | Might Get |
| tato@KaZaA | LiL' Troy-Still a bitch in my book.mp3 | LiL' Troy | 3,133KB | Audio | Stil |

Found 1951 files. | 3,174,305 users online, sharing 563,239,867 files (4,547,712 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tato@KaZaA | Lil' Troy-Still a bitch in my book.mp3 | Lil' Troy | 3,133KB | Audio |
| tato@KaZaA | David Banner - Get Down Like a Pimp.mp3 | David Banner | 6,013KB | Audio |
| tato@KaZaA | bone crusher-never_scared remix.mp3 | Bone Crusher Ft Busta R... | 8,114KB | Audio |
| tato@KaZaA | Do or Die - I Got A Problem F- Yung Buk .mp3 | Do or Die | 4,269KB | Audio |
| tato@KaZaA | YYT-Smoke by Myself.mp3 | YING YANG TWINS | 3,416KB | Audio |
| tato@KaZaA | Project Pat - Weak Niggz.mp3 | Project Pat | 4,598KB | Audio |
| tato@KaZaA | Ludacris-break sumin'.mp3 | Ludacris Presents DTP | 4,321KB | Audio |
| tato@KaZaA | Cam'ron_Juelz-I really mean it.mp3 | Cam'ron feat. Diplomats | 3,784KB | Audio |
| tato@KaZaA | Ludacris-Rock and A Hard Place.mp3 | Ludacris | 2,648KB | Audio |
| tato@KaZaA | Choices-Dis_Bitch_Dat_Hoe.MP3 | Three Six Mafia feat Luda... | 4,089KB | Audio |
| tato@KaZaA | Camron – Maria Maria.mp3 | Cam'ron Ft Diplomats | 2,029KB | Audio |
| tato@KaZaA | Twista - Dopest Freestyle Ever.mp3 | Jin Tha MC | 4,570KB | Audio |
| tato@KaZaA | Sean Paul - Like Glue.mp3 | sean paul | 3,448KB | Audio |
| tato@KaZaA | Faith Evans-Burnin' Up (Remix).mp3 | Faith Evans feat. Missy Ell... | 3,815KB | Audio |
| tato@KaZaA | Nicole-I'm looking.mp3 | Nicole | 5,665KB | Audio |
| tato@KaZaA | Frankie J - Don't Wanna Try.mp3 | Frankie J | 6,466KB | Audio |
| tato@KaZaA | Alicia Keys Featuring Krayzie Bone - Falling (Deeper Remix)... | LaReece | 3,303KB | Audio |
| tato@KaZaA | R. kelly-snake.mp3 | R. Kelly | 6,842KB | Audio |
| tato@KaZaA | Mya - My love is like whoa.mp3 | Mya | 4,911KB | Audio |
| tato@KaZaA | B2K ft P. Diddy - Bump, Bump, Bump.mp3 | B2K Ft P. Diddy | 3,578KB | Audio |
| tato@KaZaA | amanda perez-angel_hot_remix-xxl.mp3 | Amanda Perez | 6,681KB | Audio |
| tato@KaZaA | Thalia feat. Fat Joe - I Want You.mp3 | Thalia Feat. Fat Joe | 3,242KB | Audio |
| tato@KaZaA | Destiny's Child-Bootylicious (Rockwilder Remix).mp3 | Destinys Child (f Missy) | 5,924KB | Audio |
| tato@KaZaA | Craig David-7 Days (Remix).mp3 | Craig David | 5,560KB | Audio |
| tato@KaZaA | Rkelly -felling on yo booty (remix).mp3 | R Kelly | 4,044KB | Audio |
| tato@KaZaA | justin timberlake-rock your body.mp3 | Justin Timberlake | 6,312KB | Audio |
| tato@KaZaA | Angie Stone-No more rain(in this cloud).mp3 | Angie Stone. | 4,728KB | Audio |
| tato@KaZaA | Dru Hill - We're Not Making Love No More.mp3 | Dru Hill | 4,457KB | Audio |



Found 1951 files | 3,174,305 users online, sharing 563,239,867 files (4,547,712 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | | Traffic | Shop | Tell A Friend

