# Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tato@KaZaA | Wyclef Jean Feat Claudette Ortiz - Two Wrongs.mp3 | Wyclef Jean f | 5,392KB | Audio |
| tato@KaZaA | Outkast vs Elephant Man - Miss Jackson Remix.mp3 | Elephant Man | 3,427KB | Audio |
| tato@KaZaA | Musiq Soulchild - Half Crazy (Remix) (1).mp3 | Musiq | 3,784KB | Audio |
| tato@KaZaA | Craig David - Walking Away.mp3 | Craig David | 3,238KB | Audio |
| tato@KaZaA | Mr. C The Slide Man - Cha-Cha Slide Part II.mp3 | Mr. C (The Slide Man) | 6,160KB | Audio |
| tato@KaZaA | Lady May Round Up Featuring Blu Cantrell.mp3 | Lady May | 4,414KB | Audio |
| tato@KaZaA | Avant-Don't say no, just say yes.mp3 | Avant | 4,319KB | Audio |
| tato@KaZaA | Amanda Perez- Where You At.mp3 | Amanda Perez | 1,921KB | Audio |
| 2 Users | Amanda Perez-Angel.mp3 | Amanda Perez | 3,443KB | Audio |
| tato@KaZaA | Avant-Missing You.mp3 | Avant | 4,214KB | Audio |
| tato@KaZaA | Avant Feat. Bone Thugs N Harmony - Makin Good Love (R... | Avant Feat. Bone Thugs N... | 2,889KB | Audio |
| tato@KaZaA | Isyss-single 4 the rest of my life.mp3 | Isyss | 3,612KB | Audio |
| tato@KaZaA | Amanda Perez-I Still Love You.mp3 | Amanda Perez | 3,682KB | Audio |
| tato@KaZaA | Amanda Perez-In My Life.mp3 | Amanda Perez | 3,351KB | Audio |
| tato@KaZaA | Amanda Perez-Love Is Pain.mp3 | Amanda Perez | 3,136KB | Audio |
| tato@KaZaA | Amanda Perez-I Like It.mp3 | Amanda Perez | 4,016KB | Audio |
| tato@KaZaA | Tweet - Sexual Healing (oops Pt. 2).mp3 | Tweet Ft. Ms. Jade | 6,736KB | Audio |
| tato@KaZaA | Donell Jones-Put me down remix.mp3 | Donell Jones Feat. Styles,... | 3,654KB | Audio |
| tato@KaZaA | common and erykah badu-Love of my life (1).mp3 | Erika Badu and common | 3,537KB | Audio |
| tato@KaZaA | Mary J Blidge ft jadakiss- family affair remix.mp3 | Mary J. Blige ft Jadakiss | 3,178KB | Audio |
| tato@KaZaA | Eugene Wilde - Gotta Get You Home Tonight .mp3 | Various Artists | 6,240KB | Audio |
| tato@KaZaA | WMC MIX RB.Hip-Hop Mix 2 - (Ja Rule, Shaggy, Destiny's ... | Mixes | 19,200KB | Audio |
| tato@KaZaA | Jackson Five - Got To Be There.mp3 | Jackson Five | 3,179KB | Audio |
| tato@KaZaA | Ready For The World - Love You Down.mp3 | Ready For The World | 6,108KB | Audio |
| tato@KaZaA | WMC - Club HipHop Mix.mp3 | DJ Scribble | 6,396KB | Audio |
| tato@KaZaA | Patti Labelle - Love,Need_Want you Baby.MP3 | Patti Labelle | 4,708KB | Audio |
| tato@KaZaA | Otis Redding - Midnight Hour.mp3 | Otis Redding | 2,191KB | Audio |
| tato@KaZaA | Tone Loc_Salt N Pepa - Wild Thing_Push It (remix).mp3 | Tone Loc + Salt N Pepa | 6,853KB | Audio |

