E-FILED
Friday, 19 November, 2004 03:14:13 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

APPEARANCE

ATLANTIC RECORDING CORPORATION, a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; VIRGIN RECORDS AMERICA, INC., a California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; and MAVERICK RECORDING COMPANY, a California joint venture,

Case No. 04-N-00

FILED
NOV 1 8 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Plaintiffs,

v.

VICTOR CARMONA,

Defendant.

To the Clerk of the court and all parties of record:

Enter my appearance as counsel in this case for Plaintiffs.

I certify that I am admitted to practice in this court.

11/17/04
Date

Signature

C. Steven Tomashefsky          6191855
Print Name                     Bar Number

Jenner & Block LLP, One IBM Plaza
Address

Chicago        IL          60611
City           State       Zip Code

(312) 222-9350              (312) 527-0484
Phone Number                Fax Number