E-FILED
Friday, 19 November, 2004 03:15:02 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

APPEARANCE

ATLANTIC RECORDING CORPORATION, a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; VIRGIN RECORDS AMERICA, INC., a California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; and MAVERICK RECORDING COMPANY, a California joint venture,

        Plaintiffs,

v.

VICTOR CARMONA,

        Defendant.

Case No. 04-1400

FILED
NOV 1 8 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To the Clerk of the court and all parties of record:

Enter my appearance as counsel in this case for Plaintiffs.

I certify that I am admitted to practice in this court.

11/17/04
Date

Signature

| Darren J. Schmidt | 6278393 |
|---|---|
| Print Name | Bar Number |

Jenner & Block LLP, One IBM Plaza
Address

| Chicago | IL | 60611 |
|---|---|---|
| City | State | Zip Code |

| (312) 222-9350 | (312) 527-0484 |
|---|---|
| Phone Number | Fax Number |