**RECEIVED**

**E-FILED**
Friday, 19 November, 2004  03:16:22 PM
Clerk, U.S. District Court, ILCD

AO 121 (6/90)

**NOV 1 8 2004**

TO:
U.S. CLERK'S OFFICE
PEORIA, ILLINOIS
Register of Copyrights
Copyright Office
Library of Congress
Washington, D.C. 20559

## REPORT ON THE
## FILING OR DETERMINATION OF AN
## ACTION OR APPEAL
## REGARDING A COPYRIGHT

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION        ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | UNITED STATES DISTRICT COURT |

| DOCKET NO. | DATE FILED | Central District of Illinois |
|---|---|---|
| 04-1400 | 11 18 04 | 309 U.S. Courthouse<br>100 N.E. Monroe Street<br>Peoria, IL 61602 |

| PLAINTIFF | DEFENDANT |
|---|---|
| ATLANTIC RECORDING CORP.; ARISTA RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; and MAVERICK RECORDING CO. | VICTOR CARMONA |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☐ Judgment | ☐ Yes       ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

# EXHIBIT A

## VICTOR CARMONA

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Arista Records LLC | DJ Quik | Sexuality | Balances & Options | 284-890 |
| Virgin Records America, Inc. | Smashing Pumpkins | Perfect | Adore | 261-479 |
| Sony BMG Music Entertainment | REO Speedwagon | Keep on Loving You | Hi Infidelity | 24-298 |
| UMG Recordings, Inc. | Tonic | You Wanted More | Sugar | 273-919 |
| Atlantic Recording Corporation | Matchbox 20 | Argue | Yourself or Someone Like You | 227-755 |
| Maverick Recording Company | Michelle Branch | All You Wanted | The Spirit Room | 303-732 |

AO 121 (6/90)

| TO:<br><br>**Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT | |
|---|---|---|---|
| DOCKET NO. | DATE FILED | **Central District of Illinois**<br>**309 U.S. Courthouse**<br>**100 N.E. Monroe Street**<br>**Peoria, IL 61602** | |

| PLAINTIFF<br>ATLANTIC RECORDING CORP.; ARISTA RECORDS LLC; VIRGIN RECORDS AMERICA, INC.;<br>SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; and MAVERICK<br>RECORDING CO. | DEFENDANT<br><br>**VICTOR CARMONA** |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | | | AUTHOR OF WORK |
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

Copy 2 – Upon filing of document adding copyright(s), mail this copy to Register of Copyrights.

# EXHIBIT A

## VICTOR CARMONA

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Arista Records LLC | DJ Quik | Sexuality | Balances & Options | 284-890 |
| Virgin Records America, Inc. | Smashing Pumpkins | Perfect | Adore | 261-479 |
| Sony BMG Music Entertainment | REO Speedwagon | Keep on Loving You | Hi Infidelity | 24-298 |
| UMG Recordings, Inc. | Tonic | You Wanted More | Sugar | 273-919 |
| Atlantic Recording Corporation | Matchbox 20 | Argue | Yourself or Someone Like You | 227-755 |
| Maverick Recording Company | Michelle Branch | All You Wanted | The Spirit Room | 303-732 |

AO 121 (6/90)

| TO: | | |
|---|---|---|
| | **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | | COURT NAME AND LOCATION<br>**UNITED STATES DISTRICT COURT**<br>**Central District of Illinois**<br>**309 U.S. Courthouse**<br>**100 N.E. Monroe Street**<br>**Peoria, IL 61602** |
|---|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>**ATLANTIC RECORDING CORP.; ARISTA RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; and MAVERICK RECORDING CO.** | DEFENDANT<br>**VICTOR CARMONA** |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.

## EXHIBIT A

### VICTOR CARMONA

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Arista Records LLC | DJ Quik | Sexuality | Balances & Options | 284-890 |
| Virgin Records America, Inc. | Smashing Pumpkins | Perfect | Adore | 261-479 |
| Sony BMG Music Entertainment | REO Speedwagon | Keep on Loving You | Hi Infidelity | 24-298 |
| UMG Recordings, Inc. | Tonic | You Wanted More | Sugar | 273-919 |
| Atlantic Recording Corporation | Matchbox 20 | Argue | Yourself or Someone Like You | 227-755 |
| Maverick Recording Company | Michelle Branch | All You Wanted | The Spirit Room | 303-732 |

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>Central District of Illinois |
|---|---|
| DOCKET NO. | DATE FILED | 309 U.S. Courthouse<br>100 N.E. Monroe Street<br>Peoria, IL 61602 |

| PLAINTIFF<br>ATLANTIC RECORDING CORP.; ARISTA RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; and MAVERICK RECORDING CO. | DEFENDANT<br>VICTOR CARMONA |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 4 – In the event of an appeal, forward this copy to the Appellate Court so they can prepare a new A0 279 for the appeal.

# EXHIBIT A

## VICTOR CARMONA

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Arista Records LLC | DJ Quik | Sexuality | Balances & Options | 284-890 |
| Virgin Records America, Inc. | Smashing Pumpkins | Perfect | Adore | 261-479 |
| Sony BMG Music Entertainment | REO Speedwagon | Keep on Loving You | Hi Infidelity | 24-298 |
| UMG Recordings, Inc. | Tonic | You Wanted More | Sugar | 273-919 |
| Atlantic Recording Corporation | Matchbox 20 | Argue | Yourself or Someone Like You | 227-755 |
| Maverick Recording Company | Michelle Branch | All You Wanted | The Spirit Room | 303-732 |

# EXHIBIT A

## VICTOR CARMONA

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Arista Records LLC | DJ Quik | Sexuality | Balances & Options | 284-890 |
| Virgin Records America, Inc. | Smashing Pumpkins | Perfect | Adore | 261-479 |
| Sony BMG Music Entertainment | REO Speedwagon | Keep on Loving You | Hi Infidelity | 24-298 |
| UMG Recordings, Inc. | Tonic | You Wanted More | Sugar | 273-919 |
| Atlantic Recording Corporation | Matchbox 20 | Argue | Yourself or Someone Like You | 227-755 |
| Maverick Recording Company | Michelle Branch | All You Wanted | The Spirit Room | 303-732 |