AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

ATLANTIC RECORDING CORPORATION, a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; VIRGIN RECORDS AMERICA, INC., a California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; and MAVERICK RECORDING COMPANY, a California joint venture,

V.

VICTOR CARMONA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-1400

TO:
VICTOR CARMONA
305 South Morris Ave
Bloomington, IL 61701

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

C. Steven Tomashefsky         Phone: (312) 222-9350
Darren J. Schmidt             Fax:   (312) 527-0484
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable

s/John M. Waters
_____
JOHN M. WATERS, CLERK                DATE 11/18/04

s/T. Kelch
_____
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

DATE 12/1/04

Service of the Summons and complaint was made by me[(1)]

NAME OF SERVER (PRINT) Mark Foster        TITLE Private Detective

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 305 S. Morris Ave. Bloomington, IL 61701

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

TRAVEL 00.00    SERVICES 75.00    TOTAL 75.00

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/1/04
Date

Signature of Server

P.O. Box 863, Normal, IL 61761
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.