E-FILED
Monday, 06 June, 2005  04:07:52 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; VIRGIN RECORDS AMERICA, INC., A California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; and MAVERICK RECORDING COMPANY, a California joint venture,<br><br>    Plaintiffs,<br><br>v.<br><br>VICTOR CARMONA,<br><br>    Defendant. | Case No. 04C 1400<br><br>JUDGE MICHAEL M. MIHM |

## AGREED SUBSTITUTION OF COUNSEL

Plaintiffs hereby respectfully request that Steven P. Mandell and Elizabeth N. Pendleton of Mandell Menkes LLC be substituted as counsel for Plaintiffs in the above styled case. In support of the substitution, Plaintiffs state as follows:

1. Plaintiffs have retained the aforementioned attorneys as counsel in this litigation.

2. Charles B. Sklarsky, C. Steven Tomashefsky, and Darren J. Schmidt of Jenner & Block, LLC wish to withdraw from their representation of Plaintiffs in this case.

3. Steven P. Mandell and Elizabeth N. Pendleton of Mandell Menkes LLC hereby enter their appearances as attorneys of record for Plaintiffs.

2

4. No prejudice will be caused to any party by this substitution.

Respectfully submitted and agreed to by:

By: /s/ Charles B. Sklarsky
    Charles B. Sklarsky
    C. Steven Tomashefsky
    Darren J. Schmidt
    JENNER & BLOCK LLP
    One IBM Plaza
    Chicago, IL 60611
    Tel. (312) 222-9350

By: /s/ Steven P. Mandell
    Steven P. Mandell (ARDC #6183729)
    Elizabeth N. Pendleton (ARDC #6282050)
    MANDELL MENKES LLC
    333 West Wacker Drive, Ste. 300
    Chicago, IL 60606
    Tel. (312) 251-1000

No 143069