AO 458 (Rev 10/95) Appearance

# UNITED STATES DISTRICT COURT
## PEORIA DIVISION

_____Central_____ DISTRICT OF _____Illinois_____

In the Matter of: **ATLANTIC RECORDING CORPORATION, a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; VIRGIN RECORDS AMERICA, INC., A California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; and MAVERICK RECORDING COMPANY, a California joint venture, Plaintiffs v. VICTOR CARMONA, Defendant.**

**APPEARANCE**

Case Number:   04C 1400

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for **ATLANTIC RECORDING CORPORATION, a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; VIRGIN RECORDS AMERICA, INC., A California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; and MAVERICK RECORDING COMPANY, a California joint venture.**
I certify that I am admitted to practice in this court.

| Date | Signature |
|---|---|
| July 26, 2005 | /s/ Alexis E. Payne |

| Print Name | Bar Number |
|---|---|
| Alexis E. Payne | 6270412 |

Address

Mandell Menkes LLC
333 West Wacker Drive, Ste. 300

| City | State | Zip Code |
|---|---|---|
| Chicago | IL | 60606 |

| Phone Number | Fax Number |
|---|---|
| (312) 251-1000 | (312) 251-1010 |

143665