New search | Download | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tato@KaZaA | Dru Hill - We're Not Making Love No More.mp3 | Dru Hill | 4,457KB | Audio |
| tato@KaZaA | Dru Hill - Never Make A Promise.mp3 | Dru Hill | 5,119KB | Audio |
| tato@KaZaA | Erykah Badu _Lucy Pearl - Bag Lady (Remix).mp3 | Erykah Badu _Lucy Pearl | 3,976KB | Audio |
| tato@KaZaA | Avant feat-too short-making good love (remix).mp3 | Avant feat Too Short | 6,297KB | Audio |
| tato@KaZaA | Dru Hill -These are the Times.mp3 | Dru Hill | 2,898KB | Audio |
| tato@KaZaA | Jodeci - Freakin' You (remix) (feat Raekwon and Ghostface... | Jodeci | 4,844KB | Audio |
| tato@KaZaA | lumidee-ft. 50 cent-never leave you.mp3 | Lumidee ft. 50 Cent | 3,457KB | Audio |
| tato@KaZaA | Nivea feat. Jagged Edge - Don't Mess With My Man.mp3 | Nivea feat. Jagged Edge | 4,191KB | Audio |
| tato@KaZaA | Mary J Blige - He Think I Don't Know.mp3 | Mary J. Blige | 5,272KB | Audio |
| tato@KaZaA | Jill Scott Feat. Mos Def - Love Rain (Remix).mp3 | Jill Scott Feat. Mos Def | 4,018KB | Audio |
| tato@KaZaA | Faith - You Gets No Love (Remix).mp3 | P Diddy And Bad Boy | 2,676KB | Audio |
| tato@KaZaA | Justin Timberlake - Cry Me A River.wma | Justin Timberlake | 2,860KB | Audio |
| tato@KaZaA | lumidee-feat. busta rhymes fabolous-never leave (remix.m... | Lumidee Feat. Busta Rhy... | 4,684KB | Audio |
| tato@KaZaA | Amerie feat. Nas, Foxy Brown, Baby - Too Much For Me (r... | Amerie feat Nas, Foxy, B... | 5,899KB | Audio |
| tato@KaZaA | R. Kelly - Ignition.mp3 | R. Kelly | 3,476KB | Audio |
| tato@KaZaA | Isyss ft jadakiss - day and night.mp3 | Isyss Ft Jadakiss | 5,416KB | Audio |
| tato@KaZaA | Jaheim - Fabulous.mp3 | Jaheim | 5,365KB | Audio |
| tato@KaZaA | Aaliyah - Miss You.mp3 | Aaliyah | 5,629KB | Audio |
| tato@KaZaA | Sean Paul - Get Busy.mp3 | Sean Paul | 3,357KB | Audio |
| tato@KaZaA | Nivea ft. R.Kelly - Laundrymat.mp3 | R Kelly ft Nivea | 3,052KB | Audio |
| tato@KaZaA | Lil' Jon _The Eastside Boyz - Kings of Crunk - 19 - Get Low... | Lil' Jon _The Eastside Bo... | 5,222KB | Audio |
| tato@KaZaA | Give Me The Light - Sean Paul.mp3 | Sean Paul | 3,635KB | Audio |
| tato@KaZaA | Nothing At All (Featuring Musiq).mp3 | Santana | 4,204KB | Audio |
| tato@KaZaA | Tweet-Oops Oh My.mp3 | Tweet feat Missy | 3,501KB | Audio |
| tato@KaZaA | R Kelly-The Chocolate Factory-I'll Never Leave.mp3 | R Kelly | 4,280KB | Audio |
| tato@KaZaA | Angie Stone - Everyday (Neptunes Rmx).mp3 | Angie Stone | 6,059KB | Audio |
| tato@KaZaA | Mario - 02 - C'Mon.mp3 | Mario | 3,995KB | Audio |
| tato@KaZaA | Until the end of time - Nigga Nature Remix.mp3 | Tupac Feat. Lil' Mo | 4,754KB | Audio |

## Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tato@KaZaA | Until the end of time - Nigga Nature Remix.mp3 | Tupac feat. Lil Mo | 4,754KB | Audio |
| tato@KaZaA | Bilal + Dr. Dre + Jadakiss - Fast Lane Remix(1).mp3 | Bilal feat. Dr. Dre _Jadaki... | 6,440KB | Audio |
| tato@KaZaA | BABY BLUE _GLENN LEWIS - hot girl.mp3 | Baby Blue ft. Glenn Lewis | 6,240KB | Audio |
| tato@KaZaA | Tyrese - Act Like That (1).mp3 | Tyrese | 4,450KB | Audio |
| tato@KaZaA | Syleena Johnson - Guess What.mp3 | Syleena Johnson | 5,010KB | Audio |
| tato@KaZaA | Wayne Wonder - No Letting Go.mp3 | Wonder, Wayne | 3,186KB | Audio |
| tato@KaZaA | Angie Stone - Wish i didnt miss you.mp3 | Angie Stone | 6,350KB | Audio |
| tato@KaZaA | Ashanti And Biggie - One More Chance, Foolish Remix(3).... | Ashanti and Biggie | 9,182KB | Audio |
| tato@KaZaA | Ashanti feat. Notorious BIG - unfoolish remix dirty.mp3 | Murder Inc Presents | 6,065KB | Audio |
| tato@KaZaA | 702 ft clipse-star.mp3 | 01-702_ft_clipse-star | 3,908KB | Audio |
| tato@KaZaA | Michael_Jackson-Heaven Can Wait.mp3 | Michael Jackson | 6,792KB | Audio |
| tato@KaZaA | Monica - So Gone.mp3 | Monica | 3,219KB | Audio |
| tato@KaZaA | 'NSYNC feat. Nelly - Girlfriend (remix)(1).mp3 | Nsync ft Nelly | 6,773KB | Audio |
| tato@KaZaA | Mariah Carey - Boy (I Need You) ft. Camron.wma | Mariah Carey | 3,051KB | Audio |
| tato@KaZaA | Musiq Soulchild - 03 - Caught Up Ft Aaries - simplemp3s.mp3 | Musiq Soulchild | 4,051KB | Audio |
| tato@KaZaA | vivian green-affected.mp3 | Vivian Green | 4,424KB | Audio |
| tato@KaZaA | Isley Brothers ft. Ron Isley - What Would You Do.mp3 | Isley Brothers ft. Ron Isl... | 5,440KB | Audio |
| tato@KaZaA | Vivian Green - Emotional Rollercoaster.mp3 | Vivian Green | 3,056KB | Audio |
| tato@KaZaA | JLO-I'm gonna be alright remix.mp3 | Jennifer Lopez | 5,504KB | Audio |
| tato@KaZaA | vivian green-aint nothing but love.mp3 | Vivian Green | 5,116KB | Audio |
| tato@KaZaA | Heather Headley - I Wish I Wasn't.mp3 | Heather Headley | 5,962KB | Audio |
| tato@KaZaA | Hell Yeah {Remix}.mp3 | Ginuwine/Baby/R. Kelly/Cl... | 2,879KB | Audio |
| tato@KaZaA | lil mo-21 answers.mp3 | Lil Mo Ft Free | 4,580KB | Audio |
| tato@KaZaA | Truth Hurts-Addictive-ft.Rakim.mp3 | Truth Hurts ft Rakim | 5,280KB | Audio |
| tato@KaZaA | Ashanti - Rock Wit U15.mp3 | Ashanti | 3,414KB | Audio |
| tato@KaZaA | Craig David-walking away Remix.mp3 | Craig David | 3,725KB | Audio |
| tato@KaZaA | Sean Paul - Gimme Di Light.mp3 | Sean Paul | 3,434KB | Audio |
| tato@KaZaA | Wyclef Jean feat Claudette Ortiz - Two Wrongs.mp3 | Wyclef Jean f | 5,392KB | Audio |

Found 1951 files.  3,174,305 users online, sharing 563,239,867 files (4,547,712 GB)  Not sharing any files