Found 1951 files | 3,174,305 users online, sharing 563,239,867 files (4,547,712 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tato@KaZaA | Tone Loc  Salt N Pepa - Wild Thing_Push It (remix).mp3 | Tone Loc + Salt N Pepa | 6,853KB | Audio |
| tato@KaZaA | VMC - House Music Remix.mp3 | Eddie Amador, Ian Pooley | 7,756KB | Audio |
| tato@KaZaA | Ralphi Rosario_Xavier Gold - You Used To Hold Me.mp3 | Various Artists | 8,294KB | Audio |
| tato@KaZaA | Classic House - Gotta Have House Music.mp3 | Classic House | 3,911KB | Audio |
| tato@KaZaA | Techno - SALSA[Junior Vasquez Feat. Club 69_DJ Thunde... | Thunderpuss | 4,225KB | Audio |
| tato@KaZaA | The Hamptons - my jacket.mp3 | The Hamptons | 5,469KB | Audio |
| tato@KaZaA | Smokey Robinson - Crusin'.mp3 | Smokey Robinson | 5,567KB | Audio |
| tato@KaZaA | La Bouche - Mr. Vain.mp3 | La Bouche | 4,030KB | Audio |
| tato@KaZaA | dj irene - whores 'n' da houz.mp3 | DJ Irene | 4,930KB | Audio |
| tato@KaZaA | Through The Fire - Chaka Kahn.mp3 | Chaka Khan | 4,486KB | Audio |
| tato@KaZaA | Jackson Five - Never Can Say Goodbye (1).mp3 | Jackson Five | 2,578KB | Audio |
| tato@KaZaA | 20 Fingers - Short Dick Man (uncensored).mp3 | 20 Fingers | 4,534KB | Audio |
| tato@KaZaA | Ronnie and Debra Laws - Very Special (long version).mp3 | Ronnie and Debra Laws | 4,179KB | Audio |
| tato@KaZaA | Melissa Morgan - Do Me Baby.mp3 | Melissa Morgan | 4,944KB | Audio |
| tato@KaZaA | Natalie Cole - This Will Be (An Everlasting Love).mp3 | Natalie Cole | 2,678KB | Audio |
| tato@KaZaA | Prince - If I Was Your Girlfriend (1).mp3 | Prince | 3,523KB | Audio |
| tato@KaZaA | Otis Redding-(Sittin' On) The Dock of The Bay.mp3 | Otis Redding | 1,839KB | Audio |
| tato@KaZaA | VMC-T House.mp3 | Milk Inc, The Moon, Lasgo.. | 5,786KB | Audio |
| tato@KaZaA | Jackson  Five-Ill Be There.mp3 | Micheal Jackson | 2,656KB | Audio |
| tato@KaZaA | black gospel - Oh happy day.mp3 | Various | 3,621KB | Audio |
| tato@KaZaA | Frank Sinatra - I Did It My Way.mp3 | Frank Sinatra | 4,338KB | Audio |
| tato@KaZaA | The Main Ingredient - Just Dont Want To Be Lonely.mp3 | The Main Ingredient | 3,968KB | Audio |
| tato@KaZaA | Spanish - Daniel Santos - Virgen de la media noche.mp3 | Daniel Santos | 2,525KB | Audio |
| tato@KaZaA | Spanish - Julio Jaramillo_Daniel Santos - Obsesion.mp3 | Daniel Santos | 2,355KB | Audio |
| tato@KaZaA | Spanish - DANIEL SANTOS - Dos Gardenias.MP3 | Daniel Santos | 2,365KB | Audio |
| tato@KaZaA | Spanish - Daniel Santos - Noche De ronda.mp3 | Daniel Santos | 3,455KB | Audio |
| tato@KaZaA | Spanish - La sonora Matancera - El Preso (1).mp3 | Daniel Santos | 2,268KB | Audio |
| tato@KaZaA | Daniela Romo - Celos.mp3 | Daniela Romo | 2,434KB | Audio |

Found 1951 files | 3,174,305 users online, sharing 563,239,867 files (4,547,712 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  Search  Traffic  Shop  Tell A Friend

New search  Download  Search Field

| User | Filename | Artist | Size | Media Type | | | |
|---|---|---|---|---|---|---|---|
| tato@KaZaA | Daniela Romo - Celos.mp3 | Daniela Romo | 2,434KB | Audio | | | |
| tato@KaZaA | 2 Live Crew - Big Booty Hoes.mp3 | 2 Live Crew | 2,122KB | Audio | | | |
| tato@KaZaA | Booty music - 2 Live Crew - Donkey Butt.mp3 | 12 guage | 4,435KB | Audio | | | |
| tato@KaZaA | VMC-RAP RB MIX 2002.mp3 | Mixes | 20,021KB | Audio | R Kelly, DMX, Sisqo, Destiny's Chil... | | |
| tato@KaZaA | 2 Live Crew - Face Down Ass Up.mp3 | 2 Live Crew | 2,831KB | Audio | | | |
| tato@KaZaA | Roy Ayers - You Send Me.mp3 | Roy Ayers | 7,948KB | Audio | | If Lo... | |
| tato@KaZaA | james imgram - If Loving You Is Wrong.mp3 | Art Laboe | 3,250KB | Audio | | | |
| tato@KaZaA | bloodstone - natural high.mp3 | Bloodstone | 3,826KB | Audio | | | |
| tato@KaZaA | Mtume - COD (I'll Deliver).mp3 | Mtume | 3,539KB | Audio | | | |
| tato@KaZaA | Mtume - My Sunshine.mp3 | Mtume | 4,260KB | Audio | | | |
| tato@KaZaA | MTUME-U, ME AND HE.mp3 | MTUME | 4,238KB | Audio | | | |
| tato@KaZaA | royce r-wishin on a star.mp3 | rose royce | 3,709KB | Audio | | | |
| tato@KaZaA | Big Gipp-Steppin out.mp3 | Big Gipp | 6,428KB | Audio | Steppin O... | | |
| tato@KaZaA | Godsmack - Moon Baby.mp3 | Godsmack | 4,122KB | Audio | | | |
| tato@KaZaA | Lil Kim-JumpOff.mp3 | Lil' Kim | 2,796KB | Audio | The Jump Of! | | |
| tato@KaZaA | John Lennon - Imagine.mp3 | John Lennon | 2,874KB | Audio | | | |
| tato@KaZaA | Cassidy-hotel.mp3 | R Kelly Feat. Cassidy | 7,014KB | Audio | | | |
| tato@KaZaA | Train - Calling All Angels.mp3 | Train | 4,340KB | Audio | | | |
| tato@KaZaA | Justin Timberlake - Take Me Now (And She Said).mp3 | Justin Timberlake | 7,810KB | Audio | Take Me N... | | |
| tato@KaZaA | justin timberlake-01-senorita.mp3 | Justin Timberlake | 6,959KB | Audio | | | |
| tato@KaZaA | Dixie Chicks - Traveling Soldier.mp3 | Dixie Chicks | 4,228KB | Audio | | | |
| tato@KaZaA | Fabulous - The Bad Guy.mp3 | Fabolous | 2,840KB | Audio | | | |
| tato@KaZaA | NELLY-HERE WE COME NOW GIRL.mp3 | NELLY | 2,903KB | Audio | HERE WI... | | |
| tato@KaZaA | Allison Krauss - When You Say Nothing At All.mp3 | Alison Kraus and Union St... | 4,031KB | Audio | Wher... | | |
| tato@KaZaA | Third Eye Blind - Jumper.mp3 | Third Eye Blind | 3,200KB | Audio | | | |
| tato@KaZaA | Foo Fighters - Times like these (Acoustic Live lounge).mp3 | Foo Fighters | 3,179KB | Audio | Times Lik... | | |
| tato@KaZaA | Guns and Roses - Patience (acoustic).mp3 | Guns N Roses | 5,736KB | Audio | | | |
| tato@KaZaA | lifehouse - Breathing (acoustic).mp3 | Lifehouse | 4,413KB | Audio | | | |

Found 1951 files  3,174,305 users online, sharing 563,239,867 files (4,547,712 GB)  Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | Theater | Shop | Tell A Friend
New search | My Kazaa | Download | Search | Traffic | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tato@KaZaA | lifehouse - Breathing (acoustic).mp3 | Lifehouse | 4,413KB | Audio |
| tato@KaZaA | Sunny Day Real Estate - The Ocean (Acoustic).mp3 | Our Lady Peace | 4,697KB | Audio |
| tato@KaZaA | Black Crows - Addiction (acoustic).mp3 | Black Crows | 5,932KB | Audio |
| tato@KaZaA | Krayzie Bone - Smoken Budda.mp3 | Twista and Lazie Bone | 2,679KB | Audio |
| tato@KaZaA | Twista - Y'all My Nugz.mp3 | Twista | 3,950KB | Audio |
| tato@KaZaA | Lenny Kravitz - Again (acoustic).mp3 | Lenny Kravitz | 3,020KB | Audio |
| tato@KaZaA | Atl-callin_all_girls.mp3 | R Kelly Ft Atl | 5,759KB | Audio |
| tato@KaZaA | korn-did my time-01-did my time.mp3 | korn | 5,917KB | Audio |
| tato@KaZaA | Ja Rule - Crown.mp3 | ja rule | 5,221KB | Audio |
| tato@KaZaA | 50 Cent Ft. Beyonce - Thug Love.mp3 | 50 Cent and Beyonce | 2,692KB | Audio |
| tato@KaZaA | Staind - Secret Song (acoustic).Mp3 | Staind | 2,680KB | Audio |
| tato@KaZaA | VMC - hiphop mix.mp3 | Club Mixes | 14,246KB | Audio |
| tato@KaZaA | VMC - 2002 - Remix.mp3 | R'n B and HipHop mixes | 17,034KB | Audio |
| tato@KaZaA | Vitaman C-mix.mp3 | Vitamin C | 5,344KB | Audio |
| tato@KaZaA | nothingman (acoustic).mp3 | Pearl Jam | 4,351KB | Audio |
| tato@KaZaA | Jon Bon Jovi_Richie Sambora - Imagine (Acoustic).mp3 | Bon Jovi | 4,577KB | Audio |
| tato@KaZaA | Sade - By Your Side.mp3 | Sade | 3,222KB | Audio |
| tato@KaZaA | Beatles - Penny Lane.mp3 | Beatles | 1,228KB | Audio |
| tato@KaZaA | Beatles - Come Together.mp3 | Beatles | 3,969KB | Audio |
| tato@KaZaA | Beatles - Can't Buy Me Love.mp3 | Beatles | 2,033KB | Audio |
| tato@KaZaA | Beatles - Revolution (1).mp3 | Beatles | 3,180KB | Audio |
| tato@KaZaA | Beatles - Strawberry Fields Forever.mp3 | Beatles | 3,876KB | Audio |
| tato@KaZaA | Beatles (John Lennon) - Watching The Wheels (acoustic)... | John Lennon | 2,908KB | Audio |
| tato@KaZaA | Beetles - Hard Day's Night.mp3 | Beatles | 2,561KB | Audio |
| tato@KaZaA | Beetles EightDaysAWeek.mp3 | The Beatles | 1,440KB | Audio |
| tato@KaZaA | Metallica - Fuel.mp3 | Metallica | 4,212KB | Audio |
| tato@KaZaA | beatles - Stuck In the Middle With You.mp3 | Marvin Sease | 2,298KB | Audio |
| tato@KaZaA | The Format - Give It Up (Acoustic) (2).mp3 | The Format | 3,221KB | Audio |

Found 1951 files | 3,174,305 users online, sharing 563,239,867 files (4,547,712 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | Theater | Traffic | Shop | Tell A Friend
My Kazaa | Search | Download | Search Field

New search

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tato@KaZaA | The Format - Give It Up (Acoustic) (2).mp3 | The Format | 3,221KB | Audio |
| tato@KaZaA | Soul Asylum - Runaway Train (1).mp3 | Soul Asylum | 3,643KB | Audio |
| tato@KaZaA | Planet Rock - Medley (Ultimix).mp3 | Soul Sonic Force | 12,456KB | Audio |
| tato@KaZaA | musiq ft aaries - if i woulda knew remix.mp3 | musiq ft aaries | 5,630KB | Audio |
| tato@KaZaA | John Lennon - I'm Losing You.mp3 | John Lennon | 3,756KB | Audio |
| tato@KaZaA | John Lennon - Woman.mp3 | John Lennon | 3,250KB | Audio |
| tato@KaZaA | jill scott - A Long Walk (Biggie Remix).mp3 | Jill Scott | 2,178KB | Audio |
| tato@KaZaA | Main Source - Looking At The Front Door.mp3 | Main Source | 3,950KB | Audio |
| tato@KaZaA | Rush - Tom Sawyer.mp3 | Rush | 4,992KB | Audio |
| tato@KaZaA | Tonic - You Wanted More (Acoustic).mp3 | Tonic | 3,674KB | Audio |
| tato@KaZaA | Tonic - Take Me as I Am.mp3 | Tonic | 3,484KB | Audio |
| tato@KaZaA | Sting - Ill be Watching you.mp3 | Sting | 3,954KB | Audio |
| tato@KaZaA | black sabbath (ozzy ozborn) - smoke on the water (1).mp3 | AC/DC | 4,626KB | Audio |
| tato@KaZaA | VMC Remix - 2003 - 1.mp3 | DJ Delirious Rap | 42,327KB | Audio |
| tato@KaZaA | The Starting Line - Best Of Me (Acoustic).mp3 | Starting Line | 6,733KB | Audio |
| tato@KaZaA | Stone Temple Pilots - All In The Suit That You Wear.mp3 | Stone Temple Pilots | 5,148KB | Audio |
| tato@KaZaA | Supertramp - Take The Long Way Home.mp3 | Supertramp | 4,496KB | Audio |
| tato@KaZaA | Sugar Ray - Someday.mp3 | Sugar Ray | 3,796KB | Audio |
| tato@KaZaA | Starting Line - Saddest Girl Story.mp3 | Starting Line | 4,771KB | Audio |
| tato@KaZaA | Paula Cole - I Don't Want To Wait.mp3 | Paula Cole | 4,361KB | Audio |
| tato@KaZaA | michelle branch - All You Wanted (Acoustic).mp3 | Michelle Branch | 2,791KB | Audio |
| tato@KaZaA | Timberland - indian flute.MP3 | Timbaland_Magoo | 3,163KB | Audio |
| tato@KaZaA | The Lox-Breath Easy.mp3 | The Lox | 2,934KB | Audio |
| tato@KaZaA | Missy-pass the dutch.mp3 | Missy Elliott | 5,223KB | Audio |
| tato@KaZaA | DMX-where the hood at.mp3 | DMX ft The Lox, Eve, D-R | 6,565KB | Audio |
| tato@KaZaA | lil wayne-damn.mp3 | Lil Wayne | 7,001KB | Audio |
| tato@KaZaA | 4 tops - Sugar Pie , Honey Bunch.mp3 | Temptations | 2,552KB | Audio |
| tato@KaZaA | 2pac_ft_Biggie-Running-(Eminem_Mix)-hitemup.com.mp3 | Tupac and Biggie | 5,422KB | Audio |

Found 1951 files | 3,174,305 users online, sharing 563,239,867 files (4,547,712 GB) | Not sharing any files

# Kazaa - [Search]

File | View | Player | Tools | Actions | Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tato@KaZaA | 2pac_ft_Biggie-Running-(Eminem_Mix)-hitemupcom.mp3 | Tupac and Biggie | 5,422KB | Audio |
| tato@KaZaA | Cameo - Shake Your Pants (1).mp3 | Cameo | 5,897KB | Audio |
| tato@KaZaA | Manhattans - There's No Me Without You (1).mp3 | Dramatics | 3,460KB | Audio |
| tato@KaZaA | Areosmith and Run DMC - Walk This Way (1).mp3 | Run-D.M.C./ Aerosmith | 4,273KB | Audio |
| tato@KaZaA | B52's - Love Shack.mp3 | B52's | 5,025KB | Audio |
| tato@KaZaA | Tom Petty - Free Fallin.mp3 | Tom Petty | 3,486KB | Audio |
| tato@KaZaA | Robert Palmer - Addicted To Love.mp3 | Huey Lewis and the News | 3,776KB | Audio |
| tato@KaZaA | ASHANTI - Rain on me.mp3 | ASHANTI | 4,659KB | Audio |
| tato@KaZaA | beyonce-thats how you like it.mp3 | Beyonce | 5,138KB | Audio |
| tato@KaZaA | Nelly feat.mp3 | Nelly ft. Outkast, DMX, E... | 3,375KB | Audio |
| tato@KaZaA | Rahzel - If Your Mother Only Knew(full).mp3 | Rahzel | 8,464KB | Audio |
| tato@KaZaA | Marques houston ft. joe budden-clubbin.mp3 | Marques Houston Ft. Joe... | 5,899KB | Audio |
| tato@KaZaA | Krupt- Its Over Now.mp3 | Kurupt | 3,175KB | Audio |
| tato@KaZaA | 50 cent-blood hound_(feat young buc).mp3 | 50 Cent | 5,626KB | Audio |
| tato@KaZaA | Ashanti - Rock Wit You Remix.mp3 | Ashanti | 4,556KB | Audio |
| tato@KaZaA | Bubba Sparxx - Deliverance.mp3 | Bubba Sparxx | 4,948KB | Audio |
| tato@KaZaA | Beyonce, Missy Elliott, Free_MC Lyte-Fighting Temptation... | Beyonce, Missy Elliott, Fr... | 5,292KB | Audio |
| tato@KaZaA | Brian Mcknight - Anytime ( I miss you).mp3 | Brian Mc Knight | 4,266KB | Audio |
| tato@KaZaA | big tymers feat. baby and mannie fresh- this is how we do... | big tymers feat. baby and... | 3,080KB | Audio |
| tato@KaZaA | Christina Aguilera - Can't Hold Us Down Ft. Lil Kim.mp3 | Christina Aguilera | 5,994KB | Audio |
| tato@KaZaA | Craig David Feat. Sting - Rise And Fall.mp3 | Craig David | 3,367KB | Audio |
| tato@KaZaA | Chaka Khan and Rufus - Sweet Thing .mp3 | Chaka Khan | 3,188KB | Audio |
| tato@KaZaA | 03 - Tempted 2 Touch.mp3 | Rupee | 3,247KB | Audio |
| tato@KaZaA | Summerjam 2003 - Fiesta Jam.wma | underdog project ft sunci... | 3,956KB | Audio |
| tato@KaZaA | Mel Waiters-Swing Out Song.mp3 | Mel Waiters | 4,590KB | Audio |
| tato@KaZaA | Mikki Howard - Until You Come Back To Me.mp3 | Miki Howard | 3,904KB | Audio |
| tato@KaZaA | Styx - Come Sail Away with Me.mp3 | Styx | 5,566KB | Audio |
| tato@KaZaA | Freeway - Philadelphia Freeway - 04 - Flipside (ft. Peedi Cr... | Freeway | 3,701KB | Audio |

Found 1951 files | 3,174,305 users online, sharing 563,239,867 files (4,547,712 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tato@KaZaA | Freeway - Philadelphia Freeway - 04 - Flipside (ft. Peedi Cr… | Freeway | 3,701KB | Audio | Flipsi… |
| tato@KaZaA | young gunz- cant stop wont stop.mp3 | Young Guns | 3,234KB | Audio | Ca… |
| tato@KaZaA | Young Bloodz Feat Lil' Jon = Damn!.mp3 | Youngbloodz | 4,698KB | Audio | |
| tato@KaZaA | Keshia Chante - Unpredictable (DaVibe).mp3 | Keshia Chanté | 3,399KB | Audio | |
| tato@KaZaA | Wayne Wonder - Anything Goes feat.CNN_Mr Lex.mp3 | Wayne Wonder feat.CNN… | 3,814KB | Audio | |
| tato@KaZaA | Sail to The Moon (1).mp3 | Radiohead | 4,701KB | Audio | |
| tato@KaZaA | Lionel Richie - Stuck On You.mp3 | Lionel Richie | 3,049KB | Audio | |
| tato@KaZaA | Gloria Gaynor - I Will Survive.mp3 | Gloria Gaynor | 4,489KB | Audio | |
| tato@KaZaA | Justin Timberlake - Justified - Last Night.MP3 | Justin Timberlake | 6,781KB | Audio | |
| tato@KaZaA | Santana - Why Don't You And I.mp3 | Santana feat.Chad Kroeg… | 2,144KB | Audio | |
| tato@KaZaA | Shirley Brown - Woman To Woman.mp3 | Shirley Brown | 3,666KB | Audio | |
| tato@KaZaA | Da Brat - I'm In Love wit Chu .mp3 | Da Brat | 5,908KB | Audio | |
| tato@KaZaA | Ben E. King-Stand by Me.mp3 | Marvin Gaye | 2,058KB | Audio | |
| tato@KaZaA | Brown, James - This Is A Man's World.mp3 | Brown, James | 2,671KB | Audio | T… |
| tato@KaZaA | Curtis Mayfield _The Impressions - It's All Right.mp3 | Curtis Mayfield _The Imp… | 2,603KB | Audio | |
| tato@KaZaA | Eddie Holman - Hey There Lonely Girl.mp3 | Eddie Holman | 2,542KB | Audio | He… |
| tato@KaZaA | Temtations - I've Got Sunshine.MP3 | Oldies (Temtations) | 2,600KB | Audio | |
| tato@KaZaA | VMC-ZZ Top, ACDC, Foreigner - Mega Mix.mp3 | Mercedes Band | 4,554KB | Audio | Rock Mix Medley (ACDC, Z… |
| tato@KaZaA | VMC Reggae Hip Hop Reggae Mix.mp3 | Club Hits Mix's 1998-2003 | 3,572KB | Audio | Explicit Remixs Hip h… |
| tato@KaZaA | VMC-2002 reggae.mp3 | WIBSOUNDKREW | 8,704KB | Audio | |
| tato@KaZaA | Nirvana - Smells Like Teen Spirit.mp3 | Nirvana | 4,043KB | Audio | Sm… |
| tato@KaZaA | Matchbox 20 - Argue.mp3 | Matchbox 20 | 2,776KB | Audio | |
| tato@KaZaA | stonesour_-_orchids-qtxmp3.mp3 | Slipknot | 6,194KB | Audio | |
| tato@KaZaA | Vanessa Carleton - Pretty Baby.mp3 | Vanessa Carleton | 2,827KB | Audio | |
| tato@KaZaA | Jodeci - Come and Talk to Me.mp3 | Jodeci | 4,338KB | Audio | Co… |
| tato@KaZaA | Howard Hewett -Show Me.mp3 | Howard Hewett | 5,294KB | Audio | |
| tato@KaZaA | Atlantic Star - Secret Lovers.mp3 | Atlantic Starr | 3,823KB | Audio | |
| tato@KaZaA | Delfonics - Hey Love.mp3 | The Delfonics | 3,064KB | Audio | |

Found 1951 files. | 3,174,305 users online, sharing 563,239,867 files (4,547,712 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | | | | Traffic | Shop | Tell A Friend
New search | Download | | | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tato@KaZaA | Delfonics - Hey Love.mp3 | The Delfonics | 3,064KB | Audio |
| tato@KaZaA | Enchantment - Silly Love Song.mp3 | Enchantment | 4,590KB | Audio |
| tato@KaZaA | Howard Hewett - Say Amen.mp3 | Howard Hewett | 4,272KB | Audio |
| tato@KaZaA | Minnie Ripperton - Memory Lane.mp3 | Minnie Ripperton | 3,284KB | Audio |
| tato@KaZaA | The Temptations - Special.mp3 | The Temptations | 4,209KB | Audio |
| tato@KaZaA | spinners - love don't love nobody.mp3 | Body | 6,763KB | Audio |
| tato@KaZaA | Morris Day The Time - Gigalos Get Lonely Too.mp3 | Morris Day and The Time - | 5,102KB | Audio |
| tato@KaZaA | Nirvana - Down In The Dark (Rare).mp3 | Nirvana | 1,506KB | Audio |
| tato@KaZaA | Marques Houston - Pop That Booty.mp3 | Marques Houston | 3,920KB | Audio |
| tato@KaZaA | Marques Houston- Never Say Goodbye.mp3 | Marques Houston | 1,840KB | Audio |
| tato@KaZaA | imx - pillow.mp3 | Marques Houston | 3,628KB | Audio |
| tato@KaZaA | Marques Houston - Tempted.mp3 | Marques Houston (Batma... | 5,865KB | Audio |
| tato@KaZaA | Honey Soundtrack - 13 - I Believe.mp3 | Honey Soundtrack | 5,240KB | Audio |
| tato@KaZaA | Marques Houton - Walk Away.mp3 | Marques Houston (Batma... | 4,924KB | Audio |
| tato@KaZaA | imx - tamika.mp3 | Marques Houston | 4,224KB | Audio |
| tato@KaZaA | IMX - All Alone.mp3 | Marques Houston | 4,596KB | Audio |
| tato@KaZaA | Honey Soundtrack - 05 - Leave Her Alone.mp3 | Honey Soundtrack | 5,825KB | Audio |
| tato@KaZaA | Natalie Merchant - Thank You.mp3 | Natalie Merchant | 3,876KB | Audio |
| tato@KaZaA | Honey Soundtrack - 09 - Now Ride(1).mp3 | Honey Soundtrack | 4,025KB | Audio |
| tato@KaZaA | Honey Soundtrack - 06 - Ooh Wee.mp3 | Honey Soundtrack | 4,903KB | Audio |
| tato@KaZaA | Manhattans - (Honey You Are My) Shining Star.mp3 | The Manhattans | 5,490KB | Audio |
| tato@KaZaA | Natalie Merchant - One Fine Day.mp3 | Natalie Merchant | 2,551KB | Audio |
| tato@KaZaA | Marques Houston - Loves A Game.mp3 | Marques Houston | 5,591KB | Audio |
| tato@KaZaA | Jadakiss Feat. Sheek - J-A-D-A.mp3 | Honey Soundtrack | 5,173KB | Audio |
| tato@KaZaA | Marques Houston - Grass Is Greener.mp3 | Marques Houston | 5,602KB | Audio |
| tato@KaZaA | Marques Houston - I Can Be The One.mp3 | Marques Houston | 5,015KB | Audio |
| tato@KaZaA | 50 Cent - Fuck And Be Friends.MP3 | 50 Cent | 3,376KB | Audio |
| tato@KaZaA | because of you.mp3 | Marques Houston (Batma... | 5,904KB | Audio |

Found 1951 files. 3,174,305 users online, sharing 563,239,867 files (4,547,712 GB) Not sharing any files

# Kazaa - [Search]

File | View | Player | Tools | Actions | Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend
New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tato@KaZaA | IMX - All Alone.mp3 | Marques Houston | 4,596KB | Audio |
| tato@KaZaA | Honey Soundtrack - 05 - Leave Her Alone.mp3 | Honey Soundtrack | 5,825KB | Audio |
| tato@KaZaA | Natalie Merchant - Thank You.mp3 | Natalie Merchant | 3,876KB | Audio |
| tato@KaZaA | Honey Soundtrack - 09 - Now Ride(1).mp3 | Honey Soundtrack | 4,025KB | Audio |
| tato@KaZaA | Honey Soundtrack - 06 - Ooh Wee.mp3 | Honey Soundtrack | 4,903KB | Audio |
| tato@KaZaA | Manhattans - (Honey You Are My) Shining Star.mp3 | The Manhattans | 5,490KB | Audio |
| tato@KaZaA | Natalie Merchant - One Fine Day.mp3 | Natalie Merchant | 2,551KB | Audio |
| tato@KaZaA | Marques Houston - Loves A Game.mp3 | Marques Houston | 5,591KB | Audio |
| tato@KaZaA | Jadakiss Feat. Sheek - J-A-D-A.mp3 | Honey Soundtrack | 5,173KB | Audio |
| tato@KaZaA | Marques Houston - Grass Is Greener.mp3 | Marques Houston | 5,602KB | Audio |
| tato@KaZaA | Marques Houston - I Can Be The One.mp3 | Marques Houston | 5,015KB | Audio |
| tato@KaZaA | 50 Cent - Fuck And Be Friends.MP3 | 50 Cent | 3,376KB | Audio |
| tato@KaZaA | because of you.mp3 | Marques Houston (Batma... | 5,904KB | Audio |
| tato@KaZaA | Pennywise - Alien.mp3 | Pennywise | 5,795KB | Audio |
| tato@KaZaA | Metallica - Nothing Else Matters.mp3 | Metallica | 6,074KB | Audio |
| tato@KaZaA | Metallica - Unforgiven2.mp3 | Metallica | 6,180KB | Audio |
| tato@KaZaA | Metallica - One.mp3 | Metallica | 7,023KB | Audio |
| tato@KaZaA | 15 - Marques Houston - Alone.mp3 | Marques Houston | 5,757KB | Audio |
| tato@KaZaA | James Taylor - Just Call My Name.mp3 | James Taylor | 4,251KB | Audio |
| tato@KaZaA | 11 - Marques Houston - Can I Call You.mp3 | Marques Houston | 6,503KB | Audio |
| tato@KaZaA | Taste of Honey - Sukiyaki.mp3 | A Taste Of Honey | 3,493KB | Audio |
| tato@KaZaA | Slipknot - My Plague (1).mp3 | Slipknot | 3,428KB | Audio |
| tato@KaZaA | Limp Bizkit - Take A Look Around.mp3 | Limp Bizkit | 5,005KB | Audio |
| tato@KaZaA | Al Green - Ain't no sunshine.mp3 | Al Green | 3,493KB | Audio |
| tato@KaZaA | 01 - honey.mp3 | Holes Soundtrack | 4,075KB | Audio |
| tato@KaZaA | IMX - Beautiful.mp3 | Marques Houston | 4,183KB | Audio |
| tato@KaZaA | Mel Walters - Running Stop Lights.mp3 | MEL WALTERS | 5,798KB | Audio |
| tato@KaZaA | IMX - Why.mp3 | Marques Houston (Form ... | 3,205KB | Audio |

Found 1951 files | 3,174,305 users online, sharing 563,239,867 files (4,547,712 GB) | Not sharing any files

JS 44 (Rev. 3/99)

**CIVIL COVER SHEET**

04-1400

RECEIVED NOV 18 2004

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
ATLANTIC RECORDING CORP.; ARISTA RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; and MAVERICK RECORDING CO.

(b) County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)
NEW YORK, NEW YORK

(c) Attorney's (Firm Name, Address, and Telephone Number)
C. Steven Tomashefsky       Phone: (312) 222-9350
Darren J. Schmidt           Fax:   (312) 527-0484
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611

### DEFENDANTS
VICTOR CARMONA

County of Residence of First Listed Defendant ___McLean___
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an 'X' in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW 405(g) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

### V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

17 U.S.C. § 501 et seq. – copyright infringement

### VII. REQUESTED IN COMPLAINT
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ Statutory damages; injunction
CHECK YES only if demanded in complaint
JURY DEMAND: ☐ Yes ☒ No

### VIII. RELATED CASE(S) IF ANY
JUDGE Michael M. Mihm    DOCKET NUMBER 1:04-CV-01293-MMM-JAG and 1:04-CV-01294-MMM-BGC

DATE 11/17/04

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT# _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____